1                 UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK
2                    Case No. 1:22-cv-03104
3
        ------------------------
4       ABDELHAFIZ M. NOFAL,    :
                                         DEPOSITION OF:
5                               :
                Plaintiff,       NATALIE COHEE
6                               :
           vs.
7                               :
        IMCMV TIMES SQUARE, LLC,
8       d/b/a MARGARITAVILLE    :
        RESORT TIMES SQUARE,
9                               :
                Defendant.
10      ------------------------:
11
12
13
14          TRANSCRIPT of testimony as taken by and
15      before PATRICIA A. SANDS, a Shorthand Reporter
16      and Notary Public of the States of New York and
17      New Jersey, via VERITEXT VIRTUAL, on Tuesday,
18      March 21, 2023, commencing at 10:07 in the
19      forenoon.
20
21
22
23
                     Job No.: P1-5820796
24
25

```
1        A P P E A R A N C E S:
2
3        AKIN & SALAMAN
         45 Broadway, Suite 1420
4        New York, New York 10006
         212 825-1400
5        BY:  OLENA TATURA, ESQ.
         For the Plaintiff
6
7        CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
         175 Pearl Street, Suite C-402
8        Brooklyn, New York 11201
         646-341-6544
9        BY:  ANJANETTE CABRERA, ESQ.
         For the Defendants
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                          I N D E X

2

3      WITNESS                          EXAMINATION

4      Natalie Cohee

5         Ms. Tatura                          4

6         Ms. Cabrera                       100

7                       E X H I B I T S

8      NUMBER          DESCRIPTION                    PAGE

9

10        1      Complaint                           37

11        2      Email                               62

12        3      ADA document                        64

13        4      Schedule                            66

14        5      Schedule                            70

15        6      Schedule                            73

16        7      Witness statement                   75

17        8      Performance Correction Notice       78

18        9      Personnel Action Form               82

19        10     Handwritten notes                   89

20        11     Roberts statement                   96

21                  INDEX TO REQUESTED INFO

22      PAGE        LINE

23       24          14      Employee Handbook

24       72           3      Layout of Business

25       84          21      Line Cooks Hired

1     F E D E R A L   S T I P U L A T I O N S

2          IT IS HEREBY STIPULATED AND AGREED by

3     and between the parties hereto, through their

4     respective counsel, that the certification,

5     sealing and filing of the within examination

6     will be and the same are hereby waived;

7          IT IS HEREBY STIPULATED AND AGREED that

8     all objections, except as to the form of

9     question, will be reserved to the time of trial;

10          IT IS HEREBY STIPULATED AND AGREED that

11      the within examination may be signed before any

12      Notary Public with the same force and effect as

13      if signed and sworn to before this Court.

14

15

16

17

18

19

20

21

22

23

24

25

1    N A T L I E   C O H E E,
2      110 Hoboken Avenue, Apt. 115
       Jersey City, New Jersey 07310,
3      having been sworn, was examined
       and testified as follows:
4
5    DIRECT EXAMINATION
6    BY MS. TATURA:
7        Q    Good morning, Ms. Cohee.  This is
8    Olena Tatura from Akin Law Group.  I represent
9    the plaintiff in this matter.  This morning I
10   will be asking you some questions with regard
11   to the lawsuit that he brought against the
12   Margaritaville Resort.
13       I'm just going to ask you to have your
14   responses verbal, because the court reporter
15   that we have today cannot take down any hand
16   gestures or head nods.
17       Okay?
18       A    Yes, ma'am.
19       Q    If you do not understand the
20   question, please let me know so I can rephrase
21   it, because if you do provide your response, I
22   will you assume that you understood my
23   question.
24       Is that all right?
25       A    Yes.

1          Q    If you need to take a break, let me
2     know, we can take that at any time.  I'm just
3     asking if there is a pending question, that you
4     provide your response before we take such
5     break.
6          All right?
7          A    Yes.
8          Q    Do you understand that you are under
9     oath today and sworn to tell the truth?
10          A    Yes.
11          Q    And do you understand that your
12     testimony today is given as if we were in the
13     courtroom and under the penalty of perjury?
14          A    Yes.
15          Q    Is there anything that may impact
16     your ability to testify truthfully today?
17          A    No, ma'am.
18          Q    What have you done, if anything, to
19     prepare for today's deposition?
20          A    I mean, not much really at this
21     point.  You know, I have just gone over my own
22     notes, concepts of what's happened within this
23     case with your client, but not too much
24     preparing really.
25          Q    And have you produced a copy of those

1      notes to your attorney?

2          A     Yes.

3          Q     Have you reviewed any other

4      documents, aside from the notes you've

5      referenced?

6          A     Just the actual lawsuit claim from

7      your client.

8          Q     The complaint?

9          A     Yes.

10         Q     And did you speak with anybody from

11     Margaritaville about today's deposition?

12         A     No, just that I was going to a

13     deposition.

14         Q     Who did you say that to?

15         A     My general manager at the building,

16     to make sure he was aware that I would not be

17     able to be interrupted today.

18         Q     What is his name?

19         A     Michael Roberts.

20         Q     And have you ever been deposed

21     before?

22         A     No, ma'am.

23         Q     Have you ever been a witness to a

24     lawsuit?

25         A     No, ma'am.

1          Q     Have you ever been a party to a

2     lawsuit?

3          A     No.

4          Q     Have you ever been involved in any

5     matter involving debt collection in Arizona in

6     2004?

7          A     No.

8          Q     Have you ever been involved in a

9     matter involving debt collection in Florida in

10    2014?

11         A     Not to my recollection, no.

12         Q     Are you aware if Margaritaville was

13    named as a defendant in any employment

14    discrimination lawsuit, other than the current

15    one?

16         A     Not to my knowledge, no.

17         Q     Are you aware if any employee of

18    Margaritaville sent an intention to sue for

19    employment discrimination, other than the

20    plaintiff in this case?

21         A     Not to my knowledge, no.

22         Q     Are you aware of an employee named

23    Salaam that could allege employment

24    discrimination against Margaritaville?

25         A     No, I have no idea who that is.

1          Q    Are you aware if there was another

2     employee of Indian national origin that was

3     fired and rehired following his complaint of

4     employment discrimination?

5          A    Not to my knowledge, no.

6          Q    What is your date of birth?  And we

7     will redact the same from the record.

8          A    XX/XX/XX.

9          Q    And how old are you today?

10          A    Thirty-eight -- 37, I will be 38.

11     Sorry.

12          Q    What are the last four digits of your

13     Social Security number?

14          A    5654.

15          Q    What is your email address?

16          A    Personal or work?

17          Q    Both.

18          A    Ncohee at IMCMV dot com.  Personal is

19     Natalie170 at AOL dot com.

20          Q    Thank you.

21     Did you ever send any emails from your

22     work email to your personal email related to

23     this lawsuit or the plaintiff?

24          A    No.  The only email from my personal

25     email was when Mr. Nofal had sent me an email,

1    and then when I responded via phone, it has

2    both my email accounts, and I think it ended up

3    picking up my personal email.  And then

4    Mr. Nofal had emailed me requesting a day off

5    to my work email as well.

6         Q    Do you know what day off we are

7    talking about, what date?

8         A    It would have been sometime in June,

9    maybe the 25th, ah -- between the 22nd and the

10   25th, one of those days.

11        Q    2021?

12        A    2021, yes, ma'am.

13        Q    Okay, thank you.

14        Do you have any social media accounts?

15        A    Just Facebook.  I think there might

16   be an Instagram account, but not like an active

17   Instagram account.  I think it was opened up

18   when I worked at DoubleTree, I don't think I

19   ever posted anything on it.  It's not an active

20   account for sure.

21        Q    Did you ever post anything on

22   Facebook, Instagram, or any other social media

23   account anything related to this lawsuit, the

24   plaintiff?

25        A    No, ma'am.

1          Q     And where were you born?

2          A     Indianapolis, Indiana.

3          Q     And how long have you lived at this

4    110 Hoboken Avenue in Jersey City?

5          A     I moved to New York to that address

6    in May, I think May of 2021.

7          Q     And prior to that where did you live?

8          A     I resided in the hotel for November

9    of -- sorry, I have to go in my mind --

10   November of 2020 until May, so pretty much I

11   was back and forth from Florida and New York.

12   So I would say April to May -- March, sorry,

13   March to May I was in a hotel here in the city

14   preparing to open up the venue.  And then prior

15   to that I was in Florida.

16         Q     And what's the address of the hotel

17   that you resided?

18         A     I honestly don't know the actual

19   hotel address, but it was the Hampton -- it was

20   multiple different hotels from Secaucus to

21   Hampton.  They just kind of bounced me around

22   to whatever had availability.

23         Q     Okay.  And in Florida what was the

24   address that you resided prior to living in the

25   hotels?

1          A     5367 Deer Creek Avenue, Orlando,

2     Florida 32821.

3          Q     And how long did you reside at that

4     address?

5          A     It's my main permanent residence, I

6     have been there since 2007.

7          Q     Are you married?

8          A     Yes, ma'am.

9          Q     I apologize for asking you this, but

10     have you ever been convicted of a felony?

11          A     No, ma'am.

12          Q     Have you ever filed for bankruptcy?

13          A     No, ma'am.

14          Q     And what is your highest level of

15     education?

16          A     I have an associate's degree in

17     culinary, ah, occupational science.

18          Q     Where did you obtain that degree?

19          A     In Arizona.  Le Cordon Bleu, in

20     Scottsdale, Arizona.

21          Q     And when did you obtain that

22     associate's degree there?

23          A     That was, ah -- I graduated in 2003.

24          Q     Are you currently employed at

25     Margaritaville?

1          A     Yes, ma'am.

2          Q     And when did you start working there?

3          A     August of 2020.

4          Q     And from August 2020 to present, what

5     positions did you have?

6          A     Executive chef for Margaritaville,

7     hired for New York.  But until we opened in

8     June of 2021, I was in multiple different

9     venues.

10         Q     What venues?

11         A     I was in Pigeon Forge, Tennessee; Las

12    Vegas; San Antonio; Bayside Miami.

13         Q     Did you work for different hotels, or

14    did you work for Margaritaville at the cities

15    you mentioned?

16         A     They were all restaurants,

17    freestanding restaurants.  One was attached to

18    a hotel, which would be the Las Vegas property.

19         Q     Are these venues reflected on your

20    resume?

21         A     No, it's just part of Margaritaville.

22         Q     Is there any reason why you didn't

23    put them on your resume?

24         A     No, because I have been hired as

25    Margaritaville, so bouncing around wasn't

1          relevant to me.

2               Q     Okay.  When did you work at

3          DoubleTree?

4               A     DoubleTree I was hired in 2007, and I

5          left in June, June 25th is when I accepted this

6          offer, so June 25th of 2020.

7               Q     Did you leave on your own accord or

8          were you fired?

9               A     Yes, ma'am, I left on my own.

10              Q     Why did you resign from DoubleTree?

11              A     I got the offer to take for

12         Margaritaville to come open up the Times Square

13         property.

14              Q     So your resume says January 2008,

15         your Linkedin says February 2008, and you now

16         testified that you started in 2007, can you

17         clarify the discrepancy?

18              A     Uhm, so January -- December of 2007 I

19         officially was interviewed for the DoubleTree,

20         so it might end up being January 11th,

21         something around there.  Between December and

22         January, roughly.  Not exactly sure of the

23         exact dates it's been so long.

24              Q     Okay, thank you.

25                    And prior to DoubleTree where did you

1  work?

2       A    Prior to DoubleTree -- sorry, I have

3  to backtrack.  Prior to DoubleTree I was at

4  Pomegranate Restaurants.  Then I was with Ocean

5  Properties in Sheraton, Key West, St. Croix --

6  kind of all over the place.

7       Q    And again, is there any reason why

8  you did not reflect every job you worked at on

9  your resume?

10      A    Uhm, yeah, I just don't -- I choose

11 the ones that had the longevity.  I mean, Ocean

12 Properties was very profound for me, so it was

13 a big company for me to work for.  Pomegranate

14 Restaurants was a kosher restaurant, it was an

15 8-month thing until they closed down, and then

16 I got asked to go to Orlando to open up the

17 restaurant, I mean the hotel at DoubleTree.  So

18 Pomegranate's had closed down, it was

19 irrelevant, I mean, pretty -- you know, it's

20 closed down at this point.  So they weren't

21 very successful.

22      Q    And how did your employment at Ocean

23 Properties end -- did you get fired, did you

24 resign?

25      A    No, I got transferred to St. Croix.

1     And then after St. Croix, by then, at that time
2     my fiancé, we decided to move back to the
3     United States.  He stayed working with Ocean
4     Properties, and since he was a direct
5     report, it was better for me to pick up with
6     another company versus staying in the same
7     company.
8          Q    Did anyone at Ocean Properties ever
9     complain that they feel like they were
10    discriminated against by you on the basis of
11    their disability or national origin?
12         A    Absolutely not.
13         Q    And the same questions for
14    DoubleTree, did anybody at DoubleTree ever
15    complain that they felt like they had been
16    discriminated against by you on the basis of
17    their disability or national origin?
18         A    Absolutely not, never had a complaint
19    against me.
20         Q    How about Margaritaville, did
21    plaintiff, Mr. Nofal, ever complain to you that
22    he felt like he was discriminated against by
23    you on the basis of disability or national
24    origin?
25         A    No, ma'am.

1          Q    And anybody at Margaritaville, other

2      than plaintiff, did they allege any sort of

3      complaint of discrimination against you on the

4      basis of their disability or national origin?

5          A    No, this is my first complaint.

6          Q    As the executive chef at

7      Margaritaville, what are your duties and

8      responsibilities?

9          A    I'm there to maintain an effective

10     organization, making sure that recipes are

11     adhered to, product quality is adhered to,

12     cleanliness, and to run the day-to-day shift

13     and make sure that all of my underneath

14     managers are basically running the day-to-day

15     operation and I'm overseeing them.

16         Q    How many managers do you currently

17     supervise?

18         A    Four.  Four managers, two

19     supervisors.

20         Q    And from June 2021 to September 2021,

21     how many employees did you supervise?

22         A    Throughout the entire time or -- just

23     because right now, I mean, they have come and

24     gone.  So on average it's about 42, but

25     throughout the time --

1          Q     Average is fine.

2          A     About 42.

3          Q     Okay.  And did you supervise line

4     cooks as well?

5          A     Line cooks, prep cooks, dishwashing.

6          Q     What's the difference between prep

7     cook and line cook?

8          A     Prep cook is basically an entry level

9     position that does all of the main recipes and

10    the bulk prep for the day-to-day.  And then

11    line cooks are doing shift prep, which is

12    basically setting up their station and doing

13    the basic prep within their shift, and prep

14    cooks prep the bulk items.

15         Q     Are they in an equal position, or is

16    anybody higher?

17         A     So I have lead line cooks and I have

18    lead prep cooks, those are the same basically

19    tier level.  They can be paid the exact same

20    rate, they have the same skill sets.  We have

21    entry levels on all areas, in every department

22    within my kitchen.

23         Q     Do you have authority to hire and

24    fire employees?

25         A     Yes, ma'am.

1      Q    And did you have that authority from

2   June 2021 to September 2021?

3      A    Yes, ma'am.

4      Q    Who do you currently report to, who

5   is your immediate supervisor?

6      A    Jason Tremper.

7      Q    And what is his position?

8      A    He is the VP of food and beverage

9   operations.

10     Q    Is Kylie Featherby still employed --

11     A    She is deceased.

12     Q    -- at Margaritaville?

13     A    She has passed away.

14     Q    I'm sorry to hear that.

15     A    Thank you.

16     Q    Adam Nolan Charles, is he still

17  employed with Margaritaville?

18     A    No, he resigned on June 5th of

19  2000 -- was it June 5th or July 5th -- I don't

20  want to misstate it, it's either June 5th or

21  July 5th, but he resigned.

22     Q    According to plaintiff, he was fired,

23  is there any reason to believe that that's not

24  true?

25     A    The plaintiff -- Adam was fired --

1    no, Adam never got fired, he walked out in the
2    middle of a shift.
3         Q    And who is currently occupying the
4    position of the executive sous chef?
5         A    Darius Logan.
6         Q    Who is José Gomez Dominguez?
7         A    He is my senior sous chef.
8         Q    Is he still employed?
9         A    Yes, ma'am.
10        Q    And who is Claudia Rodriguez?
11        A    She was a former sous chef.
12        Q    When did her employment end?
13        A    She went back to Mexico on July 19th
14   of 2022.  June, I think it might have been
15   June 19th, sorry.
16        Q    Did she resign?
17        A    Yes, ma'am.  She put in her two
18   weeks' notice, she moved back to Mexico and
19   then back to Texas.
20        Q    And who is currently the sous chef?
21        A    I have two additional ones, which is
22   Tim Bly and Everton Phipps.
23        Q    And who is Tyre Washington?
24        A    Tyre Washington, he was a supervisor.
25        Q    And why is he no longer employed at

1      Margaritaville?

2           A     He went to work with PHS, which is

3      the contract company, and they had released him

4      based on his attendance, I believe.

5           Q     Was he fired?

6           A     Yes, PHS had released him.

7           Q     And who was Janina Diaz?

8           A     Janina Diaz was a supervisor.  She

9      was a supervisor.

10          Q     Why did her employment end?

11          A     She resigned within -- before even

12     opening.  I think two weeks prior to opening,

13     like officially opening the property.

14     Something where -- I think it was about, uhm,

15     she only wanted to work the morning shift, and

16     the p.m. shift was not suitable for her, or

17     something along that line.

18          Q     Does Margaritaville have an HR

19     department?

20          A     Yes, ma'am.

21          Q     Where is it located?

22          A     Orlando, Florida.

23          Q     What is your understanding of the

24     procedure that Margaritaville has in place in

25     case employees have some complaints of

1    discrimination that they would like to lodge?

2         A    Any complaints or things that are

3    brought to our attention is immediately

4    directed to our HR department, which is Hector

5    and Pedro.  And from that moment on they would

6    take care of, they would continue it on and do

7    their investigation.

8         Q    So if some of the employees that you

9    supervise wanted to complain of discrimination,

10   can they go directly to you, or do they have to

11   go to HR, including Hector and Pedro?

12        A    If they wanted to come to me, they

13   could come to me if they felt comfortable.  If

14   they didn't feel comfortable, by all means they

15   could go to Hector and Pedro.  Typically most

16   of them follow chain of command, but not in

17   every circumstances would you follow chain of

18   command if you felt uncomfortable.

19        Q    How would employees know that they

20   have to reach out to Hector or Pedro, or

21   anybody else at HR?

22        A    During the orientation training that

23   every employee would go through, all of that is

24   brought up.  There is, I think, even a flyer

25   hanging in the kitchen at that point when IMCMV

1    was involved with Margaritaville at the

2    property.  Now it's PHS, so PHS has their own

3    policies and procedures.

4         Q    And do employees get some sort of

5    employee handbook in addition to flyers?

6         A    Everything was given via online.

7    Like through their, ah -- when they sign up

8    with the application, they go through this

9    whole Paycor process, and on the Paycor you

10   have the option to download everything that you

11   have gone through.

12        And I think this particular training

13   everybody receives some type of pamphlet,

14   booklet, during our, uhm, basically the week of

15   training, is what we call it.

16        Q    Aside from the training that

17   employees receive at the orientation, is there

18   any training that is conducted every year or

19   every two years?

20        A    Everybody has a HotSchedules

21   application, which basically goes into our

22   Margaritaville University.  And we have courses

23   and things that are constantly uploaded that

24   get assigned to you that you would continuously

25   click on, and it would alert you via email that

1    you have, you know, a sexual harassment, or you

2    have, you know, it could be a MenuSpec training

3    that you have to do that will constantly pop

4    up.

5        Q    And would there be any document that

6    would prove that employees, in fact, did such

7    training and listened to all of the hours?

8        A    Yes, you would -- it's pretty much

9    time stamped.  So once they complete it, it

10    sends it over explaining this task was

11    completed.  And managers all the way up to

12    executive levels kind of have access to that.

13    And some of them even require you to print out

14    a certificate.

15        Q    You mentioned previously that some

16    sort of investigation will be done if there are

17    complaints of discrimination lodged with the HR

18    department.

19        Do you know who would be in charge of that

20    investigation?

21        A    That would be Hector and Pedro, and

22    anybody else that would be, I guess involved

23    into what might be brought up.

24        Q    Do you know when Hector and Pedro

25    started working at Margaritaville at the HR

1     department?

2          A     Sorry, ma'am, I do not have that

3     information.

4          Q     And who would know that?

5          A     Both of them would know.

6          Q     Do they work in Florida?

7          A     Hector works over in Arizona and

8     Pedro works in Orlando.

9          Q     Did you personally receive any

10    employee handbook from Margaritaville?

11         A     Yes.

12         Q     Do you still have a copy of it?

13         A     It's on my computer.

14         MS. TATURA:  Anjanette, I don't

15         believe any employee handbooks were

16         exchanged in discovery.

17              So to the extent there is such

18         employee handbook, I would request that a

19         copy be provided to us.  And I can follow

20         up in writing.

21         MS. CABRERA:  Okay, yes.  I just ask

22         that any requests, just follow up in

23         writing.

24              That's weird.  Are you sure you

25         didn't get that?

1           MS. TATURA:  Yes.  There was a

2      policy, conduct, how to --

3           MS. CABRERA:  Policy conduct --

4           MS. TATURA:  Yeah, but I didn't see

5      any employee handbook.  Anyway, I will

6      follow up in writing.

7      Q    When was the last time that you

8 reviewed the employee handbook?

9      A    Maybe not even two months ago, around

10 there.

11     Q    What was the purpose of your

12 reviewing it?

13     A    We had our annual like refresher

14 courses, everybody had to pretty much do the

15 refresher.

16     Q    How often does that annual refresher

17 take place?

18     A    Annually.  Once a year.

19     Q    And did you also receive some kind of

20 a training designed to prevent employment

21 discrimination at Margaritaville?

22     A    Yes.  We went through quite a few

23 different, you know, sexual harassment,

24 discrimination, pretty much all of that we had

25 gone through.  I think even maybe two or three

1    times since I've been with the company I have

2    received a few training guides, or courses that

3    were given to me.

4         Q    And would there be some documents

5    showing that you, in fact, took part in those

6    trainings?

7         A    I think those were given already.

8         Q    I don't believe they were, that's why

9    I'm asking.

10        A    Yeah.  It would be on my online

11   courses, yes.

12        Q    You mentioned Margaritaville

13   University.

14        Can you tell me more about that?

15        A    It's basically their platform for all

16   of the information that the company has for our

17   trainings.

18        Q    Do you have to have a log-in password

19   to get in?

20        A    Yes, you need to be an employee of

21   Margaritaville.

22        Q    Aside from being an employee, do you

23   need to have log-in information, like a user

24   name, password?

25        A    Yes, that's the only way you could

1     access it.  It would be given to you upon hire,
2     it's basically whatever your HotSchedule log-in
3     is that you would sign in to to get your
4     schedule, it's the same platform to log-in to
5     get to Margaritaville University.  Only you
6     would have an access to that.
7          Q    Okay, thank you.
8          How long would the training last, the one
9     that Margaritaville conducted during your
10    employment?
11         A    Any course could be five minutes to
12    45 minutes.  I think some of them might have
13    even been an hour.
14         Q    And while you're taking that course
15    or training, are you taking any notes usually?
16         A    Many of them like those little
17    quiz-lets, that you have to answer.  Tests.
18         Q    Would you still have a copy of those?
19         A    Not on my person, no.
20         Q    How would you find out if there was a
21    training coming up that you would have to
22    complete as part of your employment?
23         A    It would be in your HotSchedule, like
24    messaging.  Or for me, like a manager, it might
25    come to my email letting me know that I have a

1    training.

2         Q    So based on the training that you

3    received during your employment to date, what

4    is your understanding of what discrimination

5    is?

6         A    I mean, it's basically having bias

7    against somebody for something that they cannot

8    cause, ah, that they have no, basically, way to

9    change it.  Change themselves or change it in

10   their life.

11        Q    Are you familiar with Abdelhafiz

12   Nofal, the plaintiff in this case?

13        A    Yes, ma'am.

14        Q    When was the first time you met him?

15        A    Approximately June 5th.

16        Q    Was that during the orientation?

17        A    Yes.

18        Q    Do you know when was the date when

19   plaintiff was hired?

20        A    I think the end of May, so it would

21   have to be on the last hiring spree of May 25th

22   to May 31st.

23        Q    And who interviewed plaintiff?

24        A    I believe Adam did.

25        Q    And who hired him?

1          A     I believe Adam did.

2          Q     Did Adam run by you whether he should

3     hire plaintiff, or did he have authority to do

4     the hiring on his own?

5          A     Adam did not run it through me.  On

6     the grand opening hiring, all managers were

7     eligible to hire.  We were doing a mass hiring

8     spree, so we hired about 130 employees within a

9     five-day period.

10         Q     And what was the plaintiff's position

11    that he was hired for?

12         A     A line cook.

13         Q     Line cook.  Is there any other

14    position that plaintiff was hired for?

15         A     No, he was just hired as the

16    breakfast line cook.

17         Q     And how often would you interact with

18    plaintiff during your employment and his

19    employment at Margaritaville?

20         A     Uhm, I would say roughly 15 to 20

21    times that I physically worked with him on a

22    side-by-side basis, or within the line.  Other

23    than that, a "hello, how are you", type of

24    interaction, as I was getting ready to open up

25    the building.  I didn't spend much one-on-one

1    time with cooks at that point, that's what the

2    managers were doing.

3         Q    And what were the duties and

4    responsibilities of plaintiff as a line cook?

5         A    To set up the station, prep up the

6    station, make sure that he had all of his

7    products, tools, and things needed for his

8    shift to run an effective shift, adhere to our

9    recipes, policies and procedures, and to

10   effectively in a timely manner produce the food

11   that was requested of him.

12        Q    And so if he was running out of some

13   ingredients necessary for service of meals to

14   the customers, where would he get more of those

15   supplies?

16        A    All of the employees have access,

17   they basically go down to the prep kitchen or

18   the SC2 storage room.  And so any employee that

19   would run out of product, they would request to

20   leave the line to go refill their station or

21   refill their product.

22        If it was a busy moment, then he would

23   request that some assistance of can somebody

24   run down and get this for me, as the line is

25   busy.  It's pretty much up to the manager to

1     allow him to leave the station to go downstairs

2     to get the product that they don't have, or the

3     manager can send somebody else to go get the

4     product.

5          Q   Was that on the same floor as the

6     line, or was that downstairs, upstairs,

7     anywhere?

8          A   Yes, it was downstairs.  We had the

9     prep kitchen, which is on the level C, and then

10    SC2, which is on basically negative floor 2,

11    which is two floors down.

12         Q   And just to clarify.  You did have a

13    supervisory authority over the plaintiff during

14    his employment; correct?

15         A   Yes, ma'am.  I'm the direct report as

16    I'm the executive chef.  So anytime he needed

17    to go get something -- he could come to me or he would go

18    to one of my managers.

19         Q   And who determined plaintiff's work

20    schedule?

21         A   Myself.

22         Q   Would that be based on the needs of

23    the business, a shortage of employees, anything

24    else?

25         A   It's based on needs of business and

1        what's going on day to day.

2            Q    Aside from yourself, anybody else

3        have the right to designate hours for

4        plaintiff?

5            A    Any of my managers could have.  At

6        that moment we were in the grand opening, so I

7        would have been the only one to make the actual

8        physical schedule.  But I'm sure many

9        adjustments were made during the shift, sending

10       people home early or asking people to come in

11       late, due to just overstaffing or under-

12       staffing.

13           Q    And I'm sorry if I asked you this

14       before, when was the grand opening?

15           A    The grand opening was June 25th.

16           Q    2021?

17           A    Yes, ma'am.

18           Q    Was plaintiff's performance

19       satisfactory?  Work performance.

20           A    Uhm, at times.

21           Q    When was the first time that you

22       noticed that plaintiff's performance may have

23       been less than satisfactory?

24           A    Around mid-June.

25           Q    What were the issues that you noticed

1      in mid-June that were less than satisfactory?

2          A    Mr. Nofal was working with raw beef

3      and raw chicken, and at that time he had taken

4      the raw beef and chicken and put it on to a

5      ready-to-eat cutting board with romaine,

6      tomatoes, and ready-to-eat product.

7          As he was working with those ingredients,

8      he was, uhm, being very sloppy and allowing the

9      contamination of the product to get all over

10     the place.  Which was -- is very severe, I

11     mean, as I think everybody is aware with

12     salmonella.

13         So that became a pretty crucial moment at

14     that moment, at that time, of his sanitation

15     and hygiene of working with food.  That became

16     a concern of pretty much everybody that was

17     working on the line.

18         Q    If it was so severe, is there any

19     reason why he wasn't issued a writeup?

20         A    I always believe in coaching and

21     counseling verbally first.  I don't think

22     everything needs to be given a writeup, you

23     know, I think a lot of things can be taught

24     through teaching.  So I believed at that moment

25     it's a learning experience.  We are in the

1    middle of training.  I had entry level all the

2    way to sous chefs that were line cooks at that

3    point.  So you're kind of learning who has

4    skill sets and where their skill sets are.  And

5    so during each training moment, you're not

6    going to the first step is to write somebody

7    up, I think you can coach and counsel before

8    you get to that step.

9         Q    Is that what you did, you coached and

10   counseled the plaintiff as to that incident?

11        A    I'm sorry, you cut out.

12        Q    Is that what you did, you coached and

13   counseled the plaintiff as to that incident?

14        A    Yes, ma'am.

15        Q    And would there be any document to

16   prove that you, in fact, engaged in such

17   counseling?

18        A    No, there would be no -- I wouldn't

19   be writing it up, because writing it up would

20   pretty much go into his file.

21        So that would be a negative for me, you

22   know, for him.  I wouldn't want to immediately

23   go into writing something negative up about an

24   employee when I was just trying to have that

25   first interaction on, hey, listen, this cannot

1    happen, you must wash your hands, you must make

2    sure that you're handling raw beef first, and

3    then handle the raw chicken, you can't have it

4    by the lettuce, you can't have it by the

5    tomatoes.

6         Q    Is this the policy of Margaritaville

7    to give coaching and counseling first, or is

8    this something that you decided to do as the

9    executive chef?

10        A    I think all of us, you know, in a

11   management position, I don't know if it's

12   actually a policy, I mean, everybody, the first

13   step to any type of coaching and counseling is

14   to have that verbal one on one, because we are

15   leaders, we're training at this point.  This

16   was a training versus a -- a training issue,

17   versus something that would cause him to get a

18   writeup.  It's not a code of conduct, it's not

19   something like that, this was more of a

20   training of somebody just not knowing how to do

21   their job.

22        Q    And when was the next issue that you

23   felt like was less than satisfactory work

24   performance?

25        A    It would have been probably, uhm,

1    maybe a week later, but unfortunately I was not

2    actually a witness to that, so it was a hearsay

3    moment between two line cooks.

4         Q    What was the incident?

5         A    The incident was regarding following

6    proper policies and cooking techniques on

7    sauté.  Him and another line cook had got into

8    disagreement on following the recipes that were

9    given to him.  Mr. Nofal basically said he had

10   been a chef his whole life, he knows what he's

11   doing, so at this point he knows how to sauté

12   the proper way, but he was not following the

13   recipe that was given to him.

14        Q    What was that line cook's name?

15        A    Marcelo Cortez.

16        Q    Is he still employed?

17        A    Yes, ma'am.

18        Q    What is his current position?

19        A    Line cook.

20        Q    Is there any reason why plaintiff

21   wasn't issued a writeup a week later after the

22   first incident?

23        A    I was not involved into it.  It was

24   brought to my attention afterwards, and the

25   corporate chef sat down with the two.

1          Q    Who is the corporate chef?

2          A    Dan Murray.

3          Q    Do you know if there were any

4    documents that would reflect any meetings or

5    sitting down between the three of them?

6          A    Not to my knowledge.

7          Q    Aside from the mid-June incident and

8    then the incident taking place a week later, is

9    there any other incident that happened that

10   made you believe that plaintiff's performance

11   was less than satisfactory?

12         A    Not until we started working

13   breakfast.

14         Q    And would that be August 2021, or no?

15         A    Yes, roughly August 2021 is when we

16   officially started doing breakfast.

17              MS. TATURA:  Let's take a look at the

18              first document that will be marked as

19              Exhibit 1.  This is the complaint filed in

20              this action.  Let me just put it on the

21              screen.

22              (Exhibit 1 marked for

23              identification.)

24         Q    Have you seen this document before?

25         A    Yes, ma'am.

1          Q    When was the last time you saw this
2    document?
3          A    That would have been roughly February
4    of this year.
5          Q    What was the reason that you looked
6    at this document in February?
7          A    To actually fully read it.
8          Q    Why did you decide to wait until
9    February 2023 to look at this document to fully
10   read it?
11         A    Because it was originally sent out to
12   corporate, and it was given to me on, I
13   think -- or a portion of it I had received
14   roughly around the time that he had sent it
15   over, but most of that stuff gets straight to
16   HR.
17         Q    Have you discussed this document with
18   anybody other than your lawyer?
19         A    Just Kylie Featherby.
20         Q    And did you discuss that verbally, by
21   text message, by email?
22         A    Verbal.
23         Q    Do you understand what allegations
24   plaintiff has in this lawsuit?
25         A    Yes, ma'am.

1          Q     Let's go to paragraph 22.

2          A     Yes, ma'am.

3          Q     So you see where it says, in

4     paragraph 2:

5          "Plaintiff suffers from diabetes - a

6     chronic metabolic disease characterized by

7     elevated levels of blood glucose."

8          Did you know that the plaintiff had

9     diabetes?

10         A     No, ma'am.  I'm sorry.

11               MS. CABRERA:  Let her finish.

12               THE WITNESS:  Sorry.

13         Q     And let's look at the paragraph 23.

14         "Because of diabetes, plaintiff had an

15     impairment of his skin (toe), which prevented

16     him from the exercise of his normal bodily

17     functions, such as walking."

18         Do you have any reason to believe that

19     that's not accurate?

20         A     I have no idea if his diabetes had

21     anything to do with his -- anything to do with

22     it.

23         Q     Didn't you see plaintiff limping

24     during his employment at Margaritaville?

25         A     No, ma'am.

1          Q    Did you know that plaintiff had a
2     surgery during his employment with
3     Margaritaville?
4          A    No, ma'am.  I didn't know he actually
5     had a surgery.
6          Q    Isn't it true that in July of 2021
7     plaintiff showed you a picture of his toe, that
8     you commented as looked very blue?
9          A    No, ma'am, I've never seen any
10    pictures of anything from Abdel.
11         Q    Let's look at paragraph 24:
12         "Despite his disability, plaintiff was
13    able to do the essential duties of his job as
14    the sous chef, and work at the designated to
15    him sauté and grill stations at
16    Margaritaville."
17         We already established that he worked as a
18    line cook, according to you; correct?
19         A    Yes, ma'am.  He was never a sous
20    chef.
21         Q    Is there any reason to believe that
22    plaintiff was not able to do the essential
23    duties as the line cook during his employment
24    with Margaritaville?
25         A    No, based off of everything, he

1    should have been just fine to do a line cook

2    position.

3        Q    Let's look at paragraph 26, where it

4    says:

5        "From July 26, 2021 to August 26, 2021, as

6    per his doctor's recommendation, plaintiff took

7    a short-term disability leave related to his

8    disability."

9        Do you recall plaintiff taking a leave of

10   absence?

11       A    Yes, ma'am.

12       Q    And do you know what that leave of

13   absence was for?

14       A    He had a sore toe, I believe.

15       Q    And do you know if plaintiff was

16   granted a leave of absence based on the

17   doctor's note, or something else?

18       A    Once he handed in the documentation,

19   it was given over, and Hector, HR, approved the

20   leave of absence.

21       Q    Did you personally receive any

22   doctor's note from plaintiff?

23       A    Sorry, can you repeat that.

24       Q    Did you personally receive any

25   doctor's note from plaintiff?

1          A     I think the doctor -- the original
2     note that said to please be excused for roughly
3     30 days.
4          Q     And how did you receive that -- by
5     email, in person, by fax, by text message?
6          A     I believe that it was either via
7     email or via text.  I don't believe it was
8     given in person.  I don't believe it was given
9     in person.
10         Q     And prior to taking a leave of
11    absence, what was plaintiff's schedule?
12         A     Just like all of the new hires,
13    everybody was on a five-day, ah, pretty much
14    training, orientation, work schedule getting
15    ready.  I mean, we spent a lot of time,
16    everybody spent a lot of time getting ready to
17    open up the building.  So everybody was on full
18    shift.  Some people I think might have even
19    worked six, seven days.
20         Q     Is it fair to say that plaintiff was
21    employed on a full-time basis prior to taking
22    his leave of absence?
23         A     We didn't hire anybody on a full-time
24    basis during the grand opening, everybody was
25    just given the maximum hours that they could

1       physically work, because there was so much to

2       be done.

3            Q    Let's look at paragraph 30:

4            "Plaintiff was assigned to work on the

5       breakfast shift from 8:00 a.m. to 3:00 p.m. on

6       Friday, 6:00 a.m. to 2:00 p.m. on Saturday, and

7       6:00 a.m. to 2:00 p.m. on Sunday."

8            I believe that was after he returned from

9       his leave of absence.  Does this sound

10      accurate?

11           A    Not quite, but it's pretty much in

12      the ballpark of it, 6:00 a.m. to 3:00 p.m. was

13      pretty much the schedule.  I don't believe he

14      ever had an 8:00 a.m. to 3:00 p.m. schedule, it

15      would have been a 6:00 or a 7:00.

16           Q    Do you know if plaintiff was assigned

17      more hours or less hours following his leave of

18      absence?

19           A    He was assigned to all of the

20      breakfast shifts that we had, as he was --

21      that's what he originally was hired for.  And

22      since his leave of absence, we had finally

23      started opening up the breakfast schedule, so I

24      put him on the shift that he had requested for

25      the breakfast shifts only.

1          Q    So prior to taking the leave of

2     absence was he working on the breakfast shift

3     or some other shift?

4          A    There was no breakfast shifts to be

5     had when we first opened, as we were still in

6     the grand opening month.  So once grand opening

7     happened, we decided Labor Day weekend we would

8     start rolling out the breakfast buffet, I mean

9     breakfast restaurant.  So pretty much right

10    when he came back was when breakfast started

11    opening.

12         Q    Is there any reason why he was

13    assigned to work those breakfast shifts and no

14    longer the shifts that he was working prior to

15    taking his leave of absence?

16         A    Yes, prior to even him taking a leave

17    of absence, he kept asking everyone, you know,

18    when is breakfast opening, when is breakfast

19    opening, I prefer the breakfast shift, I've

20    always worked breakfast shifts, when are you

21    opening breakfast.

22         Then when he came back, I let him know

23    breakfast is on, we're ready to open up

24    breakfast, and he will be the breakfast cook.

25    He was the only breakfast cook.

1        Q    And did he know that it's not going
2    to be seven days a week, but only three days a
3    week?
4        A    It wasn't only going to be three days
5    a week.  We had just started the process of
6    opening up the breakfast.  So we started off on
7    a Friday, Saturday, Sunday.  And then the next
8    week was Friday, Saturday, Sunday, now we're
9    into Labor Day weekend.  And then as time was
10   progressing, it was going to be more shifts.
11   We didn't do seven days a week breakfast until,
12   I think almost December.
13       Q    2021?
14       A    2021.  Depending on holidays and what
15   the week was like, it could have been three
16   days, four days, or five days.
17       Q    And as of today, is Margaritaville
18   serving breakfast seven days or three days?
19       A    We are on full shift, on seven days
20   now.
21       Q    Aside from plaintiff, who else worked
22   that breakfast shift following his leave of
23   absence?
24       A    Following his leave of absence --
25   once Mr. Nofal no longer worked with us, I

1    worked the breakfast shifts for roughly two

2    weeks.  And then after that, Efrain Vasquez was

3    hired.

4         Q    When was he hired?

5         A    I don't know the exact date, ma'am.

6         Q    How much time do employees that work

7    breakfast shift have in order to get ready

8    before they start serving it to the customers?

9         A    An hour and a half.  Shifts start at

10   6:00 a.m., and breakfast opens at 7:30.  I

11   think back then we might have even opened at

12   8:00 a.m.

13        Q    And how about lunch, how much time

14   did employees have in order to get ready for

15   that shift?

16        A    Employees come in at 9 o'clock for

17   lunch, and we open up at 11 o'clock.  And there

18   is seven stations to be set up, versus

19   breakfast is one station.

20        Q    And how about dinner, how much time

21   did employees --

22        A    Dinner, they come --

23             THE COURT REPORTER:  Sorry, there was

24        overtalk.

25             MS. TATURA:  I'm sorry, my connection

1          is not working.

2                    (Tech off the record.)

3                MS. TATURA:  I'm sorry, did I get a

4          response?

5     (The prior partial question and partial answer

6            were read back by the reporter.)

7          Q     So as to the dinner, how much time

8     did employees have in order to get ready to

9     serve dinner to customers?

10         A     Zero minutes, they walk straight into

11    the line.

12         Q     No work needed to be done, like prep,

13    restocking, produce, or if they were running

14    low on some ingredients?

15         A     If the p.m. shift -- are you taking

16    about the p.m. shift?

17         Q     Yes.

18         A     The p.m. shift, they immediately walk

19    into the line straight onto the shift.  Usually

20    what will happen is the lunch person that's

21    leaving will do a full restock before they go

22    home, to make sure that they have everything

23    set for the p.m. shift.

24         Then if during the shift something runs

25    out, they will ask can I leave the line to go

1    get this product, or can somebody go get this

2    product for me if they're going down.

3         Q    What work do employees need to do in

4    order to get ready for the breakfast shift, in

5    order to be able to serve the customers?

6         A    They walk into the kitchen, set up

7    basically the dish area, put out the trash

8    cans, turn on all of the equipment, start

9    cooking potatoes, make their pancake mix, make

10   oatmeal, make sausage, make hash browns.  Uhm,

11   turn on pretty much everything for the line and

12   set up the plates.  Pretty much it.  That's

13   about it.

14        Q    Do you think one and a half hours is

15   enough to do all of this work in order to get

16   ready for the breakfast shift?

17        A    Yes, ma'am.  After every shift the

18   day before -- we end breakfast at 11 o'clock

19   a.m., so you have from 11 o'clock a.m. until

20   3:00 p.m. that you go home to reset yourself

21   for the next day, so in the morning all you're

22   doing is basically cooking everything.

23        So you cook your bacon, your sausage and

24   your potatoes, and then at that point you're

25   turning on all of the equipment so everything

1    is within reach.  If you choose not to set

2    yourself up appropriately the day before, then

3    you will find yourself running behind.

4         Q    Right.  So how about when the

5    breakfast is open only three days, like in

6    August 2021, would it be fair to say that on

7    Sunday employees were not able to get ready for

8    upcoming Friday, because that would be too many

9    days in between?

10        A    No, ma'am.  Actually, the day before

11   is actually the setup day.  So in the Friday

12   shift, breakfast isn't served, that's just a

13   shift to set up for Saturday and Sunday.

14        So it's really only a two-day breakfast

15   shift.  Friday was the actual setup day to prep

16   yourself to get ready for Saturday.  And then

17   you work Saturday, Sunday.  Everything that was

18   left over was given to the line, and then you

19   set up on Friday for the next weekend.

20        Q    Okay, thank you.  Let's go back to

21   the complaint.  I'm just hoping I'm not going

22   to lose connection again.  Just give me one

23   second.

24        Okay.  Go to paragraph 35.  Do you see

25   where it says:

1          "On August 27th, 2021 plaintiff complained

2     to Natalie Cohee about Margaritaville reducing

3     his work hours following his short-term

4     disability leave."

5          Is there any reason to believe that this

6     is not accurate?

7          A     Yes, ma'am, that's not accurate.

8          Q     He never complained to you about

9     Margaritaville reducing his work hours at all,

10    or on this date?

11         A     No, about his disability, it had

12    nothing to do with his disability.

13         Q     So what exactly did he complain about

14    to you?  If he did.

15         A     On or about August 27th, as he's

16    saying, he had asked me why was he only working

17    three days.  I explained to him that he was

18    hired and had asked only for breakfast shifts,

19    per his request originally.  We had just opened

20    up our breakfast shift, as things picked up we

21    will have more shifts.  But he never was

22    understanding that it was only for -- that he

23    only had requested breakfast shifts, so that's

24    the shifts that I was giving him.

25         Q     When he complained to you on or about

1     this date, did he ever mention anything to you

2     about discrimination?

3          A    No, ma'am.

4          Q    Did he ever mention anything about

5     discrimination at any other time in August or

6     September of 2021?

7          A    No, ma'am.

8          Q    Let's go to paragraph 38, it says:

9          "Following plaintiff's complaints about

10    discrimination in plaintiff's presence, Natalie

11    Cohee telephoned HR."

12         Is this accurate, according to you, or

13    this never happened?

14         A    No, ma'am, nothing about

15    discrimination.

16         Q    Right, but did you ever call HR in

17    plaintiff's presence?

18         A    Yes, ma'am.  Well, not directly in

19    his presence, I had made the phone call and

20    then went and got the plaintiff.

21         Q    What was it that you called about?

22         A    I had contacted Hector at that moment

23    to let him know that I was having issues with

24    Abdel.  And Abdel had made a comment to me, of

25    I know -- something along the effect of "I know

1    your type of people", and it just wasn't

2    sitting right with me at that moment.

3        Q    What do you mean "your type of

4    people"?

5        A    Exactly, that's what I did not

6    understand.

7        Q    Did you find that to be

8    inappropriate?

9        A    Yes, at that moment it was

10   unwarranted.

11       Q    And when was this call with Hector?

12       A    Uhm, the same day, whenever -- I

13   would have to look it up, like a phone record

14   at that moment.  It would have probably been

15   around August 27th.  So if he's saying 27th,

16   maybe it's the 27th or 26th.  I'm not sure of

17   the exact date.

18       Q    And do you know if Hector

19   memorialized this in some sort of a document,

20   in an email, a phone log, anything like that?

21       A    I have no recollection of that.

22       Q    And let's go to paragraph 39:

23       "While on a speakerphone, HR (name

24   currently unknown) promised to get back to

25   Nofal, but never did."

1          Do you have any reason to believe that
2     this is not accurate?
3          A    I have no idea.
4          Q    Let's go to paragraph 41.
5          And just for the record, what is your race
6     and national origin?  And the reason I'm asking
7     is only related to this lawsuit.
8          A    I'm white, American citizen.
9          Q    Do you see where in the paragraph it
10    says -- paragraph 41 it says:
11         "Plaintiff is an individual who follows
12    Islam."
13         Did you know that he is Muslim?
14         A    No, ma'am, not at that moment.
15         Q    When did you become aware that he's
16    Muslim?
17         A    At the moment, ah -- it was the day
18    that we were cooking bacon.
19         Q    Was that September 6th?
20         A    Yes, ma'am, I believe so.
21         Q    How did you become aware of his
22    religion on September 6th?
23         A    I was asking Nofal if he had ever
24    cooked bacon before, and he told me something
25    to the effect of no, I'm Muslim.  I said, okay,

1     have you ever cooked bacon at the Marriott, you

2     worked Marriott 25 years, how do you not know

3     how to cook bacon at this point, something

4     along the effect of that.

5          Q    And what did he respond to that?

6          A    He said I cooked bacon there, but we

7     cooked it in the oven.

8          Q    Did he mention anything about not

9     eating bacon because of his religion during

10    that conversation?

11         A    No.

12         Q    Let's look at paragraph 42:

13         "Pursuant to his religion, plaintiff

14    cannot eat pork."

15         Did you know that?

16         A    No, I didn't -- we never got into a

17    discussion about him being able to eat it or

18    not.  Once he said he was Muslim, that's it.

19         Q    Let's look at paragraph 43:

20         "On September 6th, 2021 as plaintiff was

21    working next to the stove cooking the eggs,

22    Natalie Cohee rudely said to plaintiff 'move,

23    move, move'."

24         Is that accurate?

25         A    No, ma'am, he was never cooking eggs

1    at any moment during these interactions.

2         Q    But is it true that at some point in

3    September of 2021 you demanded that plaintiff

4    had to move, and you repeated "move" at least

5    three times?

6         A    No, ma'am, that's inaccurate.

7         Q    And let's look at paragraph 44:

8         "Although Natalie was aware that plaintiff

9    had issues with his toe because of his

10   disability and saw him limping, she kept

11   harassing him to move quickly to the end of the

12   cooking station, which was 30 feet long."

13        Is any of this accurate, according to you?

14        A    No.  Not -- incomplete, no.

15        Q    Is there anything that is accurate in

16   this sentence?

17        A    I had definitely mentioned to Abdel

18   that he needed to make sure to maximize

19   productivity, because at this point he was

20   falling immensely behind in getting the

21   breakfast set up at the point where we were not

22   able to open up breakfast on time.

23        Q    Was he too slow, or what was the

24   issue with his performance?

25        A    He was doing everything his way, and

1          his way only.

2              Q    Let's look at paragraph 46.  There is

3          a dialogue that, according to plaintiff,

4          happened between the two of you.

5              "Natalie Cohee rejected plaintiff's

6          suggestion and the two exchanged the following

7          statements:"

8              Natalie:  "I know you're Muslim, you don't

9          like that (referring to pork.)"

10             Nofal:  "Yes, I don't eat pork."

11             Natalie:  "You should not work."

12             Nofal:  "I don't eat it, but I cook it."

13             Natalie laughed:  "I know where you are

14         coming from ... even sometimes you have to

15         taste this (referring to bacon) to do this

16         job."

17             Nofal:  "Why comment?"

18             Natalie:  "You don't like it, go home."

19             Is any statement in this paragraph

20         accurate?

21             A    Uhm, not -- no, not at all how it

22         went.

23             Q    Can you explain to me -- and you

24         started to, but can you explain to me in full

25         what was the dialogue from the very beginning

1      to the end, to the best of your recollection?

2           A     Yes.  To the best of my recollection,

3      was basically Nofal was at first shown how to

4      cook sausage on the flattop, the proper

5      procedure on how they cook sausage on the

6      flattop.  Every single time I showed him, he

7      still had his way, so he would go back and do

8      it the wrong way.  I showed him again.

9           So now it was time for the bacon.  The

10     week prior I just showed him how to cook the

11     bacon on the flattop.  At this point he puts

12     the bacon on the flattop, and basically makes

13     scrambled eggs out of bacon, is what I call it,

14     it's just mixing all of the bacon all over the

15     place, and not cooking it evenly.  Which would

16     end up causing half raw bacon and half cooked

17     bacon.

18          The second time I came back over, I said

19     Nofal, you have to -- well, actually, I said,

20     Ab, you need to put the bacon on the flattop

21     and leave it there, let it cook, and then flip

22     it over.  You can't scramble it around on the

23     flattop, or it's not going to cook evenly.

24          I come back over and I said have you ever

25     cooked bacon before.  He said no.  I think at

1    that point he said, no, I'm Muslin.  I said,
2    okay, but you worked at the Marriott, so I know
3    you know how to cook bacon.  Well, we cooked
4    bacon in the oven.  And I said, okay, but we're
5    cooking it on the flattop.  He said why can't
6    we cook it in the oven.  I said the oven is on
7    the 32nd floor, are you going to run all the
8    way up to the 32nd floor to cook the bacon and
9    come back down here.  We're doing 20 covers,
10   you were used to doing roughly -- I don't know
11   what number I said -- but it doesn't make sense
12   for us to go all the way to the 32nd floor to
13   cook bacon, when we can cook it here on the
14   flattop.
15        That's basically I think the end of the
16   conversation.  It might have -- I think -- I'm
17   thinking about it.  He was pretty adamant about
18   cooking it in the oven, and I kept telling him,
19   no, it has to be done on the flattop.
20        Q    So you never encouraged him to try to
21   eat bacon, knowing that he's Muslim and knowing
22   that he is not able to eat it due to his
23   religion?
24        A    No, ma'am.  I worked 16 years in
25   kosher, I would never even insinuate that upon

1    anybody.

2              Q     Let's look at paragraph 49.

3              "On September 10th, 2021, plaintiff

4    arrived to work at 12:30 p.m. and was called

5    into a meeting with a female employee, (Name

6    Currently Unknown), and Natalie Cohee."

7              Was there a meeting on September 10th?

8              A     Sorry, what was that last part?

9              Q     Was there a meeting on September

10   10th?

11             A     It could have been September 10th,

12   either the 9th or 10th, yes, ma'am.

13             Q     And do you recall having a meeting

14   with plaintiff and another female employee?

15             A     Yes, ma'am.

16             Q     And who was that other female

17   employee?

18             A     Kylie Featherby.

19             Q     And what happened during that

20   meeting, to the best of your recollection?

21             A     Mr. Nofal was let go.

22             Q     What was the reason for him being let

23   go?

24             A     Code of conduct.  Insubordination, I

25   think.

1          Q    Who decided that that was the reason
2     for termination for plaintiff?
3          A    It was literally, within the property
4     level, it was myself and Kylie.  And then it
5     was sent off to Hector to be approved.
6          Q    And anybody else?
7          A    Those are the only three people, I
8     believe.  Including myself.
9          Q    So according to the responses that we
10    received from your attorney, aside from
11    yourself, other people that participated in the
12    decision to terminate plaintiff were also
13    Michael Roberts, who is the general manager,
14    and the others you mentioned, Hector, yourself,
15    and Kylie.
16         Do you know what was the input that
17    Michael Roberts did into the decision to
18    terminate plaintiff?
19         A    He wasn't actually in the decision of
20    terminating, he was a witness to the blatant
21    insubordination from Mr. Nofal.
22         Q    And when was he witness to that
23    incident?
24         A    I would have to look at the notes.  I
25    forgot what exact date, but it was roughly

1    around the 6th or 7th.

2         Q    And when you mention notes, what

3    notes are you referring to?

4         A    As in like the documentations that

5    they wrote for the writeup.  The witness

6    statements, I guess you would call it.

7         Q    When you say "they", who are you

8    referring to?

9         A    Michael Roberts, and Chris Castiello,

10   and Robert Taylor, which was the director of

11   security.

12        Q    Was the plaintiff given any document

13   on September 10th when he met with you and the

14   other employee, Kylie Featherby?

15        A    As all policy is when you're given a

16   writeup, all requests go straight to HR for

17   them to give you the official copy.  And we

18   informed him of that, and gave him Hector's

19   number that he could contact to get any

20   documentations that he would like.

21        Q    So let me ask you, because this is a

22   "yes" or "no" question --

23        A    Sorry.

24        Q    Was he given a copy of that document,

25   or not?

1           A     Not at that time, no.

2           Q     Was he asked to sign that document,

3     though?

4           A     Yes, ma'am.

5           Q     Did he know what he was about to sign

6     or not to sign, was he given an opportunity to

7     review the document?

8           A     Yes, ma'am.

9           Q     And so did plaintiff, to your

10    knowledge, request a copy of it from HR?

11          A     I have no idea.

12                MS. TATURA:  I'm going to show you

13          one more document to look at, which will

14          be marked as Exhibit 2.

15                (Exhibit 2 marked for

16          identification.)

17          Q     These are some emails that you

18    exchanged with the plaintiff on August 18,

19    August 19, and August 20, 2021.

20          If you need a little bit of time to look

21    at it, let me know, I can wait.

22          A     I'm aware of them, ma'am.

23          Q     Let's look at the email dated August

24    19, 2021 from you to plaintiff.  And I just

25    have one question about the sentence that

1    starts with:

2        "Your 90-day probation period will start

3    on the 26th as part of the condition of

4    employment from when you were hired."

5        The question I have is why plaintiff's

6    probation period was about to start on August

7    26th, if he started his employment with

8    Margaritaville end of May?

9        A    To my recollection, it's because of

10   the fact that he did not complete within the

11   90-day period.  So because he took the leave of

12   absence, since he was granted the leave of

13   absence, his 90 days would restart because it

14   was within the 90 days.

15       Q    And is there any policy that would

16   reflect that, or was that just your decision to

17   do that?

18       A    That would be Hector or Pedro.

19   That's above my pay grade.

20       Q    Did they give you some kind of

21   instructions, or how did you find that out from

22   Hector and Pedro?

23       A    Yes, ma'am, Hector informed me that

24   he would have to start his 90-day probation

25   over.

1        Q    Did he send you an email to that

2    extent, did he call you -- how did he let you

3    know about that?

4        A    I do not recollect how, where I got

5    that from.  Or when we spoke about it, I guess,

6    before I sent the email.

7        Q    In other words, it wouldn't be your

8    decision to do that, that would be HR?

9        A    Absolutely.

10       Q    And do you know if any employment

11   that plaintiff had with Margaritaville before

12   taking his leave of absence counts towards this

13   90-day probation period, or not?

14       A    I do not believe so, it was a

15   restart.

16       Q    And was this policy applied to

17   everybody at Margaritaville in the same way?

18       A    I have never had anybody that has

19   taken a disability or a leave of absence within

20   90 days, so I do not know.

21            MS. TATURA:  Okay, I will show you

22       one more document.  That will be marked as

23       Exhibit 3.

24            (Exhibit 3 marked for

25       identification.)

1          Q    Let me know if you need a few minutes
2     to look at it.
3          A    I got it.
4          Q    Have you seen this document before?
5          A    Yes, I believe so.
6          Q    When was the last time you've seen
7     it?
8          A    I can't -- I don't know exactly when,
9     I've just seen the document.
10         Q    Okay.  And what do you recognize this
11    document to be?
12         A    The Americans with Disabilities Act,
13    basically, going over everything.
14         Q    So this document is only two pages,
15    as you can see.
16         Do you know if this is the entire policy
17    that Margaritaville has as to Americans with
18    Disabilities Act, or is there something else in
19    addition to these two pages?
20         A    I do not know if there is more pages
21    that they have besides our training -- there
22    might be another training that would have been
23    done.
24         Q    But you're not sure?
25         A    I'm not sure, ma'am.

1     Q    Would you be able to go back to your

2     computer, or log-in and check if there is

3     anything else that Margaritaville has as a part

4     of its policy as to the Americans with

5     Disabilities Act -- would you be able to do

6     that?

7          A    Not at this current moment, no.

8          Q    I mean in the future.

9          A    Yes, I could.

10              MS. TATURA:  Thank you.  Let me show

11         you one more document.  That will be

12         marked as Exhibit 4.

13              (Exhibit 4 marked for

14         identification.)

15         Q    We are looking at the schedule from

16    July 19, 2021 to July 25, 2021.

17              Do you see this schedule?

18         A    Yes.

19         Q    It looks a little tiny.  Let me know

20    if you need me to increase it even more.

21         A    No, ma'am, I can read it.

22         Q    Have you seen this document before?

23         A    Yes, ma'am.

24         Q    And do you know who printed this

25    schedule from, it looks like HotSchedules

1    application?

2         A    That was probably myself.

3         Q    And what was the purpose for you

4    printing it, if you recall?

5         A    They asked me to print it out for his

6    scheduling.  HR.

7         Q    Okay, thank you.  Was that Hector or

8    somebody else?

9         A    That would have been Hector, ma'am.

10         Q    And did he do that in writing, by

11   email, did he call you up -- how did he request

12   that you print it out?

13         A    I think that was sent via email.

14         Q    Do you see where it says Abdel Nofal,

15   the first employee --

16         A    Yes, ma'am.

17         Q    -- listed as the first employee on

18   the schedule?

19         A    Yes.

20         Q    And can you tell me by looking at

21   this schedule, what days was he scheduled to

22   work?

23         A    This one he was scheduled Wednesday,

24   Thursday, Friday, Saturday, Sunday.

25         Q    And by looking at this schedule, can

1       you tell me how many hours was he scheduled to

2       work on those days?

3               A     Roughly 40 hours.

4               Q     Do you see where it says, next to

5       "line", "line", "MV line"?

6               A     Yes, ma'am.

7               Q     Can you please tell me what "MV line"

8       stands for?

9               A     That is the Margaritaville side of

10      the kitchen.

11              Q     What's the significance of adding "MV

12      line" next to the employee's schedule?

13              A     Each employee, that's their

14      designated, the line that they're working on.

15      So you will notice some say LandShark, some say

16      prep, some say Margaritaville line, each one of

17      those are the lines that they're working.

18      Which is basically the side of the kitchen that

19      they're working, because we have two kitchens

20      in one main kitchen.

21              Q     So is "line" and "MV line" pretty

22      much the same type of work, it's just for two

23      different stations?

24              A     It's two different physical lines on

25      the kitchen, yes.  You could be a LandShark

1    line cook or a Margaritaville like cook,

2    basically, is what that is stating to you.

3         Q    Okay, thank you.  Based on this

4    schedule, is line, MV line different from other

5    employees here marked as cook, prep?

6         A    So if you have line, LandShark line,

7    Margaritaville line, those are line cooks.  If

8    you have cook slash prep line, those are prep

9    cooks.  It's the way the system calculated --

10   that's the way you schedule it to help identify

11   when you print the schedule, to let the people

12   know which area of the kitchen they're going

13   to.

14        Q    But is it fair to say that all of

15   those employees are in the same shoes,

16   similarly situated?

17        A    No, ma'am.

18        Q    Why are they not similarly situated?

19        A    Prep cooks are prep cooks, so it's a

20   prep line.  Line cook Margaritaville is a

21   Margaritaville line cook, it's a station cook.

22   LandShark line, those are station cooks as

23   well.  So prep cooks and dish as you will see,

24   are not all the same.

25        Q    I mean like salary-wise or the

1    sophistication of the duties, are they in any

2    way different or are they the same?

3         A    Yes, ma'am, they are different.

4         Q    Different.  So is it fair to say that

5    on this particular schedule, employees, such as

6    Christopher, which is number 7, and Manuel at

7    the end, if you can see, and Marcelo, they are

8    all in the same position as Abdel, because they

9    are all marked as "line", "line" and "MV line"?

10        A    Yes, line, line, and MV line are all

11   the same positions.

12             MS. TATURA:  Thank you.  Let's look

13             at another exhibit.  That will be marked

14             as Exhibit 5.

15             (Exhibit 5 marked for

16             identification.)

17        Q    We are looking at the schedule from

18   August 23, 2021 to August 29, 2021.  Let me

19   know if you need a few minutes to look at it.

20        A    No, I know exactly which one this is.

21        Q    And have you seen this document

22   before?

23        A    Yes, I have seen this.

24        Q    Do you see where next to Abdel, the

25   plaintiff in this case, it no longer says "MV

1    line" it only says "line".

2         Do you see that?

3         A    Yes, ma'am.

4         Q    Is there any reason why "MV line" was

5    removed from Abdel's schedule?

6         A    This is a breakfast cook position,

7    and actual food was being -- although it's

8    Margaritaville, was actually being cooked on

9    the LandShark side.  But since he was on the

10   Margaritaville original side, he would just

11   have the line cook position, because it would

12   confuse everyone if I put LandShark line cook,

13   because there was nothing to be done in the

14   morning on LandShark line, so he became the

15   breakfast position, which is just line cook.

16        Q    But he never worked at the LandShark

17   line; did he, before?

18        A    He never, ah -- that's kind of

19   difficult to answer, because yes, he was on

20   LandShark line, not a LandShark line cook.

21        We served breakfast on LandShark line, but

22   yet it's for Margaritaville.  So it's a little

23   complicated, because of the way the kitchen is.

24        Q    Is there any document that would

25   reflect the layout of the kitchen, of the

1    lines, of the stations?

2           A    Yes, ma'am.

3           MS. TATURA:  To the extent it wasn't

4    exchanged, I will put it in writing, I

5    just want to make sure we understand the

6    layout of the business.

7           Q    And when you look at this document,

8    is it fair to say that Abdel, on Friday, was

9    scheduled to work at 8:00 a.m., to start work

10   at 8:00 a.m. and finish at 2:00 p.m., on

11   Saturday he was scheduled to start at 6:00 a.m.

12   and finish at 2:00 p.m., and on Sunday he was

13   scheduled to start at 6:00 a.m. and finish at

14   2:00 p.m.

15          Is this a fair statement?

16          A    Yes, ma'am.

17          Q    I know previously you mentioned that

18   it's unlikely that plaintiff would be scheduled

19   to start at 8:00 a.m., but is it possible that

20   he could start on August 27, 2021 at 8:00 a.m.,

21   according to this schedule?

22          A    Yes, ma'am, that was referring to an

23   actual breakfast shift.  Like I mentioned,

24   Friday is a prep day, so Friday he would work

25   an 8:00 a.m. shift.  But for a breakfast shift,

1      he would never come in at 8:00 a.m., we would

2      be open already, so he would only work

3      6:00 a.m.  But on a prep day like Friday was to

4      get ready for Saturday, yes, 8:00 a.m.

5          Q    Is it fair to say that looking at the

6      schedule, Abdel Nofal worked only 20 hours

7      during this period?

8          A    Yes, ma'am, due to the fact that he

9      was still on leave until the 27th, when he

10     returned back to work.

11         Q    Let's look at the same employees that

12     we looked at in the previous schedule.

13         Christopher, Marcelo, Manuel, and I think

14     there was an employee named Khadijah, if I'm

15     pronouncing that properly.

16         Is it fair to say that these mentioned

17     employees worked substantially more hours than

18     Abdel Nofal, based on the schedule?

19         A    Only because he was still out on

20     leave for disability leave, until the 27th.

21             MS. TATURA:  Let's look at another

22         exhibit.  That will be marked as

23         Exhibit 6.

24             (Exhibit 6 marked for

25         identification.)

1        Q    And, again, if you need more time,
2    let me know, I can wait.
3        A    Yes, ma'am.
4        Q    We are looking at the schedule from
5    August 30th, 2021 to September 5, 2021.
6        And again, is it a fair statement that
7    there was no "MV line" next to Abdel Nofal's
8    name on the schedule?
9        A    Correct.
10       Q    And is it the same reason why "MV
11    line" was removed as you explained a few
12    minutes ago, when we looked at the Exhibit
13    number 4?
14       A    Yes, ma'am.  For allocating it as a
15    breakfast shift.
16       Q    And is it fair to say that Abdel
17    again is scheduled to work only three days,
18    Friday from 8:00 to 2:00, Saturday from
19    6:00 a.m. to 2:00, Sunday from 6:00 a.m. to
20    2:00?
21       A    Yes, ma'am, as requested to be a
22    breakfast cook.
23       Q    Just respond to my question.  I
24    understand that you're trying to provide
25    additional, but I don't want to strike that

1      from the record.  So just listen carefully to

2      the question and respond to that, if you can.

3            Is it fair to say that Abdel Nofal worked

4      approximately 20 hours during this pay

5      period -- I mean during this period?

6            A    Probably 24 something, yeah.

7            Q    And let's look again at those

8      employees that we looked at previous schedule,

9      such as Christopher, and Khadijah, and Manuel

10     and Marcelo.

11           By looking at the schedule, is it fair to

12     say that none of them is working as little

13     hours as Abdel Nofal for this period?

14           A    They were hired for a different

15     position.

16           Q    But by looking at this schedule,

17     isn't it fair to say that they are working more

18     days, more hours than Abdel Nofal?

19           A    Yes, ma'am, based off of their

20     position.

21                MS. TATURA:  I'm going to show you

22           one more exhibit.  That will be marked as

23           Exhibit 7.

24                (Exhibit 7 marked for

25           identification.)

1      Q    Let me know if you need some time to
2   look it over.
3      A    Yes, ma'am, I am familiar with this.
4      Q    So we are looking at a witness
5   statement.  It says your name on it and your
6   position.  And it says:
7      "On Monday, September 7, '21, Abdel Nofal
8   multiple times became combative", and so on.
9      Isn't it true that Abdel did not work on
10  September 7?
11     A    Yes, it was actually the Sunday.
12     Q    So is it fair to say that you meant
13  to say September 6 and not September 7?
14     A    Yes, ma'am, September 6.
15     Q    Was this an oversight, an honest
16  mistake, or did you prepare this on
17  September 7?
18     A    It was an oversight.
19     Q    Let's go down to Section 1.
20  According to you:
21     "Please bump the screen, I had to ask more
22  than seven different times, to the point I had
23  to keep going behind the line."
24     The question I have is about seven
25  different times.  Are we talking about the

1    September 6, or are you talking about seven

2    different times in the past, including

3    September 6?

4        A    On September 6, that specific day, I

5    had to go seven, more than seven times.  But,

6    yes, on the 6th.

7        Q    Okay.  And give me one second.

8        Right, we are looking at page 2 now.  I

9    would like you to look at the end of the first

10   paragraph.

11       "Abdel was extremely combative with me the

12   entire morning."

13       The question I have, when you said "entire

14   morning", did you refer to the entire shift,

15   did you -- what did you mean by that, "entire

16   morning"?

17       A    From roughly 6:00 in the morning

18   until the moment he left.

19       Q    Would that be 2:00 p.m.?

20       A    No, I think he left earlier.  He left

21   without even coming to me.  So I don't know, I

22   don't remember exactly what time he left.  I

23   know that he never checked out with me, he just

24   left.

25       Q    Would that be reflected on punch-in/

1          punch-out records?

2                A    Yes, ma'am.

3                Q    We are still looking at this

4          document.  The question I have is about the

5          very last sentence of this statement, where it

6          says:

7                "Mike was present for this as well".

8                Do you know Mike's last name?

9                A    Michael Roberts.

10               Q    And do you know if Michael Roberts

11         prepared a statement just like other employees

12         did that you referenced before?

13               A    Yes.  Michael Roberts is the general

14         manager, he prepared a statement.

15               Q    And do you know if the statement was

16         exchanged in this case through your attorney?

17               A    Yes.

18               MS. TATURA:  I will show you one more

19               document.  That will be marked as

20               Exhibit 8.

21               (Exhibit 8 marked for

22               identification.)

23               Q    We are looking at a performance

24         correction notice, dated, ah, I believe

25         September 6, 2021.

1          A     Yes.

2          Q     Is this your signature at the

3    manager's signature?

4          A     Sorry, there's something on the

5    screen that's blocking it.

6          Q     I'm sorry.

7          A     No, it's okay.  There, I got it.

8          Yes, ma'am, that's my signature.

9          Q     Have you seen this document?  Well,

10   obviously before you signed it, but --

11         A     Yes, ma'am.

12         Q     Have you seen it anytime recently

13   before your deposition?

14         A     No, ma'am.

15         Q     Is there any reason why there is no

16   signature by the plaintiff on this document?

17         A     Yes, ma'am.  That was to be given to

18   him with Chris Castiello and Michael Roberts

19   for the insubordination on the day of 9/6, but

20   Mr. Nofal walked out after the shift without

21   coming to speak with me after being requested

22   to come see me before he left.

23         Q     How did you request him to come to

24   see you -- verbally, by email, text message?

25         A     Verbally in the prep kitchen, as well

1    as no employee is allowed to leave or clock out

2    without getting checked out before he left.

3         Q    Was there anybody that witnessed that

4    you requested Abdel Nofal to show up for that

5    meeting with you on September 6?

6         A    There was many people in the prep

7    kitchen, I'm not sure if they would -- if they

8    would have ever heard that.  I would never be

9    loud about that, that would be something more

10   quiet, not like "come see me now".  It would be

11   more like I need you to come on a one-to-one

12   basis.  I would never publicly put something

13   out like that.

14        Q    Okay.  Where did you get this form

15   from -- it looks like it's a standard form that

16   was issued by Margaritaville in 2014, and then

17   revised sometime later -- where did you get the

18   form?

19        A    Out of my file compartment.  I have

20   all of our company documents in folders.

21        Q    And is there any reason why you

22   decided to issue that performance correction

23   notice for the incident that happened on

24   September 6, and did not issue any notice like

25   this in June as to the incident that you

1      described previously, raw meat handling,

2      mishandling, and the other incident that

3      happened a week later?

4           A    Like I had mentioned before, those

5      were more of a corrective coaching type of

6      thing, a one-on-one based off of performance on

7      sanitation and safety.

8           That's not something that you would

9      immediately write somebody up for, unless if

10     they blatantly decided to continue to do

11     something so negligent.  So I would never have

12     written somebody up for a one-time sanitation

13     safety issue.  You've got to give them a shot

14     at this point.

15          Q    By the way, when the health

16     department shows up for the inspection, are you

17     present for those?

18          A    Yes, ma'am, I'm the only one that

19     walks them.

20          Q    And what was the grade that

21     Margaritaville got in 2021?

22          A    Uhm, no inspection was given in 2021,

23     as it was the grand opening.  I think we

24     officially started getting our inspections in

25     August.

1          Q    What was the grade -- go ahead.

2          A    99, 100, and 98.

3               MS. TATURA:  Let me show you one more

4          document.  That will be marked as

5          Exhibit 9.

6               (Exhibit 9 marked for

7          identification.)

8          Q    Again, let me know if you need a

9     little bit more time to look at this.

10         A    Yes, ma'am, I'm aware of that.

11         Q    Have you seen this document before?

12         A    Yes, ma'am, I created it.

13         Q    When was the last time that you

14    looked at this document?

15         A    Maybe a couple of weeks ago.

16         Q    What was the reason that you looked

17    at it a couple of weeks ago?

18         A    It was just a refresh on the case.

19         Q    Was that -- did you discuss this

20    document with anybody other than your lawyer?

21         A    No.

22         Q    Is there any reason why plaintiff is

23    marked as part-time on this document?

24         A    As just like he was hired, part-time.

25         Q    But he didn't work part-time until he

1      took the leave of absence; correct?

2              A    He was hired as part-time.

3              Q    But any schedule we looked at prior

4      to taking a leave of absence, it looked like he

5      worked five days a week; didn't he?

6              A    That was for the grand opening.

7              Q    Was plaintiff offered an opportunity

8      to see this document?

9              A    It was given to him.

10             Q    So, yes, he was given an opportunity?

11             A    Yes, sorry.

12             Q    And did you exchange any emails with

13     Kylie Featherby regarding this particular

14     document on the day of or before September 10,

15     2021?

16             A    No email regarding this.  Not to my

17     recollection, no.

18             Q    Did you take any notes that would

19     reflect any conversations you had with

20     Ms. Kylie leading up to this event on September

21     10, 2021?

22             A    No, ma'am.

23             Q    Can you please tell me whose

24     signature is that next to the staff member

25     signature?

1              A      That's mine.

2              Q      Okay, that's yours.

3                     MS. CABRERA:  Can we take a quick

4              break?

5                     MS. TATURA:  Yes.

6                          (Recess.)

7              Q      Did Margaritaville hire any new

8       employees during the time when plaintiff took

9       the leave of absence or after he came back?

10             A      Yes, Margaritaville did.

11             Q      How many employees did Margaritaville

12      hire?

13             A      Roughly, maybe 100.

14             Q      And were any of those employees that

15      were hired for the position of line cook, prep,

16      MV line?

17             A      Yes.  I think I was still filling my

18      shift.  Yes.

19             Q      How many line cooks were hired?

20             A      I would have to go back and look.

21             Q      And I will follow up in writing.

22             Is it true that Margaritaville paid

23      employees a referral bonus of $200 for bringing

24      new employees?

25             A      I do remember something about that

1    during the grand opening.

2        Q    Are you aware that plaintiff filed a

3    complaint with the Division of Human Rights on

4    September 1st, 2021, just nine days before his

5    termination?

6        A    Not before, no, ma'am.

7        Q    Did Margaritaville provide any

8    uniform to the plaintiff during his employment?

9        A    Yes, Margaritaville T-shirts.

10       Q    How many T-shirts?

11       A    Every employee is given two, with an

12    option to purchase at 50 percent off, more.

13       Q    Anything else in addition to the two

14    T-shirts that Margaritaville provided?

15       A    A Margaritaville hat.

16       Q    That's it?

17       A    Yes, ma'am.

18       Q    Was there an incident where you sent

19    plaintiff home in order to get his uniform,

20    because he didn't have one for that day?

21       A    Yes, Mr. Nofal came into work with

22    shorts and flip-flops.  Or Crocs, sorry.  My

23    bad, Crocs.

24       Q    Is this what Margaritaville does to

25    employees who forget to bring their uniform for

1          their shift?

2               A     If you don't have the proper uniform

3          to come and work in the kitchen, yes, you would

4          either have the option to go home and get it,

5          or resign from the shift for that day, which

6          then you would be documented for attendance,

7          basically a no call/no show because you were

8          not in proper uniform.

9               Q     Is there any backup uniform that

10         Margaritaville provided to employees in case

11         they forgot to bring their uniform, or no?

12              A     Not pants, no, ma'am.

13              Q     You took some statements from

14         Margaritaville employees regarding plaintiff;

15         isn't that true?

16              A     From Michael Roberts and Chris

17         Castiello, yes, ma'am.

18              Q     And how about Robert Taylor?

19              A     Robert Taylor, yes, ma'am.

20              MS. TATURA:  We didn't have a

21         statement from Michael, so I'm going to

22         request a copy of that.

23              Q     With regard to the --

24              MS. CABRERA:  You do have it.

25              MS. TATURA:  I'm sorry?

1          MS. CABRERA:  You do have it.

2          MS. TATURA:  No, we have Chris and we

3     have Robert.  We don't have Michael.

4          MS. CABRERA:  It's Bates stamped

5     000044.

6          MS. TATURA:  Okay.  I'll check on

7     that.

8          MS. CABRERA:  It's right after

9     Chris's.  It may be throwing you off

10     because it's in an email, and it's not in

11     the same -- it's not on the form.  So

12     maybe you skipped over it.

13          MS. TATURA:  Okay, give me one

14     moment, please.

15          MS. CABRERA:  I could send it to you

16     right now if you want it.

17          MS. TATURA:  If I have it, there is

18     no need to.  But let me --

19          MS. CABRERA:  Sure.

20          MS. TATURA:  Yeah, I don't have it.

21          If you can send me a copy.

22          MS. CABRERA:  Give me one sec.

23               (Off the record.)

24     Q    Why did you take the statement from

25     Chris?

1              A     From Chris, because I needed to have

2        a conversation with Abdel, and Chris was there,

3        and Abdel never had that conversation.

4              Q     And Chris is your subordinate; isn't

5        he?

6              A     No, Chris is the front of the house.

7        He is a general manager now, he was an AGM back

8        then.

9              Q     So at the time you asked him to make

10       a statement he did not report to you?

11             A     No, he did not report to me.

12             Q     Did he draft his own statement, or

13       did you provide some assistance?

14             A     No, he drafted his own.

15             Q     And how about Robert, why did you

16       take a statement from Robert Taylor?

17             A     Because at that time I knew I was

18       going to have a sitdown with Mr. Nofal with

19       Chris about the conduct and his behavior for

20       that morning.  And Robert was in the kitchen

21       when Mr. Nofal had his outburst with me.

22             Q     And Robert is in security; correct?

23             A     Yes, ma'am, he's the director of

24       security.

25             Q     Was he the director of security at

1    the time when you asked him to write a

2    statement?

3         A    Yes, ma'am.

4         Q    And so he was not your subordinate at

5    the time that you asked him to write a

6    statement; is that correct?

7         A    No, we work for two different

8    companies.  We don't even -- not even a part of

9    the same.

10             MS. TATURA:  I'm going to show you

11        one more exhibit.  That will be marked as

12        Exhibit 10.

13             (Exhibit 10 marked for

14        identification.)

15        Q    You previously testified that

16   plaintiff did not reference anything to

17   discrimination when he made his complaints

18   about the hours.  I just wanted to clarify, ah,

19   with the handwritten notes that you made.

20        Let me know if you need a minute to look

21   at it.

22        A    Those are not my handwritten notes,

23   ma'am.

24        Q    Who prepared this note?

25        A    I do not know, actually.

1    Q    Is this your -- is this not your
2    handwriting?
3    A    No, ma'am, that's not my handwriting.
4    Q    Can you read anything that is stated
5    in these notes?  I had trouble understanding
6    all of it.
7    A    It looks like, "Feels discriminated
8    because hours have --", something between, "--
9    he came back."
10    Q    Do you see there is your name on the
11    upper right side of this document?
12    A    Yes, ma'am.
13    Q    Do you remember if there was any
14    meeting that you had with anybody that
15    potentially could be memorialized in this
16    document?
17    A    This looks like possibly the phone
18    call that Hector had with Mr. Nofal.
19    Q    Why would your name be on the
20    document with regard to the phone call that
21    Hector had with plaintiff?
22    A    Because I'm the one that initiated
23    that phone call with Hector.
24    Q    Do you have any notes of your own
25    reflecting the phone call that you had with

1    Hector?

2         A    No, ma'am.

3         Q    Is this the phone call that you

4    referenced previously that you may have a

5    record of regarding plaintiff?

6         A    This is the phone call that I made to

7    Hector about the incident.  I'm guessing it's

8    the one from the 27th that I had stated that I

9    had made the call to Hector.

10        Q    And is it fair to say that the date

11   on this document says September 3, 2021?

12        A    Yes, that's accurate.

13        Q    You don't know if this is when the

14   notes were made or when the phone call took

15   place?

16        A    I think that it's actually the date

17   that the phone call was made.

18        Q    And isn't it true that only seven

19   days later plaintiff was let go from

20   Margaritaville?

21        A    Yes, ma'am.

22        Q    Have you seen this document before?

23        A    No, ma'am.

24        Q    Is this the first time you're seeing

25   it today?

1          A     Yes.

2                MS. TATURA:  Just give me one moment,

3          please.  I believe I received an email,

4          I'm going to check.

5                MS. CABRERA:  Okay.

6                    (Off the record.)

7          Q     Okay, let me ask you about this

8    document that we just looked at, the exhibit

9    marked as 10.

10         If you did not receive any complaints

11   about discrimination from plaintiff, why do you

12   think Hector would put in his notes upon

13   conversation with you that there were

14   complaints of discrimination?

15         A     I don't recollect anything of him

16   saying discrimination that I heard in that

17   conversation.

18         That entire conversation, we put it on

19   speakerphone, and I know multiple times people

20   kept coming in and out, because we were in the

21   main dining room when I actually called Hector

22   and we were sitting at the table.  So unless if

23   I did not hear him say something, Abdel never

24   came to me and said you're discriminating

25   against me, or anything in those words of, ah,

1    because of scheduling, or anything like that.
2    I don't recall him ever saying anything like
3    that.
4         Q    And how long was that conversation
5    with Hector?
6         A    Uhm, maybe five minutes.  Five to
7    eight minutes, max.  I mean, it was pretty
8    quick, actually.
9         Q    Do you remember what else was said by
10   Hector to you with regard to plaintiff on that
11   day?
12        A    No, the -- just throughout that
13   conversation, he had mentioned that -- he did
14   say that I cut his schedule, and Hector said,
15   well, we will look into the schedule.
16        But at that moment never were the words
17   like discriminating against because of the
18   schedule.  The schedule was brought up of, oh,
19   why do I only have three days working, and then
20   I immediately followed with, no, you have four
21   days working this week, you're choosing not to
22   work on Monday because it's the holiday.  And
23   he said, well, I want my full schedule.  And
24   that's pretty much when Hector said, well, I will
25   look into the schedule change.  And that's

1       about it.

2           It was more just about the scheduling of

3       him thinking that I was only giving him the

4       three-day work week, and he wasn't

5       understanding that it was just the breakfast

6       until we pick up.

7           Q    Let's look again at this document.  I

8       understand that you did not prepare it, but

9       because it may have memorialized something that

10      you spoke about with Hector, I would like to

11      look at it again.

12          So it looks like the first paragraph, as

13      you said, feels discriminated because something

14      about hours went down after he came back.

15          And then the third paragraph says, "feels

16      that discrimination", in parenthesis, and

17      correct me if that's not what you see.

18          A    Yeah.  It looks like that, yes.

19          Q    Right, that's what I thought.  And

20      then the next paragraph says something about

21      table 7.  Do you remember talking to Hector

22      anything about table 7?

23          A    I have no idea what table 7 --

24          Q    And then the next paragraph, it looks

25      like, ah -- the sixth word looks like it was

1          retaliation, and not necessarily discrimination
2          right after that.
3               Do you see that?
4               A    It informed him -- it sounded --
5          retaliation, not necessarily discrimination.
6          Yeah, I see that.
7               Q    Do you remember talking to Hector
8          about anything related to retaliation,
9          discrimination?
10              A    This looks like a conversation, that
11         he was talking with Hector.
12              Q    And then the next page --
13              A    I'm wondering at some -- I almost
14         want to say at some point, Hector or Abdel,
15         they, uhm -- it was a very hard language
16         barrier at that moment with Hector and Nofal
17         and with the speakerphone, and I almost believe
18         that they actually spoke together.  I would not
19         have been able to hear that.  I almost believe
20         that they actually had a conversation, because
21         of the language barrier that it was so hard to
22         understand, that Abdel took the phone and was
23         listening to him.
24              So I wish I could remember the full
25         conversation, but it almost reminds me of him

1    actually having the phone, because they

2    couldn't understand each other.  Because I

3    remember at some point, ah, we have this light

4    show that comes on, and it became very loud,

5    and that's when they couldn't understand what

6    each other was saying, so Abdel was holding my

7    phone.

8        Q    At some point there was a time when

9    the three of you were kind of communicating

10    using one phone?

11        A    Yes.  Originally it was on

12    speakerphone, yes, ma'am.

13        Q    And during that phone call, to the

14    best of your recollection, there was no words

15    discrimination mentioned, retaliation; correct?

16        A    Yes, correct.  I don't ever remember

17    him ever saying that he felt discriminated on.

18            MS. TATURA:  Okay, thank you.

19            Let's look at one more, and last

20        exhibit.  That will be marked as

21        Exhibit 11, this document that I just

22        received from your attorney.

23        (Exhibit 11 marked for

24        identification.)

25        Q    Can you see this document?

1          A     Yeah.

2          Q     Have you seen this document before?

3          A     Yes, ma'am.

4          Q     So you did request a statement from

5     Michael Roberts; correct?

6          A     Yes, ma'am.

7          Q     Is there any email that you sent to

8     Michael requesting such statement?

9          A     No, this was actually requested on

10    the 6th.  Michael Roberts had left the

11    building, and I had to remind him that he did

12    not submit the statement to send over to

13    Hector.  So he had sent it via email, as he was

14    off.

15         Q     Did you ask him to do that by phone,

16    by email, something else?

17         A     Via phone and in person.

18         Q     Not by email?

19         A     No, not by email.

20         Q     Is there any reason why there is this

21    huge space before the email we are looking

22    at -- do you know if there was any redaction

23    made before this email was produced to us?

24         A     No, I think that's just the way it

25    came through on the scan, because it's

1      actually -- on the actual, that's the top.  So

2      I think just the scan, I guess it came through

3      like that.

4          Q    Okay.  Well, let's look at it.

5          "Yesterday, September 6 in the morning, I

6      witnessed Chef Natalie asking Abdel multiple

7      times to do something, and he ignored her.  He

8      was asked to lower the oz --"

9          What's oz?

10         A    Ounces.

11         Q    "-- ounces of the hash browns

12     repeatedly, and he didn't even acknowledge her.

13     He was then asked to bump the item once it was

14     made, and Natalie had to come around and do it

15     for him, because he wouldn't.  Natalie asked if

16     I could be part of a sitdown after the shift.

17     This did not happen, as Abdel walked out and

18     left for the day."

19         I'm sorry, why did Michael not give you

20     the statement on the day when you asked him to

21     do that?

22         A    He had left the building.

23         Q    He forgot to give you the statement?

24         A    Yes, ma'am.

25         Q    And was he present through the whole

1    incident that allegedly occurred, according to

2    this statement?

3          A    Yes, ma'am, he was there through all

4    of it.

5          Q    So it sounds like at least three

6    people happened to be there on the day of when

7    you had an incident with Abdel -- Chris, Robert,

8    and Michael?

9          A    Yeah, Chris was informed that I

10   needed to have a sitdown, because we always do

11   sitdowns with multiple managers, it's never a

12   one-on-one.  So in any instance I will always

13   grab, the more managers the better, is like

14   what we call it.  So I asked Christopher to be

15   a part of the sitdown.  Michael Roberts was

16   directly involved, as he was pretty much working

17   expo that day with me, so he was in the kitchen

18   the entire time with me all morning during

19   breakfast.

20         Q    And how about Robert, did he just

21   happen to pass by?

22         A    Robert Taylor was doing his security

23   walk in the morning around 6:30, when Abdel was

24   being combative with me.  To the point where he

25   had mentioned am I okay, do I need help.

1           MS. TATURA:  Anjanette, I don't have

2      any further questions.  I don't know if

3      you wanted to do any follow-ups.

4           MS. CABRERA:  I have very limited

5      follow-up.

6  EXAMINATION

7  BY MS. CABRERA:

8      Q    Natalie, why was Mr. Nofal only

9  scheduled for breakfast shifts when he returned

10  from his leave of absence?

11      A    Because he was directly hired for

12  breakfast shift.

13      Q    And counsel pointed out that there

14  were several other individuals, who were line

15  cooks, that were working more hours than

16  Mr. Nofal when he returned from leave.

17           Can you explain why that was the case?

18      A    Yes, all of them were hired to work

19  lunch shifts and mid-shifts.

20      Q    And so what does that mean?

21      A    Lunch shifts you come in at 8 o'clock

22  and work until 4 o'clock.  Mid-shifts can work

23  anywhere from 10:00 to 5:00, 6:00, 7:00, based

24  on business.  Lunch work, basically the core of

25  our business, is the busiest, which is lunch,

1    so they were hired for lunch only.

2         Q    Was Mr. Nofal given less hours when

3    he returned from leave because he had taken a

4    leave of absence?

5         A    No, ma'am.

6         Q    Was his schedule influenced at all by

7    the fact that he was Muslim?

8         A    No, ma'am.

9         Q    And what happened to the business

10   while Mr. Nofal was out on leave?

11        A    So we had started with our grand

12   opening, which was very hectic and a lot of

13   hours for everybody.

14        As we started stabilizing and getting

15   opened, uhm, around October 1st, we started to

16   streamline our schedule into the actual

17   positions that everybody was hired, and to make

18   sure that everybody started working.

19        As we got to the middle of August, it was

20   talked about to start opening breakfast.  At

21   that moment, it was mentioned that I'm the only

22   breakfast cook at this point, nobody has been

23   trained to do breakfast.  Mr. Nofal had sent me

24   an email saying that he's ready to come back.

25   It was almost perfect timing for me, because

1      now I didn't have to work the breakfast shift.

2            Once he came back, he immediately started

3      as the first breakfast shift, and he worked

4      every breakfast shift that we had.  And

5      business kind of stabilized, so people's hours

6      were starting to adjust to reflect that.

7                  MS. CABRERA:  Okay, I have no further

8            questions.

9                  MS. TATURA:  Thank you very much for

10           your time today.

11                 THE WITNESS:  Thank you.

12                 THE COURT REPORTER:  Ms. Cabrera,

13           this is district court, do you need a

14           copy?

15                 MS. CABRERA:  Yes, please.

16

17           (Deposition concluded 12:32 p.m.)

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3          I, PATRICIA A. SANDS, a Shorthand Reporter

4     and Notary Public of the States of New York and

5     New Jersey, do hereby certify that prior to the

6     commencement of the examination the witness was

7     sworn by me to testify the truth, the whole

8     truth and nothing but the truth.

9

10         I do further certify that the foregoing is

11    a true and accurate transcript of the testimony

12    as taken stenographically by and before me at

13    the time, place, and on the date hereinbefore

14    set forth.

15

16         I do further certify that I am neither of

17    counsel nor attorney for any party in this

18    action, and that I am not interested in the

19    event nor outcome of this litigation.

20

21    

22    _____

23    New York Certificate No.:  01SA4974309

24    New Jersey Certificate No.:  2109345

25

1                    WITNESS CERTIFICATION

2

3

4      I have read the foregoing transcript of

5   my testimony and find it to be true and

6   accurate to the best of my knowledge and

7   belief.

8

9

       _____

10          [NATALIE COHEE]

11

12

       Subscribed and sworn to

13

       before me on this _____

14

       day of _____, 2023.

15

16

17    _____

          Notary Public

18

19

20                 *      *      *

21

22

23

24

25

```
1                ERRATA SHEET
          Priority-One Court Reporting/Veritext
2                718-983-1234
     ASSIGNMENT NO. P1-5820796
3    CASE NAME: Nofal, Abdelhafiz v. IMCMV Times Square LLC, Et Al.
     DATE OF DEPOSITION: 3/21/2023
4    WITNESS' NAME: Natalie Cohee
5
     PAGE/LINE(S)/    CHANGE          REASON
6    ____/_____/_____/_____
     ____/_____/_____/_____
7    ____/_____/_____/_____
     ____/_____/_____/_____
8    ____/_____/_____/_____
     ____/_____/_____/_____
9    ____/_____/_____/_____
     ____/_____/_____/_____
10   ____/_____/_____/_____
     ____/_____/_____/_____
11   ____/_____/_____/_____
     ____/_____/_____/_____
12   ____/_____/_____/_____
     ____/_____/_____/_____
13   ____/_____/_____/_____
     ____/_____/_____/_____
14   ____/_____/_____/_____
     ____/_____/_____/_____
15   ____/_____/_____/_____
     ____/_____/_____/_____
16   ____/_____/_____/_____
     ____/_____/_____/_____
17   ____/_____/_____/_____
     ____/_____/_____/_____
18   ____/_____/_____/_____
     ____/_____/_____/_____
19   ____/_____/_____/_____
20            _____
                  Natalie Cohee
21
     SUBSCRIBED AND SWORN TO
22   BEFORE ME THIS_____DAY
     OF_____, 20__.
23
     _____
24      NOTARY PUBLIC
25   MY COMMISSION EXPIRES_____
```

| & | | | |
|---|---|---|---|
| **&** 2:3,7 | **15** 30:20 | 55:20 56:3 | 78:19 |
| **0** | **16** 59:24 | 60:3 63:19,24 | **3** |
| **000044** 88:5 | **175** 2:7 | 67:16,16 71:18 | **3** 3:12,24 65:23 |
| **01sa4974309** 104:23 | **18** 63:18 | 71:18 73:20 | 65:24 92:11 |
| **03104** 1:2 | **19** 63:19,24 67:16 | 75:5,5 79:25 | **3/21/2023** 106:3 |
| **07310** 5:2 | **19th** 20:13,15 | 82:21,22 84:15 | **30** 43:3 44:3 56:12 |

**& **  2:3,7

**0**

**000044**  88:5
**01sa4974309**  104:23
**03104**  1:2
**07310**  5:2

**1**

**1**  3:10 38:19,22 77:19
**10**  3:19 84:14 84:21 90:12,13 93:9
**100**  3:6 83:2 85:13
**10006**  2:4
**10:00**  101:23
**10:07**  1:18
**10th**  60:3,7,10 60:11,12 62:13
**11**  3:20 47:17 49:18,19 97:21 97:23
**110**  5:2 11:4
**11201**  2:8
**115**  5:2
**11th**  14:20
**12:30**  60:4
**12:32**  103:17
**130**  30:8
**14**  3:23
**1420**  2:3

**15**  30:20
**16**  59:24
**175**  2:7
**18**  63:18
**19**  63:19,24 67:16
**19th**  20:13,15
**1:22**  1:2
**1st**  86:4 102:15

**2**

**2**  3:11 32:10 40:4 63:14,15 78:8
**20**  30:20 59:9 63:19 74:6 76:4 106:22
**200**  85:23
**2000**  19:19
**2003**  12:23
**2004**  8:6
**2007**  12:6 14:4 14:16,18
**2008**  14:14,15
**2014**  8:10 81:16
**2020**  11:10 13:3,4 14:6
**2021**  10:11,12 11:6 13:8 17:20,20 19:2 19:2 33:16 38:14,15 41:6 42:5,5 46:13 46:14 50:6 51:1 52:6

55:20 56:3
60:3 63:19,24
67:16,16 71:18
71:18 73:20
75:5,5 79:25
82:21,22 84:15
84:21 86:4
92:11
**2022**  20:14
**2023**  1:18 39:9 105:14
**21**  1:18 3:25 77:7
**2109345**  104:24
**212**  2:4
**22**  40:1
**22nd**  10:9
**23**  40:13 71:18
**24**  3:23 41:11 76:6
**25**  55:2 67:16
**25th**  10:9,10 14:5,6 29:21 33:15
**26**  42:3,5,5
**26th**  53:16 64:3 64:7
**27**  73:20
**27th**  51:1,15 53:15,15,16 74:9,20 92:8
**29**  71:18
**2:00**  44:6,7 73:10,12,14 75:18,19,20

78:19

**3**

**3**  3:12,24 65:23 65:24 92:11
**3/21/2023**  106:3
**30**  43:3 44:3 56:12
**30th**  75:5
**31st**  29:22
**32821**  12:2
**32nd**  59:7,8,12
**35**  50:24
**37**  3:10 9:10
**38**  9:10 52:8
**39**  53:22
**3:00**  44:5,12,14 49:20

**4**

**4**  3:5,13 67:12 67:13 75:13 101:22
**40**  69:3
**402**  2:7
**41**  54:4,10
**42**  17:24 18:2 55:12
**43**  55:19
**44**  56:7
**45**  2:3 28:12
**46**  57:2
**49**  60:2

| 5 | 70 3:14 | 99 83:2 | 44:18,22 45:2 |
|---|---|---|---|

**5** 3:14 71:14,15
  75:5
**50** 86:12
**5367** 12:1
**5654** 9:14
**5:00** 101:23
**5th** 19:18,19,19
  19:20,21 29:15

**6**

**6** 3:15 74:23,24
  77:13,14 78:1
  78:3,4 79:25
  81:5,24 99:5
**62** 3:11
**64** 3:12
**646-341-6544**
  2:8
**66** 3:13
**6:00** 44:6,7,12
  44:15 47:10
  73:11,13 74:3
  75:19,19 78:17
  101:23
**6:30** 100:23
**6th** 54:19,22
  55:20 62:1
  78:6 98:10

**7**

**7** 3:16 71:6
  76:23,24 77:7
  77:10,13,17
  95:21,22,23

**70** 3:14
**718-983-1234**
  106:2
**72** 3:24
**73** 3:15
**75** 3:16
**78** 3:17
**7:00** 44:15
  101:23
**7:30** 47:10
**7th** 62:1

**8**

**8** 3:17 15:15
  79:20,21
  101:21
**8079** 104:21
**82** 3:18
**825-1400** 2:4
**84** 3:25
**89** 3:19
**8:00** 44:5,14
  47:12 73:9,10
  73:19,20,25
  74:1,4 75:18

**9**

**9** 3:18 47:16
  83:5,6
**9/6** 80:19
**90** 64:2,11,13
  64:14,24 65:13
  65:20
**96** 3:20
**98** 83:2

**99** 83:2
**9th** 60:12

**a**

**a.m.** 44:5,6,7
  44:12,14 47:10
  47:12 49:19,19
  73:9,10,11,13
  73:19,20,25
  74:1,3,4 75:19
  75:19
**ab** 58:20
**abdel** 41:10
  52:24,24 56:17
  68:14 71:8,24
  73:8 74:6,18
  75:7,16 76:3
  76:13,18 77:7
  77:9 78:11
  81:4 89:2,3
  93:23 96:14,22
  97:6 99:6,17
  100:7,23
**abdel's** 72:5
**abdelhafiz** 1:4
  29:11 106:3
**ability** 6:16
**able** 7:17 41:13
  41:22 49:5
  50:7 55:17
  56:22 59:22
  67:1,5 96:19
**above** 64:19
**absence** 42:10
  42:13,16,20
  43:11,22 44:9

45:15,17 46:23
  46:24 64:12,13
  65:12,19 84:1
  84:4 85:9
  101:10 102:4
**absolutely**
  16:12,18 65:9
**accepted** 14:5
**access** 24:12
  28:1,6 31:16
**accord** 14:7
**account** 10:16
  10:17,20,23
**accounts** 10:2
  10:14
**accurate** 40:19
  44:10 51:6,7
  52:12 54:2
  55:24 56:13,15
  57:20 92:12
  104:11 105:6
**acknowledge**
  99:12
**act** 66:12,18
  67:5
**action** 3:18
  38:20 104:18
**active** 10:16,19
**actual** 7:6
  11:18 33:7
  50:15 72:7
  73:23 99:1
  102:16

**actually** 36:12
37:2 39:7 41:4
50:10,11 58:19
61:19 72:8
77:11 90:25
92:16 93:21
94:8 96:18,20
97:1 98:9 99:1
**ada** 3:12
**adam** 19:16,25
20:1 29:24
30:1,2,5
**adamant** 59:17
**adding** 69:11
**addition** 23:5
66:19 86:13
**additional**
20:21 75:25
**address** 9:15
11:5,16,19,24
12:4
**adhere** 31:8
**adhered** 17:11
17:11
**adjust** 103:6
**adjustments**
33:9
**agm** 89:7
**ago** 26:9 75:12
83:15,17
**agreed** 4:2,7,10
**ah** 10:9 12:17
12:23 23:7
29:8 43:13
54:17 72:18

79:24 90:18
93:25 95:25
97:3
**ahead** 83:1
**akin** 2:3 5:8
**al** 106:3
**alert** 23:25
**allegations**
39:23
**allege** 8:23 17:2
**allegedly** 100:1
**allocating**
75:14
**allow** 32:1
**allowed** 81:1
**allowing** 34:8
**american** 54:8
**americans**
66:12,17 67:4
**anjanette** 2:9
25:14 101:1
**annual** 26:13
26:16
**annually** 26:18
**answer** 28:17
48:5 72:19
**antonio** 13:12
**anybody** 7:10
16:14 17:1
18:16 22:21
24:22 33:2
39:18 43:23
60:1 61:6
65:18 81:3
83:20 91:14

**anytime** 32:16
80:12
**anyway** 26:5
**aol** 9:19
**apologize** 12:9
**application**
23:8,21 68:1
**applied** 65:16
**appropriately**
50:2
**approved**
42:19 61:5
**approximately**
29:15 76:4
**april** 11:12
**apt** 5:2
**area** 49:7 70:12
**areas** 18:21
**arizona** 8:5
12:19,20 25:7
**arrived** 60:4
**aside** 7:4 23:16
27:22 33:2
38:7 46:21
61:10
**asked** 15:16
33:13 51:16,18
63:2 68:5 89:9
90:1,5 99:8,13
99:15,20
100:14
**asking** 5:10 6:3
12:9 27:9
33:10 45:17
54:6,23 99:6

**assigned** 23:24
44:4,16,19
45:13
**assignment**
106:2
**assistance**
31:23 89:13
**associate's**
12:16,22
**assume** 5:22
**attached** 13:17
**attendance**
21:4 87:6
**attention** 22:3
37:24
**attorney** 7:1
61:10 79:16
97:22 104:17
**august** 13:3,4
38:14,15 42:5
50:6 51:1,15
52:5 53:15
63:18,19,19,23
64:6 71:18,18
73:20 75:5
82:25 102:19
**authority** 18:23
19:1 30:3
32:13
**availability**
11:22
**avenue** 5:2 11:4
12:1
**average** 17:24
18:1

aware  7:16
8:12,17,22 9:1
34:11 54:15,21
56:8 63:22
83:10 86:2

**b**

b  1:8 3:7
back  11:11
16:2 20:13,18
20:19 45:10,22
47:11 48:6
50:20 53:24
58:7,18,24
59:9 67:1
74:10 85:9,20
89:7 91:9
95:14 102:24
103:2
backtrack  15:3
backup  87:9
bacon  49:23
54:18,24 55:1
55:3,6,9 57:15
58:9,11,12,13
58:14,16,17,20
58:25 59:3,4,8
59:13,21
bad  86:23
ballpark  44:12
bankruptcy
12:12
barrier  96:16
96:21
based  21:4 29:2
32:22,25 41:25

42:16 70:3
74:18 76:19
82:6 101:23
basic  18:13
basically  17:14
18:8,12,18
23:14,21 27:15
28:2 29:6,8
31:17 32:10
37:9 49:7,22
58:3,12 59:15
66:13 69:18
70:2 87:7
101:24
basis  16:10,16
16:23 17:4
30:22 43:21,24
81:12
bates  88:4
bayside  13:12
beef  34:2,4
36:2
beginning
57:25
behavior  89:19
belief  105:7
believe  19:23
21:4 25:15
27:8 29:24
30:1 34:20
38:10 40:18
41:21 42:14
43:6,7,8 44:8
44:13 51:5
54:1,20 61:8

65:14 66:5
79:24 93:3
96:17,19
believed  34:24
best  58:1,2
60:20 97:14
105:6
better  16:5
100:13
beverage  19:8
bias  29:6
big  15:13
birth  9:6
bit  63:20 83:9
blatant  61:20
blatantly  82:10
bleu  12:19
blocking  80:5
blood  40:7
blue  41:8
bly  20:22
board  34:5
bodily  40:16
bonus  85:23
booklet  23:14
born  11:1
bounced  11:21
bouncing  13:25
break  6:1,5
85:4
breakfast
30:16 38:13,16
44:5,20,23,25
45:2,4,8,9,10
45:13,18,18,19

45:20,21,23,24
45:24,25 46:6
46:11,18,22
47:1,7,10,19
49:4,16,18
50:5,12,14
51:18,20,23
56:21,22 72:6
72:15,21 73:23
73:25 75:15,22
95:5 100:19
101:9,12
102:20,22,23
103:1,3,4
bring  86:25
87:11
bringing  85:23
broadway  2:3
brooklyn  2:8
brooks  2:7
brought  5:11
22:3,24 24:23
37:24 94:18
browns  49:10
99:11
buffet  45:8
building  7:15
30:25 43:17
98:11 99:22
bulk  18:10,14
bump  77:21
99:13
busiest  101:25
business  3:24
32:23,25 73:6

101:24,25
102:9 103:5
**busy** 31:22,25

**c**

**c** 2:1,7 5:1 32:9
104:1,1
**cabrera** 2:9 3:6
25:21 26:3
40:11 85:3
87:24 88:1,4,8
88:15,19,22
93:5 101:4,7
103:7,12,15
**calculated** 70:9
**call** 23:15
52:16,19 53:11
58:13 62:6
65:2 68:11
87:7 91:18,20
91:23,25 92:3
92:6,9,14,17
97:13 100:14
**called** 52:21
60:4 93:21
**cans** 49:8
**care** 22:6
**carefully** 76:1
**case** 1:2 6:23
8:20 21:25
29:12 71:25
79:16 83:18
87:10 101:17
106:3
**castiello** 62:9
80:18 87:17

**cause** 29:8
36:17
**causing** 58:16
**certificate**
24:14 104:23
104:24
**certification**
4:4 105:1
**certify** 104:5,10
104:16
**chain** 22:16,17
**change** 29:9,9,9
94:25 106:5
**characterized**
40:6
**charge** 24:19
**charles** 19:16
**check** 67:2 88:6
93:4
**checked** 78:23
81:2
**chef** 13:6 17:6
20:4,7,11,20
32:16 36:9
37:10,25 38:1
41:14,20 99:6
**chefs** 35:2
**chicken** 34:3,4
36:3
**choose** 15:10
50:1
**choosing** 94:21
**chris** 62:9
80:18 87:16
88:2,25 89:1,2

89:4,6,19
100:7,9
**chris's** 88:9
**christopher**
71:6 74:13
76:9 100:14
**chronic** 40:6
**circumstances**
22:17
**cities** 13:14
**citizen** 54:8
**city** 5:2 11:4,13
**claim** 7:6
**clarify** 14:17
32:12 90:18
**claudia** 20:10
**cleanliness**
17:12
**click** 23:25
**client** 6:23 7:7
**clock** 81:1
**closed** 15:15,18
15:20
**coach** 35:7
**coached** 35:9
35:12
**coaching** 34:20
36:7,13 82:5
**code** 36:18
60:24
**cohee** 1:5 3:4
5:7 51:2 52:11
55:22 57:5
60:6 105:10
106:4,20

**collection** 8:5,9
**com** 9:18,19
**combative** 77:8
78:11 100:24
**come** 14:12
17:23 22:12,13
28:25 32:17
33:10 47:16,22
58:24 59:9
74:1 80:22,23
81:10,11 87:3
99:14 101:21
102:24
**comes** 97:4
**comfortable**
22:13,14
**coming** 28:21
57:14 78:21
80:21 93:20
**command**
22:16,18
**commencem...**
104:6
**commencing**
1:18
**comment** 52:24
57:17
**commented**
41:8
**commission**
106:25
**communicating**
97:9
**companies** 90:8

company 15:13
16:6,7 21:3
27:1,16 81:20
compartment
81:19
complain 16:9
16:15,21 22:9
51:13
complained
51:1,8,25
complaint 3:10
7:8 9:3 16:18
17:3,5 38:19
50:21 86:3
complaints
21:25 22:2
24:17 52:9
90:17 93:10,14
complete 24:9
28:22 64:10
completed
24:11
complicated
72:23
computer
25:13 67:2
concepts 6:22
concern 34:16
concluded
103:17
condition 64:3
conduct 26:2,3
36:18 60:24
89:19

conducted
23:18 28:9
confuse 72:12
connection
47:25 50:22
constangy 2:7
constantly
23:23 24:3
contact 62:19
contacted
52:22
contamination
34:9
continue 22:6
82:10
continuously
23:24
contract 21:3
conversation
55:10 59:16
89:2,3 93:13
93:17,18 94:4
94:13 96:10,20
96:25
conversations
84:19
convicted
12:10
cook 18:7,7,8
30:12,13,16
31:4 37:7,19
41:18,23 42:1
45:24,25 49:23
55:3 57:12
58:4,5,10,21,23

59:3,6,8,13,13
70:1,1,5,8,20
70:21,21 72:6
72:11,12,15,20
75:22 85:15
102:22
cook's 37:14
cooked 54:24
55:1,6,7 58:16
58:25 59:3
72:8
cooking 37:6
49:9,22 54:18
55:21,25 56:12
58:15 59:5,18
cooks 3:25 18:4
18:5,5,11,14,17
18:18 31:1
35:2 37:3 70:7
70:9,19,19,22
70:23 85:19
101:15
copy 6:25
25:12,19 28:18
62:17,24 63:10
87:22 88:21
103:14
cordon 12:19
core 101:24
corporate
37:25 38:1
39:12
correct 32:14
41:18 75:9
84:1 89:22

90:6 95:17
97:15,16 98:5
correction 3:17
79:24 81:22
corrective 82:5
cortez 37:15
counsel 4:4
35:7 101:13
104:17
counseled
35:10,13
counseling
34:21 35:17
36:7,13
counts 65:12
couple 83:15,17
course 28:11,14
courses 23:22
26:14 27:2,11
court 1:1 4:13
5:14 47:23
103:12,13
106:1
courtroom 6:13
covers 59:9
created 83:12
creek 12:1
crocs 86:22,23
croix 15:5,25
16:1
crucial 34:13
culinary 12:17
current 8:14
37:18 67:7

currently 12:24
17:16 19:4
20:3,20 53:24
60:6
customers
31:14 47:8
48:9 49:5
cut 35:11 94:14
cutting 34:5
cv 1:2

**d**

d 1:8 3:1 4:1
dan 38:2
darius 20:5
date 9:6 10:7
29:3,18 47:5
51:10 52:1
53:17 61:25
92:10,16
104:13 106:3
dated 63:23
79:24
dates 14:23
day 10:4,6
17:12,12,14,14
18:10,10 30:9
33:1,1 43:13
45:7 46:9
49:18,21 50:2
50:10,11,14,15
53:12 54:17
64:2,11,24
65:13 73:24
74:3 78:4
80:19 84:14

86:20 87:5
94:11 95:4
99:18,20 100:6
100:17 105:14
106:22
days 10:10 43:3
43:19 46:2,2,4
46:11,16,16,16
46:18,18,19
50:5,9 51:17
64:13,14 65:20
68:21 69:2
75:17 76:18
84:5 86:4
92:19 94:19,21
debt 8:5,9
deceased 19:11
december
14:18,21 46:12
decide 39:8
decided 16:2
36:8 45:7 61:1
81:22 82:10
decision 61:12
61:17,19 64:16
65:8
deer 12:1
defendant 1:9
8:13
defendants 2:9
definitely 56:17
degree 12:16
12:18,22
demanded 56:3

department
18:21 21:19
22:4 24:18
25:1 82:16
depending
46:14
deposed 7:20
deposition 1:4
6:19 7:11,13
80:13 103:17
106:3
described 82:1
description 3:8
designate 33:3
designated
41:14 69:14
designed 26:20
despite 41:12
determined
32:19
diabetes 40:5,9
40:14,20
dialogue 57:3
57:25
diaz 21:7,8
difference 18:6
different 11:20
13:8,13 26:23
69:23,24 70:4
71:2,3,4 76:14
77:22,25 78:2
90:7
difficult 72:19
digits 9:12

dining 93:21
dinner 47:20
47:22 48:7,9
direct 5:5 16:4
32:15
directed 22:4
directly 22:10
52:18 100:16
101:11
director 62:10
89:23,25
disabilities
66:12,18 67:5
disability 16:11
16:17,23 17:4
41:12 42:7,8
51:4,11,12
56:10 65:19
74:20
disagreement
37:8
discovery
25:16
discrepancy
14:17
discriminated
16:10,16,22
91:7 95:13
97:17
discriminating
93:24 94:17
discrimination
8:14,19,24 9:4
17:3 22:1,9
24:17 26:21,24

29:4 52:2,5,10
52:15 90:17
93:11,14,16
95:16 96:1,5,9
97:15
**discuss** 39:20
83:19
**discussed** 39:17
**discussion**
55:17
**disease** 40:6
**dish** 49:7 70:23
**dishwashing**
18:5
**district** 1:1,1
103:13
**division** 86:3
**doctor** 43:1
**doctor's** 42:6
42:17,22,25
**document** 3:12
24:5 35:15
38:18,24 39:2
39:6,9,17
53:19 62:12,24
63:2,7,13
65:22 66:4,9
66:11,14 67:11
67:22 71:21
72:24 73:7
79:4,19 80:9
80:16 83:4,11
83:14,20,23
84:8,14 91:11
91:16,20 92:11

92:22 93:8
95:7 97:21,25
98:2
**documentation**
42:18
**documentatio...**
62:4,20
**documented**
87:6
**documents** 7:4
27:4 38:4
81:20
**doing** 18:11,12
30:7 31:2
37:11 38:16
49:22 56:25
59:9,10 100:22
**dominguez**
20:6
**dot** 9:18,19
**doubletree**
10:18 14:3,4
14:10,19,25
15:2,3,17
16:14,14
**download**
23:10
**downstairs**
32:1,6,8
**draft** 89:12
**drafted** 89:14
**due** 33:11
59:22 74:8
**duties** 17:7
31:3 41:13,23

71:1

**e**

**e** 2:1,1 3:1,7 4:1
4:1 5:1,1,1
104:1,1
**earlier** 78:20
**early** 33:10
**eat** 34:5,6
55:14,17 57:10
57:12 59:21,22
**eating** 55:9
**education**
12:15
**effect** 4:12
52:25 54:25
55:4
**effective** 17:9
31:8
**effectively**
31:10
**efrain** 47:2
**eggs** 55:21,25
58:13
**eight** 9:10 94:7
**either** 19:20
43:6 60:12
87:4
**elevated** 40:7
**eligible** 30:7
**email** 3:11 9:15
9:22,22,24,25
9:25 10:2,3,5
23:25 28:25
39:21 43:5,7
53:20 63:23

65:1,6 68:11
68:13 80:24
84:16 88:10
93:3 98:7,13
98:16,18,19,21
98:23 102:24
**emailed** 10:4
**emails** 9:21
63:17 84:12
**employed**
12:24 19:10,17
20:8,25 37:16
43:21
**employee** 3:23
8:17,22 9:2
22:23 23:5
25:10,15,18
26:5,8 27:20
27:22 31:18
35:24 60:5,14
60:17 62:14
68:15,17 69:13
74:14 81:1
86:11
**employee's**
69:12
**employees**
17:21 18:24
21:25 22:8,19
23:4,17 24:6
30:8 31:16
32:23 47:6,14
47:16,21 48:8
49:3 50:7 70:5
70:15 71:5

74:11,17 76:8
79:11 85:8,11
85:14,23,24
86:25 87:10,14
**employment**
8:13,19,23 9:4
15:22 20:12
21:10 26:20
28:10,22 29:3
30:18,19 32:14
40:24 41:2,23
64:4,7 65:10
86:8
**encouraged**
59:20
**ended** 10:2
**engaged** 35:16
**entire** 17:22
66:16 78:12,13
78:14,15 93:18
100:18
**entry** 18:8,21
35:1
**equal** 18:15
**equipment**
49:8,25
**errata** 106:1
**esq** 2:5,9
**essential** 41:13
41:22
**established**
41:17
**et** 106:3
**evenly** 58:15,23

**event** 84:20
104:19
**everton** 20:22
**everybody**
23:13,20 26:14
34:11,16 36:12
43:13,16,17,24
65:17 102:13
102:17,18
**exact** 14:23
18:19 47:5
53:17 61:25
**exactly** 14:22
51:13 53:5
66:8 71:20
78:22
**examination**
3:3 4:5,11 5:5
101:6 104:6
**examined** 5:3
**except** 4:8
**exchange** 84:12
**exchanged**
25:16 57:6
63:18 73:4
79:16
**excused** 43:2
**executive** 13:6
17:6 20:4
24:12 32:16
36:9
**exercise** 40:16
**exhibit** 38:19
38:22 63:14,15
65:23,24 67:12

67:13 71:13,14
71:15 74:22,23
74:24 75:12
76:22,23,24
79:20,21 83:5
83:6 90:11,12
90:13 93:8
97:20,21,23
**experience**
34:25
**expires** 106:25
**explain** 57:23
57:24 101:17
**explained**
51:17 75:11
**explaining**
24:10
**expo** 100:17
**extent** 25:17
65:2 73:3
**extremely**
78:11

**f**

**f** 4:1 104:1
**facebook** 10:15
10:22
**fact** 24:6 27:5
35:16 64:10
74:8 102:7
**fair** 43:20 50:6
70:14 71:4
73:8,15 74:5
74:16 75:6,16
76:3,11,17
77:12 92:10

**falling** 56:20
**familiar** 29:11
77:3
**fax** 43:5
**featherby**
19:10 39:19
60:18 62:14
84:13
**february** 14:15
39:3,6,9
**feel** 16:9 22:14
**feels** 91:7 95:13
95:15
**feet** 56:12
**felony** 12:10
**felt** 16:15,22
22:13,18 36:23
97:17
**female** 60:5,14
60:16
**fiancé** 16:2
**file** 35:20 81:19
**filed** 12:12
38:19 86:2
**filing** 4:5
**filling** 85:17
**finally** 44:22
**find** 28:20 50:3
53:7 64:21
105:5
**fine** 18:1 42:1
**finish** 40:11
73:10,12,13
**fire** 18:24

**fired** 9:3 14:8
  15:23 19:22,25
  20:1 21:5
**first** 17:5 29:14
  33:21 34:21
  35:6,25 36:2,7
  36:12 37:22
  38:18 45:5
  58:3 68:15,17
  78:9 92:24
  95:12 103:3
**five** 28:11 30:9
  43:13 46:16
  84:5 94:6,6
**flattop** 58:4,6
  58:11,12,20,23
  59:5,14,19
**flip** 58:21 86:22
**floor** 32:5,10
  59:7,8,12
**floors** 32:11
**flops** 86:22
**florida** 8:9
  11:11,15,23
  12:2 21:22
  25:6
**flyer** 22:24
**flyers** 23:5
**folders** 81:20
**follow** 22:16,17
  25:19,22 26:6
  85:21 101:3,5
**followed** 94:20
**following** 9:3
  37:5,8,12

44:17 46:22,24
  51:3 52:9 57:6
**follows** 5:3
  54:11
**food** 19:8 31:10
  34:15 72:7
**force** 4:12
**foregoing**
  104:10 105:4
**forenoon** 1:19
**forge** 13:11
**forget** 86:25
**forgot** 61:25
  87:11 99:23
**form** 3:18 4:8
  81:14,15,18
  88:11
**former** 20:11
**forth** 11:11
  104:14
**four** 9:12 17:18
  17:18 46:16
  94:20
**freestanding**
  13:17
**friday** 44:6
  46:7,8 50:8,11
  50:15,19 68:24
  73:8,24,24
  74:3 75:18
**front** 89:6
**full** 43:17,21,23
  46:19 48:21
  57:24 94:23
  96:24

**fully** 39:7,9
**functions** 40:17
**further** 101:2
  103:7 104:10
  104:16
**future** 67:8

**g**

**general** 7:15
  61:13 79:13
  89:7
**gestures** 5:16
**getting** 30:24
  43:14,16 56:20
  81:2 82:24
  102:14
**give** 36:7 50:22
  62:17 64:20
  78:7 82:13
  88:13,22 93:2
  99:19,23
**given** 6:12 23:6
  27:3,7 28:1
  34:22 37:9,13
  39:12 42:19
  43:8,8,25
  50:18 62:12,15
  62:24 63:6
  80:17 82:22
  84:9,10 86:11
  102:2
**giving** 51:24
  95:3
**glucose** 40:7
**go** 11:9 15:16
  22:10,11,15,23

23:8 31:17,20
  32:1,3,17,17
  35:20,23 40:1
  48:21,25 49:1
  49:20 50:20,24
  52:8 53:22
  54:4 57:18
  58:7 59:12
  60:21,23 62:16
  67:1 77:19
  78:5 83:1
  85:20 87:4
  92:19
**goes** 23:21
**going** 5:13 7:12
  33:1 35:6 46:1
  46:4,10 49:2
  50:21 58:23
  59:7 63:12
  66:13 70:12
  76:21 77:23
  87:21 89:18
  90:10 93:4
**gomez** 20:6
**good** 5:7
**grab** 100:13
**grade** 64:19
  82:20 83:1
**graduated**
  12:23
**grand** 30:6
  33:6,14,15
  43:24 45:6,6
  82:23 84:6
  86:1 102:11

**granted** 42:16
  64:12
**grill** 41:15
**group** 5:8
**guess** 24:22
  62:6 65:5 99:2
**guessing** 92:7
**guides** 27:2

**h**

**h** 3:7 5:1
**half** 47:9 49:14
  58:16,16
**hampton** 11:19
  11:21
**hand** 5:15
**handbook** 3:23
  23:5 25:10,18
  26:5,8
**handbooks**
  25:15
**handed** 42:18
**handle** 36:3
**handling** 36:2
  82:1
**hands** 36:1
**handwriting**
  91:2,3
**handwritten**
  3:19 90:19,22
**hanging** 22:25
**happen** 36:1
  48:20 99:17
  100:21
**happened** 6:22
  38:9 45:7

52:13 57:4
60:19 81:23
82:3 100:6
102:9
**harassing**
  56:11
**harassment**
  24:1 26:23
**hard** 96:15,21
**hash** 49:10
  99:11
**hat** 86:15
**head** 5:16
**health** 82:15
**hear** 19:14
  93:23 96:19
**heard** 81:8
  93:16
**hearsay** 37:2
**hectic** 102:12
**hector** 22:4,11
  22:15,20 24:21
  24:24 25:7
  42:19 52:22
  53:11,18 61:5
  61:14 64:18,22
  64:23 68:7,9
  91:18,21,23
  92:1,7,9 93:12
  93:21 94:5,10
  94:14,24 95:10
  95:21 96:7,11
  96:14,16 98:13
**hector's** 62:18

**hello** 30:23
**help** 70:10
  100:25
**hereinbefore**
  104:13
**hereto** 4:3
**hey** 35:25
**higher** 18:16
**highest** 12:14
**hire** 18:23 28:1
  30:3,7 43:23
  85:7,12
**hired** 3:25 13:7
  13:24 14:4
  29:19,25 30:8
  30:11,14,15
  44:21 47:3,4
  51:18 64:4
  76:14 83:24
  84:2 85:15,19
  101:11,18
  102:1,17
**hires** 43:12
**hiring** 29:21
  30:4,6,7
**hoboken** 5:2
  11:4
**holding** 97:6
**holiday** 94:22
**holidays** 46:14
**home** 33:10
  48:22 49:20
  57:18 86:19
  87:4

**honest** 77:15
**honestly** 11:18
**hoping** 50:21
**hotel** 11:8,13
  11:16,19 13:18
  15:17
**hotels** 11:20,25
  13:13
**hotschedule**
  28:2,23
**hotschedules**
  23:20 67:25
**hour** 28:13
  47:9
**hours** 24:7 33:3
  43:25 44:17,17
  49:14 51:3,9
  69:1,3 74:6,17
  76:4,13,18
  90:18 91:8
  95:14 101:15
  102:2,13 103:5
**house** 89:6
**hr** 21:18 22:4
  22:11,21 24:17
  24:25 39:16
  42:19 52:11,16
  53:23 62:16
  63:10 65:8
  68:6
**huge** 98:21
**human** 86:3
**hygiene** 34:15

| **i** | | | |
|---|---|---|---|

**i**

**idea** 8:25 40:20
   54:3 63:11
   95:23
**identification**
   38:23 63:16
   65:25 67:14
   71:16 74:25
   76:25 79:22
   83:7 90:14
   97:24
**identify** 70:10
**ignored** 99:7
**imcmv** 1:7 9:18
   22:25 106:3
**immediate** 19:5
**immediately**
   22:3 35:22
   48:18 82:9
   94:20 103:2
**immensely**
   56:20
**impact** 6:15
**impairment**
   40:15
**inaccurate** 56:6
**inappropriate**
   53:8
**incident** 35:10
   35:13 37:4,5
   37:22 38:7,8,9
   61:23 81:23,25
   82:2 86:18
   92:7 100:1,7

**including** 22:11
   61:8 78:2
**incomplete**
   56:14
**increase** 67:20
**index** 3:21
**indian** 9:2
**indiana** 11:2
**indianapolis**
   11:2
**individual**
   54:11
**individuals**
   101:14
**influenced**
   102:6
**info** 3:21
**information**
   25:3 27:16,23
**informed** 62:18
   64:23 96:4
   100:9
**ingredients**
   31:13 34:7
   48:14
**initiated** 91:22
**input** 61:16
**insinuate** 59:25
**inspection**
   82:16,22
**inspections**
   82:24
**instagram**
   10:16,17,22

**instance** 100:12
**instructions**
   64:21
**insubordinati...**
   60:24 61:21
   80:19
**intention** 8:18
**interact** 30:17
**interaction**
   30:24 35:25
**interactions**
   56:1
**interested**
   104:18
**interrupted**
   7:17
**interviewed**
   14:19 29:23
**investigation**
   22:7 24:16,20
**involved** 8:4,8
   23:1 24:22
   37:23 100:16
**involving** 8:5,9
**irrelevant**
   15:19
**islam** 54:12
**issue** 36:16,22
   56:24 81:22,24
   82:13
**issued** 34:19
   37:21 81:16
**issues** 33:25
   52:23 56:9

**item** 99:13
**items** 18:14

**j**

**janina** 21:7,8
**january** 14:14
   14:18,20,22
**jason** 19:6
**jersey** 1:17 5:2
   5:2 11:4 104:5
   104:24
**job** 1:23 15:8
   36:21 41:13
   57:16
**josé** 20:6
**july** 19:19,21
   20:13 41:6
   42:5 67:16,16
**june** 10:8 13:8
   14:5,5,6 17:20
   19:2,18,19,20
   20:14,15 29:15
   33:15,24 34:1
   38:7 81:25

**k**

**keep** 77:23
**kept** 45:17
   56:10 59:18
   93:20
**key** 15:5
**khadijah** 74:14
   76:9
**kind** 11:21 15:6
   24:12 26:19
   35:3 64:20

72:18 97:9
103:5
**kitchen** 18:22
22:25 31:17
32:9 49:6
69:10,18,20,25
70:12 72:23,25
80:25 81:7
87:3 89:20
100:17
**kitchens** 69:19
**knew** 89:17
**know** 5:20 6:2
6:21 10:6
11:18 15:19
22:19 24:1,2
24:19,24 25:4
25:5 26:23
28:25 29:18
34:23 35:22
36:10,11 38:3
40:8 41:1,4
42:12,15 44:16
45:17,22 46:1
47:5 52:23,25
52:25 53:18
54:13 55:2,15
57:8,13 59:2,3
59:10 61:16
63:5,21 65:3
65:10,20 66:1
66:8,16,20
67:19,24 70:12
71:19,20 73:17
75:2 77:1

78:21,23 79:8
79:10,15 83:8
90:20,25 92:13
93:19 98:22
101:2
**knowing** 36:20
59:21,21
**knowledge**
8:16,21 9:5
38:6 63:10
105:6
**knows** 37:10,11
**kosher** 15:14
59:25
**kylie** 19:10
39:19 60:18
61:4,15 62:14
84:13,20

---

**l**

**l** 4:1,1 5:1
**labor** 45:7 46:9
**landshark**
69:15,25 70:6
70:22 72:9,12
72:14,16,20,20
72:21
**language** 96:15
96:21
**las** 13:11,18
**late** 33:11
**laughed** 57:13
**law** 5:8
**lawsuit** 5:11
7:6,24 8:2,14
9:23 10:23

39:24 54:7
**lawyer** 39:18
83:20
**layout** 3:24
72:25 73:6
**le** 12:19
**lead** 18:17,18
**leaders** 36:15
**leading** 84:20
**learning** 34:25
35:3
**leave** 14:7
31:20 32:1
42:7,9,12,16,20
43:10,22 44:9
44:17,22 45:1
45:15,16 46:22
46:24 48:25
51:4 58:21
64:11,12 65:12
65:19 74:9,20
74:20 81:1
84:1,4 85:9
101:10,16
102:3,4,10
**leaving** 48:21
**left** 14:5,9
50:18 78:18,20
78:20,22,24
80:22 81:2
98:10 99:18,22
**letting** 28:25
**lettuce** 36:4
**level** 12:14 18:8
18:19 32:9

35:1 61:4
**levels** 18:21
24:12 40:7
**life** 29:10 37:10
**light** 97:3
**limited** 101:4
**limping** 40:23
56:10
**line** 3:22,25
18:3,5,7,11,17
21:17 30:12,13
30:16,22 31:4
31:20,24 32:6
34:17 35:2
37:3,7,14,19
41:18,23 42:1
48:11,19,25
49:11 50:18
69:5,5,5,7,12
69:14,16,21,21
70:1,4,4,6,6,7,7
70:8,20,20,21
70:22 71:9,9,9
71:10,10,10
72:1,1,4,11,12
72:14,15,17,20
72:20,21 75:7
75:11 77:23
85:15,16,19
101:14 106:5
**lines** 69:17,24
73:1
**linkedin** 14:15
**listed** 68:17

| listen 35:25 | 61:24 63:13,20 | **m** | 90:3,23 91:3 |
|---|---|---|---|
| 76:1 | 63:23 66:2 | m 1:4 | 91:12 92:2,21 |
| listened 24:7 | 71:12,19 73:7 | ma'am 5:18 | 92:23 97:12 |
| listening 96:23 | 74:11,21 76:7 | 6:17 7:22,25 | 98:3,6 99:24 |
| literally 61:3 | 77:2 78:9 83:9 | 10:12,25 12:8 | 100:3 102:5,8 |
| litigation | 85:20 90:20 | 12:11,13 13:1 | made 33:9 |
| 104:19 | 94:15,25 95:7 | 14:9 16:25 | 38:10 52:19,24 |
| little 28:16 | 95:11 97:19 | 18:25 19:3 | 90:17,19 92:6 |
| 63:20 67:19 | 99:4 | 20:9,17 21:20 | 92:9,14,17 |
| 72:22 76:12 | looked 39:5 | 25:2 29:13 | 98:23 99:14 |
| 83:9 | 41:8 74:12 | 32:15 33:17 | main 12:5 18:9 |
| live 11:7 | 75:12 76:8 | 35:14 37:17 | 69:20 93:21 |
| lived 11:3 | 83:14,16 84:3 | 38:25 39:25 | maintain 17:9 |
| living 11:24 | 84:4 93:8 | 40:2,10,25 | make 7:16 |
| llc 1:7 106:3 | looking 67:15 | 41:4,9,19 | 17:13 31:6 |
| llp 2:7 | 68:20,25 71:17 | 42:11 47:5 | 33:7 36:1 |
| located 21:21 | 74:5 75:4 | 49:17 50:10 | 48:22 49:9,9 |
| lodge 22:1 | 76:11,16 77:4 | 51:7 52:3,7,14 | 49:10,10 56:18 |
| lodged 24:17 | 78:8 79:3,23 | 52:18 54:14,20 | 59:11 73:5 |
| log 27:18,23 | 98:21 | 55:25 56:6 | 89:9 102:17 |
| 28:2,4 53:20 | looks 67:19,25 | 59:24 60:12,15 | makes 58:12 |
| 67:2 | 81:15 91:7,17 | 63:4,8,22 | making 17:10 |
| logan 20:5 | 95:12,18,24,25 | 64:23 66:25 | management |
| long 11:3 12:3 | 96:10 | 67:21,23 68:9 | 36:11 |
| 14:23 28:8 | lose 50:22 | 68:16 69:6 | manager 7:15 |
| 56:12 94:4 | lot 34:23 43:15 | 70:17 71:3 | 28:24 31:25 |
| longer 20:25 | 43:16 102:12 | 72:3 73:2,16 | 32:3 61:13 |
| 45:14 46:25 | loud 81:9 97:4 | 73:22 74:8 | 79:14 89:7 |
| 71:25 | low 48:14 | 75:3,14,21 | manager's 80:3 |
| longevity 15:11 | lower 99:8 | 76:19 77:3,14 | managers |
| look 38:17 39:9 | lunch 47:13,17 | 79:2 80:8,11 | 17:14,16,18 |
| 40:13 41:11 | 48:20 101:19 | 80:14,17 82:18 | 24:11 30:6 |
| 42:3 44:3 | 101:21,24,25 | 83:10,12 84:22 | 31:2 32:18 |
| 53:13 55:12,19 | 102:1 | 86:6,17 87:12 | 33:5 100:11,13 |
| 56:7 57:2 60:2 | | 87:17,19 89:23 | |

**manner** 31:10
**manuel** 71:6
  74:13 76:9
**marcelo** 37:15
  71:7 74:13
  76:10
**march** 1:18
  11:12,13
**margaritaville**
  1:8 5:12 7:11
  8:12,18,24
  12:25 13:6,14
  13:21,25 14:12
  16:20 17:1,7
  19:12,17 21:1
  21:18,24 23:1
  23:22 24:25
  25:10 26:21
  27:12,21 28:5
  28:9 30:19
  36:6 40:24
  41:3,16,24
  46:17 51:2,9
  64:8 65:11,17
  66:17 67:3
  69:9,16 70:1,7
  70:20,21 72:8
  72:10,22 81:16
  82:21 85:7,10
  85:11,22 86:7
  86:9,14,15,24
  87:10,14 92:20
**marked** 38:18
  38:22 63:14,15
  65:22,24 67:12

  67:13 70:5
  71:9,13,15
  74:22,24 76:22
  76:24 79:19,21
  83:4,6,23
  90:11,13 93:9
  97:20,23
**married** 12:7
**marriott** 55:1,2
  59:2
**mass** 30:7
**matter** 5:9 8:5
  8:9
**max** 94:7
**maximize**
  56:18
**maximum**
  43:25
**meals** 31:13
**mean** 6:20
  15:11,17,19
  17:23 29:6
  34:11 36:12
  43:15 45:8
  53:3 67:8
  70:25 76:5
  78:15 94:7
  101:20
**means** 22:14
**meant** 77:12
**meat** 82:1
**media** 10:14,22
**meeting** 60:5,7
  60:9,13,20
  81:5 91:14

**meetings** 38:4
**member** 84:24
**memorialized**
  53:19 91:15
  95:9
**mention** 52:1,4
  55:8 62:2
**mentioned**
  13:15 24:15
  27:12 56:17
  61:14 73:17,23
  74:16 82:4
  94:13 97:15
  100:25 102:21
**menuspec** 24:2
**message** 39:21
  43:5 80:24
**messaging**
  28:24
**met** 29:14
  62:13
**metabolic** 40:6
**mexico** 20:13
  20:18
**miami** 13:12
**michael** 7:19
  61:13,17 62:9
  79:9,10,13
  80:18 87:16,21
  88:3 98:5,8,10
  99:19 100:8,15
**mid** 33:24 34:1
  38:7 101:19,22
**middle** 20:2
  35:1 102:19

**mike** 79:7
**mike's** 79:8
**mind** 11:9
**mine** 85:1
**minute** 90:20
**minutes** 28:11
  28:12 48:10
  66:1 71:19
  75:12 94:6,7
**mishandling**
  82:2
**misstate** 19:20
**mistake** 77:16
**mix** 49:9
**mixing** 58:14
**moment** 22:5
  31:22 33:6
  34:13,14,24
  35:5 37:3
  52:22 53:2,9
  53:14 54:14,17
  56:1 67:7
  78:18 88:14
  93:2 94:16
  96:16 102:21
**monday** 77:7
  94:22
**month** 15:15
  45:6
**months** 26:9
**morning** 5:7,9
  21:15 49:21
  72:14 78:12,14
  78:16,17 89:20
  99:5 100:18,23

move 16:2
55:22,23,23
56:4,4,11
moved 11:5
20:18
multiple 11:20
13:8 77:8
93:19 99:6
100:11
murray 38:2
muslim 54:13
54:16,25 55:18
57:8 59:21
102:7
muslin 59:1
mv 69:5,7,11
69:21 70:4
71:9,10,25
72:4 75:7,10
85:16

**n**

n 2:1 3:1 4:1
5:1
name 7:18
27:24 37:14
53:23 60:5
75:8 77:5 79:8
91:10,19 106:3
106:4
named 8:13,22
74:14
natalie 1:5 3:4
51:2 52:10
55:22 56:8
57:5,8,11,13,18

60:6 99:6,14
99:15 101:8
105:10 106:4
106:20
natalie170 9:19
national 9:2
16:11,17,23
17:4 54:6
ncohee 9:18
necessarily
96:1,5
necessary
31:13
need 6:1 27:20
27:23 49:3
58:20 63:20
66:1 67:20
71:19 75:1
77:1 81:11
83:8 88:18
90:20 100:25
103:13
needed 31:7
32:16 48:12
56:18 89:1
100:10
needs 32:22,25
34:22
negative 32:10
35:21,23
negligent 82:11
neither 104:16
never 16:18
20:1 41:9,19
51:8,21 52:13

53:25 55:16,25
59:20,25 65:18
72:16,18 74:1
78:23 81:8,12
82:11 89:3
93:23 94:16
100:11
new 1:1,16,17
2:4,4,8 5:2
11:5,11 13:7
43:12 85:7,24
104:4,5,23,24
nine 86:4
nods 5:16
nofal 1:4 9:25
10:4 16:21
29:12 34:2
37:9 46:25
53:25 54:23
57:10,12,17
58:3,19 60:21
61:21 68:14
74:6,18 76:3
76:13,18 77:7
80:20 81:4
86:21 89:18,21
91:18 96:16
101:8,16 102:2
102:10,23
106:3
nofal's 75:7
nolan 19:16
normal 40:16
notary 1:16
4:12 104:4

105:17 106:24
note 42:17,22
42:25 43:2
90:24
notes 3:19 6:22
7:1,4 28:15
61:24 62:2,3
84:18 90:19,22
91:5,24 92:14
93:12
notice 3:17
20:18 69:15
79:24 81:23,24
noticed 33:22
33:25
november 11:8
11:10
number 3:8
9:13 59:11
62:19 71:6
75:13

**o**

o 4:1 5:1
o'clock 47:16
47:17 49:18,19
101:21,22
oath 6:9
oatmeal 49:10
objections 4:8
obtain 12:18,21
obviously
80:10
occupational
12:17

occupying 20:3
occurred 100:1
ocean 15:4,11
  15:22 16:3,8
october 102:15
offer 14:6,11
offered 84:7
official 62:17
officially 14:19
  21:13 38:16
  82:24
oh 94:18
okay 5:17
  10:13 11:23
  14:2,24 18:3
  25:21 28:7
  50:20,24 54:25
  59:2,4 65:21
  66:10 68:7
  70:3 78:7 80:7
  81:14 85:2
  88:6,13 93:5,7
  97:18 99:4
  100:25 103:7
old 9:9
olena 2:5 5:8
once 24:9 26:18
  42:18 45:6
  46:25 55:18
  99:13 103:2
ones 15:11
  20:21
online 23:6
  27:10

open 11:14
  14:12 15:16
  30:24 43:17
  45:23 47:17
  50:5 56:22
  74:2
opened 10:17
  13:7 45:5
  47:11 51:19
  102:15
opening 21:12
  21:12,13 30:6
  33:6,14,15
  43:24 44:23
  45:6,6,11,18,19
  45:21 46:6
  82:23 84:6
  86:1 102:12,20
opens 47:10
operation
  17:15
operations 19:9
opportunity
  63:6 84:7,10
option 23:10
  86:12 87:4
order 47:7,14
  48:8 49:4,5,15
  86:19
organization
  17:10
orientation
  22:22 23:17
  29:16 43:14

origin 9:2
  16:11,17,24
  17:4 54:6
original 43:1
  72:10
originally
  39:11 44:21
  51:19 97:11
orlando 12:1
  15:16 21:22
  25:8
ounces 99:10
  99:11
outburst 89:21
outcome
  104:19
oven 55:7 59:4
  59:6,6,18
overseeing
  17:15
oversight 77:15
  77:18
overstaffing
  33:11
overtalk 47:24
own 6:21 14:7
  14:9 23:2 30:4
  89:12,14 91:24
oz 99:8,9

**p**

p 2:1,1 4:1
p.m. 21:16 44:5
  44:6,7,12,14
  48:15,16,18,23
  49:20 60:4

73:10,12,14
  78:19 103:17
p1-5820796
  1:23 106:2
page 3:8,22
  78:8 96:12
  106:5
pages 66:14,19
  66:20
paid 18:19
  85:22
pamphlet
  23:13
pancake 49:9
pants 87:12
paragraph
  40:1,4,13
  41:11 42:3
  44:3 50:24
  52:8 53:22
  54:4,9,10
  55:12,19 56:7
  57:2,19 60:2
  78:10 95:12,15
  95:20,24
parenthesis
  95:16
part 13:21 27:5
  28:22 60:8
  64:3 67:3
  83:23,24,25
  84:2 90:8
  99:16 100:15
partial 48:5,5

**participated**
  61:11
**particular**
  23:12 71:5
  84:13
**parties**  4:3
**party**  8:1
  104:17
**pass**  100:21
**passed**  19:13
**password**
  27:18,24
**past**  78:2
**patricia**  1:15
  104:3
**pay**  64:19 76:4
**paycor**  23:9,9
**pearl**  2:7
**pedro**  22:5,11
  22:15,20 24:21
  24:24 25:8
  64:18,22
**penalty**  6:13
**pending**  6:3
**people**  33:10,10
  43:18 53:1,4
  61:7,11 70:11
  81:6 93:19
  100:6
**people's**  103:5
**percent**  86:12
**perfect**  102:25
**performance**
  3:17 33:18,19
  33:22 36:24

38:10 56:24
  79:23 81:22
  82:6
**period**  30:9
  64:2,6,11
  65:13 74:7
  76:5,5,13
**perjury**  6:13
**permanent**
  12:5
**person**  28:19
  43:5,8,9 48:20
  98:17
**personal**  9:16
  9:18,22,24
  10:3
**personally**  25:9
  42:21,24
**personnel**  3:18
**phipps**  20:22
**phone**  10:1
  52:19 53:13,20
  91:17,20,23,25
  92:3,6,14,17
  96:22 97:1,7
  97:10,13 98:15
  98:17
**phs**  21:2,6 23:2
  23:2
**physical**  33:8
  69:24
**physically**
  30:21 44:1
**pick**  16:5 95:6

**picked**  51:20
**picking**  10:3
**picture**  41:7
**pictures**  41:10
**pigeon**  13:11
**place**  15:6
  21:24 26:17
  34:10 38:8
  58:15 92:15
  104:13
**plaintiff**  1:5 2:5
  5:9 8:20 9:23
  10:24 16:21
  17:2 19:22,25
  29:12,19,23
  30:3,14,18
  31:4 32:13
  33:4 35:10,13
  37:20 39:24
  40:5,8,14,23
  41:1,7,12,22
  42:6,9,15,22,25
  43:20 44:4,16
  46:21 51:1
  52:20 54:11
  55:13,20,22
  56:3,8 57:3
  60:3,14 61:2
  61:12,18 62:12
  63:9,18,24
  65:11 71:25
  73:18 80:16
  83:22 84:7
  85:8 86:2,8,19
  87:14 90:16

91:21 92:5,19
  93:11 94:10
**plaintiff's**
  30:10 32:19
  33:18,22 38:10
  43:11 52:9,10
  52:17 57:5
  64:5
**plates**  49:12
**platform**  27:15
  28:4
**please**  5:20
  43:2 69:7
  77:21 84:23
  88:14 93:3
  103:15
**point**  6:21
  15:20 22:25
  31:1 35:3
  36:15 37:11
  49:24 55:3
  56:2,19,21
  58:11 59:1
  77:22 82:14
  96:14 97:3,8
  100:24 102:22
**pointed**  101:13
**policies**  23:3
  31:9 37:6
**policy**  26:2,3
  36:6,12 62:15
  64:15 65:16
  66:16 67:4
**pomegranate**
  15:4,13

pomegranate's 15:18
pop 24:3
pork 55:14 57:9,10
portion 39:13
position 18:9 18:15 19:7 20:4 30:10,14 36:11 37:18 42:2 71:8 72:6 72:11,15 76:15 76:20 77:6 85:15
positions 13:5 71:11 102:17
possible 73:19
possibly 91:17
post 10:21
posted 10:19
potatoes 49:9 49:24
potentially 91:15
prefer 45:19
prep 18:5,6,8 18:10,11,13,13 18:14,18 31:5 31:17 32:9 48:12 50:15 69:16 70:5,8,8 70:19,19,20,23 73:24 74:3 80:25 81:6 85:15

prepare 6:19 77:16 95:8
prepared 79:11 79:14 90:24
preparing 6:24 11:14
presence 52:10 52:17,19
present 13:4 79:7 82:17 99:25
pretty 11:10 15:19 24:8 26:14,24 31:25 34:13,16 35:20 43:13 44:11,13 45:9 49:11,12 59:17 69:21 94:7,24 100:16
prevent 26:20
prevented 40:15
previous 74:12 76:8
previously 24:15 73:17 82:1 90:15 92:4
print 24:13 68:5,12 70:11
printed 67:24
printing 68:4
prior 11:7,14 11:24 14:25 15:2,3 21:12

43:10,21 45:1 45:14,16 48:5 58:10 84:3 104:5
priority 106:1
probably 36:25 53:14 68:2 76:6
probation 64:2 64:6,24 65:13
procedure 21:24 58:5
procedures 23:3 31:9
process 23:9 46:5
produce 31:10 48:13
produced 6:25 98:23
product 17:11 31:19,21 32:2 32:4 34:6,9 49:1,2
productivity 56:19
products 31:7
profound 15:12
progressing 46:10
promised 53:24
pronouncing 74:15
proper 37:6,12 58:4 87:2,8

properly 74:15
properties 15:5 15:12,23 16:4 16:8
property 13:18 14:13 21:13 23:2 61:3
prophete 2:7
prove 24:6 35:16
provide 5:21 6:4 75:24 86:7 89:13
provided 25:19 86:14 87:10
public 1:16 4:12 104:4 105:17 106:24
publicly 81:12
punch 78:25 79:1
purchase 86:12
purpose 26:11 68:3
pursuant 55:13
put 13:23 20:17 34:4 38:20 44:24 49:7 58:20 72:12 73:4 81:12 93:12,18
puts 58:11

| q | | | |
|---|---|---|---|

**q**

**quality** 17:11
**question** 4:9
  5:20,23 6:3
  48:5 62:22
  63:25 64:5
  75:23 76:2
  77:24 78:13
  79:4
**questions** 5:10
  16:13 101:2
  103:8
**quick** 85:3 94:8
**quickly** 56:11
**quiet** 81:10
**quite** 26:22
  44:11
**quiz** 28:17

**r**

**r** 2:1 4:1 104:1
**race** 54:5
**rate** 18:20
**raw** 34:2,3,4
  36:2,3 58:16
  82:1
**reach** 22:20
  50:1
**read** 39:7,10
  48:6 67:21
  91:4 105:4
**ready** 30:24
  34:5,6 43:15
  43:16 45:23
  47:7,14 48:8
  49:4,16 50:7

50:16 74:4
102:24
**really** 6:20,24
  50:14
**reason** 13:22
  15:7 19:23
  34:19 37:20
  39:5 40:18
  41:21 45:12
  51:5 54:1,6
  60:22 61:1
  72:4 75:10
  80:15 81:21
  83:16,22 98:20
  106:5
**recall** 42:9
  60:13 68:4
  94:2
**receive** 23:17
  25:9 26:19
  42:21,24 43:4
  93:10
**received** 27:2
  29:3 39:13
  61:10 93:3
  97:22
**receives** 23:13
**recently** 80:12
**recess** 85:6
**recipe** 37:13
**recipes** 17:10
  18:9 31:9 37:8
**recognize**
  66:10

**recollect** 65:4
  93:15
**recollection**
  8:11 53:21
  58:1,2 60:20
  64:9 84:17
  97:14
**recommendat...**
  42:6
**record** 9:7 48:2
  53:13 54:5
  76:1 88:23
  92:5 93:6
**records** 79:1
**redact** 9:7
**redaction**
  98:22
**reducing** 51:2,9
**refer** 78:14
**reference** 90:16
**referenced** 7:5
  79:12 92:4
**referral** 85:23
**referring** 57:9
  57:15 62:3,8
  73:22
**refill** 31:20,21
**reflect** 15:8
  38:4 64:16
  72:25 84:19
  103:6
**reflected** 13:19
  78:25
**reflecting**
  91:25

**refresh** 83:18
**refresher** 26:13
  26:15,16
**regard** 5:10
  87:23 91:20
  94:10
**regarding** 37:5
  84:13,16 87:14
  92:5
**rehired** 9:3
**rejected** 57:5
**related** 9:22
  10:23 42:7
  54:7 96:8
**released** 21:3,6
**relevant** 14:1
**religion** 54:22
  55:9,13 59:23
**remember**
  78:22 85:25
  91:13 94:9
  95:21 96:7,24
  97:3,16
**remind** 98:11
**reminds** 96:25
**removed** 72:5
  75:11
**repeat** 42:23
**repeated** 56:4
**repeatedly**
  99:12
**rephrase** 5:20
**report** 16:5
  19:4 32:15
  89:10,11

reporter 1:15 5:14 47:23 48:6 103:12 104:3
reporting 106:1
represent 5:8
request 25:18 31:19,23 51:19 63:10 68:11 80:23 87:22 98:4
requested 3:21 31:11 44:24 51:23 75:21 80:21 81:4 98:9
requesting 10:4 98:8
requests 25:22 62:16
require 24:13
reserved 4:9
reset 49:20
reside 12:3
resided 11:8,17 11:24
residence 12:5
resign 14:10 15:24 20:16 87:5
resigned 19:18 19:21 21:11
resort 1:8 5:12

respective 4:4
respond 55:5 75:23 76:2
responded 10:1
response 5:21 6:4 48:4
responses 5:14 61:9
responsibilities 17:8 31:4
restart 64:13 65:15
restaurant 15:14,17 45:9
restaurants 13:16,17 15:4 15:14
restock 48:21
restocking 48:13
resume 13:20 13:23 14:14 15:9
retaliation 96:1 96:5,8 97:15
returned 44:8 74:10 101:9,16 102:3
review 63:7
reviewed 7:3 26:8
reviewing 26:12
revised 81:17

right 5:24 6:6 17:23 33:3 45:9 50:4 52:16 53:2 78:8 88:8,16 91:11 95:19 96:2
rights 86:3
robert 62:10 87:18,19 88:3 89:15,16,20,22 100:7,20,22
roberts 3:20 7:19 61:13,17 62:9 79:9,10 79:13 80:18 87:16 98:5,10 100:15
rodriguez 20:10
rolling 45:8
romaine 34:5
room 31:18 93:21
roughly 14:22 30:20 38:15 39:3,14 43:2 47:1 59:10 61:25 69:3 78:17 85:13
rudely 55:22
run 17:12 30:2 30:5 31:8,19 31:24 59:7

running 17:14 31:12 48:13 50:3
runs 48:24

## s

s 2:1 3:7 4:1,1 106:5
safety 82:7,13
salaam 8:23
salaman 2:3
salary 70:25
salmonella 34:12
san 13:12
sands 1:15 104:3
sanitation 34:14 82:7,12
sat 37:25
satisfactory 33:19,23 34:1 36:23 38:11
saturday 44:6 46:7,8 50:13 50:16,17 68:24 73:11 74:4 75:18
sausage 49:10 49:23 58:4,5
sauté 37:7,11 41:15
saw 39:1 56:10
saying 51:16 53:15 93:16 94:2 97:6,17

102:24
**says** 14:14,15
  40:3 42:4
  50:25 52:8
  54:10,10 68:14
  69:4 71:25
  72:1 77:5,6
  79:6 92:11
  95:15,20
**sc2** 31:18 32:10
**scan** 98:25 99:2
**schedule** 3:13
  3:14,15 28:4
  32:20 33:8
  43:11,14 44:13
  44:14,23 67:15
  67:17,25 68:18
  68:21,25 69:12
  70:4,10,11
  71:5,17 72:5
  73:21 74:6,12
  74:18 75:4,8
  76:8,11,16
  84:3 94:14,15
  94:18,18,23,25
  102:6,16
**scheduled**
  68:21,23 69:1
  73:9,11,13,18
  75:17 101:9
**scheduling**
  68:6 94:1 95:2
**science** 12:17
**scottsdale**
  12:20

**scramble** 58:22
**scrambled**
  58:13
**screen** 38:21
  77:21 80:5
**sealing** 4:5
**sec** 88:22
**secaucus** 11:20
**second** 50:23
  58:18 78:7
**section** 77:19
**security** 9:13
  62:11 89:22,24
  89:25 100:22
**see** 26:4 40:3
  40:23 50:24
  54:9 66:15
  67:17 68:14
  69:4 70:23
  71:7,24 72:2
  80:22,24 81:10
  84:8 91:10
  95:17 96:3,6
  97:25
**seeing** 92:24
**seen** 38:24 41:9
  66:4,6,9 67:22
  71:21,23 80:9
  80:12 83:11
  92:22 98:2
**send** 9:21 32:3
  65:1 88:15,21
  98:12
**sending** 33:9

**sends** 24:10
**senior** 20:7
**sense** 59:11
**sent** 8:18 9:25
  39:11,14 61:5
  65:6 68:13
  86:18 98:7,13
  102:23
**sentence** 56:16
  63:25 79:5
**september**
  17:20 19:2
  52:6 54:19,22
  55:20 56:3
  60:3,7,9,11
  62:13 75:5
  77:7,10,13,13
  77:14,17 78:1
  78:3,4 79:25
  81:5,24 84:14
  84:20 86:4
  92:11 99:5
**serve** 48:9 49:5
**served** 50:12
  72:21
**service** 31:13
**serving** 46:18
  47:8
**set** 31:5 47:18
  48:23 49:6,12
  50:1,13,19
  56:21 104:14
**sets** 18:20 35:4
  35:4

**setting** 18:12
**setup** 50:11,15
**seven** 43:19
  46:2,11,18,19
  47:18 77:22,24
  78:1,5,5 92:18
**several** 101:14
**severe** 34:10,18
**sexual** 24:1
  26:23
**sheet** 106:1
**sheraton** 15:5
**shift** 17:12
  18:11,13 20:2
  21:15,16 31:8
  31:8 33:9
  43:18 44:5,24
  45:2,3,19
  46:19,22 47:7
  47:15 48:15,16
  48:18,19,23,24
  49:4,16,17
  50:12,13,15
  51:20 73:23,25
  73:25 75:15
  78:14 80:20
  85:18 87:1,5
  99:16 101:12
  103:1,3,4
**shifts** 44:20,25
  45:4,13,14,20
  46:10 47:1,9
  51:18,21,23,24
  101:9,19,19,21
  101:22

shirts 86:9,10
  86:14
shoes 70:15
short 42:7 51:3
shortage 32:23
shorthand 1:15
  104:3
shorts 86:22
shot 82:13
show 63:12
  65:21 67:10
  76:21 79:18
  81:4 83:3 87:7
  90:10 97:4
showed 41:7
  58:6,8,10
showing 27:5
shown 58:3
shows 82:16
side 30:22,22
  69:9,18 72:9
  72:10 91:11
sign 23:7 28:3
  63:2,5,6
signature 80:2
  80:3,8,16
  84:24,25
  104:21
signed 4:11,13
  80:10
significance
  69:11
similarly 70:16
  70:18

single 58:6
sitdown 89:18
  99:16 100:10
  100:15
sitdowns
  100:11
sitting 38:5
  53:2 93:22
situated 70:16
  70:18
six 43:19
sixth 95:25
skill 18:20 35:4
  35:4
skin 40:15
skipped 88:12
slash 70:8
sloppy 34:8
slow 56:23
smith 2:7
social 9:13
  10:14,22
somebody 29:7
  31:23 32:3
  35:6 36:20
  49:1 68:8 82:9
  82:12
sophistication
  71:1
sore 42:14
sorry 9:11 11:9
  11:12 15:2
  19:14 20:15
  25:2 33:13
  35:11 40:10,12

42:23 47:23,25
  48:3 60:8
  62:23 80:4,6
  84:11 86:22
  87:25 99:19
sort 17:2 23:4
  24:16 53:19
sound 44:9
sounded 96:4
sounds 100:5
sous 20:4,7,11
  20:20 35:2
  41:14,19
southern 1:1
space 98:21
speak 7:10
  80:21
speakerphone
  53:23 93:19
  96:17 97:12
specific 78:4
spend 30:25
spent 43:15,16
spoke 65:5
  95:10 96:18
spree 29:21
  30:8
square 1:7,8
  14:12 106:3
st 15:5,25 16:1
stabilized
  103:5
stabilizing
  102:14

staff 84:24
staffing 33:12
stamped 24:9
  88:4
standard 81:15
stands 69:8
start 13:2 45:8
  47:8,9 49:8
  64:2,6,24 73:9
  73:11,13,19,20
  102:20
started 14:16
  24:25 38:12,16
  44:23 45:10
  46:5,6 57:24
  64:7 82:24
  102:11,14,15
  102:18 103:2
starting 103:6
starts 64:1
stated 91:4
  92:8
statement 3:16
  3:20 57:19
  73:15 75:6
  77:5 79:5,11
  79:14,15 87:21
  88:24 89:10,12
  89:16 90:2,6
  98:4,8,12
  99:20,23 100:2
statements
  57:7 62:6
  87:13

states 1:1,16
16:3 104:4
stating 70:2
station 18:12
31:5,6,20 32:1
47:19 56:12
70:21,22
stations 41:15
47:18 69:23
73:1
stayed 16:3
staying 16:6
stenographic...
104:12
step 35:6,8
36:13
stipulated 4:2,7
4:10
storage 31:18
stove 55:21
straight 39:15
48:10,19 62:16
streamline
102:16
street 2:7
strike 75:25
stuff 39:15
submit 98:12
subordinate
89:4 90:4
subscribed
105:12 106:21
substantially
74:17

successful
15:21
sue 8:18
suffers 40:5
suggestion 57:6
suitable 21:16
suite 2:3,7
sunday 44:7
46:7,8 50:7,13
50:17 68:24
73:12 75:19
77:11
supervise 17:17
17:21 18:3
22:9
supervisor 19:5
20:24 21:8,9
supervisors
17:19
supervisory
32:13
supplies 31:15
sure 7:16 10:20
14:22 17:10,13
25:24 31:6
33:8 36:2
48:22 53:16
56:18 66:24,25
73:5 81:7
88:19 102:18
surgery 41:2,5
sworn 4:13 5:3
6:9 104:7
105:12 106:21

system 70:9

**t**

t 3:7 4:1,1 5:1
86:9,10,14
104:1,1
table 93:22
95:21,22,23
take 5:15 6:1,2
6:4 14:11 22:6
26:17 38:17
84:18 85:3
88:24 89:16
taken 1:14 34:3
65:19 102:3
104:12
talked 102:20
talking 10:7
77:25 78:1
95:21 96:7,11
task 24:10
taste 57:15
tatura 2:5 3:5
5:6,8 25:14
26:1,4 38:17
47:25 48:3
63:12 65:21
67:10 71:12
73:3 74:21
76:21 79:18
83:3 85:5
87:20,25 88:2
88:6,13,17,20
90:10 93:2
97:18 101:1
103:9

taught 34:23
taylor 62:10
87:18,19 89:16
100:22
teaching 34:24
tech 48:2
techniques
37:6
telephoned
52:11
tell 6:9 27:14
68:20 69:1,7
84:23
telling 59:18
tennessee 13:11
term 42:7 51:3
terminate
61:12,18
terminating
61:20
termination
61:2 86:5
testified 5:3
14:16 90:15
testify 6:16
104:7
testimony 1:14
6:12 104:11
105:5
tests 28:17
texas 20:19
text 39:21 43:5
43:7 80:24
thank 9:20
10:13 14:24

19:15 28:7
50:20 67:10
68:7 70:3
71:12 97:18
103:9,11
**thing**  15:15
82:6
**things**  22:2
23:23 31:7
34:23 51:20
**think**  10:2,15
10:17,18 11:6
20:14 21:12,14
22:24 23:12
26:25 27:7
28:12 29:20
34:11,21,23
35:7 36:10
39:13 43:1,18
46:12 47:11
49:14 58:25
59:15,16 60:25
68:13 74:13
78:20 82:23
85:17 92:16
93:12 98:24
99:2
**thinking**  59:17
95:3
**third**  95:15
**thirty**  9:10
**thought**  95:19
**three**  26:25
38:5 46:2,4,15
46:18 50:5

51:17 56:5
61:7 75:17
94:19 95:4
97:9 100:5
**throwing**  88:9
**thursday**  68:24
**tier**  18:19
**tim**  20:22
**time**  4:9 6:2
16:1 17:22,25
24:9 26:7
29:14 31:1
33:21 34:3,14
39:1,14 43:15
43:16,21,23
46:9 47:6,13
47:20 48:7
52:5 56:22
58:6,9,18 63:1
63:20 66:6
75:1 77:1
78:22 82:12
83:9,13,23,24
83:25 84:2
85:8 89:9,17
90:1,5 92:24
97:8 100:18
103:10 104:13
**timely**  31:10
**times**  1:7,8
14:12 27:1
30:21 33:20
56:5 77:8,22
77:25 78:2,5
93:19 99:7

106:3
**timing**  102:25
**tiny**  67:19
**today**  5:15 6:9
6:12,16 7:17
9:9 46:17
92:25 103:10
**today's**  6:19
7:11
**toe**  40:15 41:7
42:14 56:9
**together**  96:18
**told**  54:24
**tomatoes**  34:6
36:5
**took**  27:5 42:6
64:11 84:1
85:8 87:13
92:14 96:22
**tools**  31:7
**top**  99:1
**towards**  65:12
**trained**  102:23
**training**  22:22
23:12,15,16,18
24:2,7 26:20
27:2 28:8,15
28:21 29:1,2
35:1,5 36:15
36:16,16,20
43:14 66:21,22
**trainings**  27:6
27:17
**transcript**  1:14
104:11 105:4

**transferred**
15:25
**trash**  49:7
**tremper**  19:6
**trial**  4:9
**trouble**  91:5
**true**  19:24 41:6
56:2 77:9
85:22 87:15
92:18 104:11
105:5
**truth**  6:9 104:7
104:8,8
**truthfully**  6:16
**try**  59:20
**trying**  35:24
75:24
**tuesday**  1:17
**turn**  49:8,11
**turning**  49:25
**two**  17:18
20:17,21 21:12
23:19 26:9,25
32:11 37:3,25
47:1 50:14
57:4,6 66:14
66:19 69:19,22
69:24 86:11,13
90:7
**type**  23:13
30:23 36:13
53:1,3 69:22
82:5
**typically**  22:15

tyre 20:23,24

**u**

u 4:1
uhm 14:18
15:10 21:14
23:14 30:20
33:20 34:8
36:25 49:10
53:12 57:21
82:22 94:6
96:15 102:15
uncomfortable
22:18
under 6:8,13
33:11
underneath
17:13
understand
5:19 6:8,11
39:23 53:6
73:5 75:24
95:8 96:22
97:2,5
understanding
21:23 29:4
51:22 91:5
95:5
understood
5:22
unfortunately
37:1
uniform 86:8
86:19,25 87:2
87:8,9,11

united 1:1 16:3
university
23:22 27:13
28:5
unknown 53:24
60:6
unwarranted
53:10
upcoming 50:8
uploaded 23:23
upper 91:11
ups 101:3
upstairs 32:6
used 59:10
user 27:23
using 97:10
usually 28:15
48:19

**v**

v 106:3
vasquez 47:2
vegas 13:12,18
venue 11:14
venues 13:9,10
13:19
verbal 5:14
36:14 39:22
verbally 34:21
39:20 80:24,25
veritext 1:17
106:1
versus 16:6
36:16,17 47:18
virtual 1:17

vp 19:8
vs 1:6

**w**

wait 39:8 63:21
75:2
waived 4:6
walk 48:10,18
49:6 100:23
walked 20:1
80:20 99:17
walking 40:17
walks 82:19
want 19:20
35:22 73:5
75:25 88:16
94:23 96:14
wanted 21:15
22:9,12 90:18
101:3
wash 36:1
washington
20:23,24
way 24:11
27:25 29:8
35:2 37:12
56:25 57:1
58:7,8 59:8,12
65:17 70:9,10
71:2 72:23
82:15 98:24
wednesday
68:23
week 23:14
37:1,21 38:8
46:2,3,5,8,11

46:15 58:10
82:3 84:5
94:21 95:4
weekend 45:7
46:9 50:19
weeks 20:18
21:12 47:2
83:15,17
weird 25:24
went 20:13
21:2 26:22
52:20 57:22
95:14
west 15:5
white 54:8
wise 70:25
wish 96:24
witness 3:3,16
7:23 37:2
40:12 61:20,22
62:5 77:4
103:11 104:6
105:1 106:4
witnessed 81:3
99:6
wondering
96:13
word 95:25
words 65:7
93:25 94:16
97:14
work 9:16,22
10:5 13:13,14
14:2 15:1,13
21:2,15 25:6

32:19 33:19
36:23 41:14
43:14 44:1,4
45:13 47:6
48:12 49:3,15
50:17 51:3,9
57:11 60:4
68:22 69:2,22
73:9,9,24 74:2
74:10 75:17
77:9 83:25
86:21 87:3
90:7 94:22
95:4 101:18,22
101:22,24
103:1
**worked** 10:18
15:8 30:21
41:17 43:19
45:20 46:21,25
47:1 55:2 59:2
59:24 72:16
74:6,17 76:3
84:5 103:3
**working** 13:2
16:3 24:25
34:2,7,15,17
38:12 45:2,14
48:1 51:16
55:21 69:14,17
69:19 76:12,17
94:19,21
100:16 101:15
102:18

**works** 25:7,8
**write** 35:6 82:9
90:1,5
**writeup** 34:19
34:22 36:18
37:21 62:5,16
**writing** 25:20
25:23 26:6
35:19,19,23
68:10 73:4
85:21
**written** 82:12
**wrong** 58:8
**wrote** 62:5

**x**

**x** 3:1,7
**xx** 9:8,8,8

**y**

**yeah** 15:10
26:4 27:10
76:6 88:20
95:18 96:6
98:1 100:9
**year** 23:18
26:18 39:4
**years** 23:19
55:2 59:24
**yesterday** 99:5
**york** 1:1,16 2:4
2:4,8 11:5,11
13:7 104:4,23

**z**

**zero** 48:10

# Federal Rules of Civil Procedure

## Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.