UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

ABDELHAFIZ M. NOFAL,                                Case No.2:21-CV-03104

Plaintiff,

- against -

IMCMV TIMES SQUARE LLC d/b/a
MARGARITAVILLE RESORT TIMES SQUARE,

Defendant.
-------------------------------------------------------------- X

### DEFENDANT IMCMV TIMES SQUARE LLC d/b/a MARGARITAVILLE TIMES SQUARE'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant IMCMV Times Square LLC d/b/a Margaritaville Resort Times Square ("Margaritaville" or "Defendant") responds to Plaintiff's First Request for the Production of Documents as follows:

### RESERVATION OF RIGHTS

Margaritaville responds to these document requests subject to the accompanying objections without waiving and expressly preserving all such objections. Any response to the document requests is made subject to Margaritaville's right to object to the admission of any and all such responses on the grounds that they are irrelevant to the issues in this action or are otherwise inadmissible. Margaritaville also submits these responses subject to, without intending to waive, and expressly preserving: (a) any objections as to privilege or work product and (b) the right to object to other discovery procedures concerning the subject matter of the document requests to which they respond. These responses are based on Margaritaville's present knowledge, information and belief, and are subject to amendment and supplementation as Margaritaville acquires additional information or documents and completed its discovery of the facts underlying this case.

## GENERAL OBJECTIONS

1.    Margaritaville's objections to the document requests are prescribed by, and it responds in accordance with, the Federal Rules of Civil Procedure and the Local Civil Rules of the Court.

2.    Margaritaville objects to the document requests to the extent they seek information and documents not within its possession, custody or control.

3.    Margaritaville objects to the document requests to the extent that the documents requested therein are equally accessible to or in Plaintiff's possession.

4.    Margaritaville objects to the document requests to the extent they call for legal conclusion.

5.    .   Margaritaville objects to the document requests to the extent they seek attorney work product, hearing and/or litigation materials, identification of documents prepared after the commencement of this litigation, or communications protected by the attorney-client privilege or any other applicable privilege.

6.    Margaritaville objects to the document requests to the extent that they call for disclosure of (i) confidential or proprietary business information and/or (ii) personal information about individuals who are not parties to this action, including present or former employees of Margaritaville.

7.    Each and every response to a document request is made subject to the foregoing General Objections, regardless of whether a General Objection or specific objection is stated in the response. The explicit reference to a General Objection or the making of a specific objection in response to a particular document request is not intended to constitute a waiver of the General Objections that are not specifically referenced in that response.

8.    Each and every response to a document request are limited to the relevant time

period of Plaintiff's employment, May through September 2021.

## DOCUMENTS AND THINGS TO BE PRODUCED

1.  Any and all documents that relate or pertain to, received from, directed to or otherwise mentioning Plaintiff.

    **RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; and (3) is unduly burdensome as it requires Margaritaville to search for any documents concerning Plaintiff regardless of their relevance to this case. Subject to and without waiving these objections, see Margaritaville's document production.

2.  The complete personnel file of Plaintiff including employment application, resume, acknowledgments of receipt of employment handbook and other documents, performance evaluations, written warnings, complaints, reprimands, and salary and benefit information.

    **RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; and (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, see Margaritaville's pre-mediation document production which contains Plaintiff's personnel file bearing the Bates numbers IMCMV000026-000108.

3.  The complete personnel file of Natalie Cohee including employment application, resume, acknowledgments of receipt of employment handbook and other documents, performance

evaluations, written warnings, complaints, reprimands, and salary and benefit information.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; and (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, see documents bearing the Bates numbers IMCMV000206-000222.

4. All documents given to Plaintiff upon his hire by Defendant Margaritaville.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case; and (4) seeks documents in Plaintiff's possession and control. Subject to and without waiving these objections, see Margaritaville's pre-mediation document production which contains Plaintiff's onboarding documentation.

5. All documents provided by Plaintiff to Defendant Margaritaville upon his hire.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; and (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, see Margaritaville's pre-mediation document production which contains Plaintiff's onboarding documentation bearing the Bates numbers IMCMV000114-000133.

6. All documents that describe, discuss, evidence, or concern the positions, job duties, and responsibilities Plaintiff had while working for Defendant, including but not limited to any job descriptions or evaluations of the work performed by Plaintiff.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; and (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, see documents bearing the Bates numbers IMCMV000149-000150.

7. Any and all documents that relate or pertain to any write-ups, complaints, comments, criticisms or warnings, oral or written, concerning Plaintiff's work performance.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case; and (4) seeks documents protected by the attorney-client privilege and work-product doctrine. Subject to and without waiving these objections, see documents bearing the Bates numbers IMCMV000038-000043 and IMCMV000113.

8. Any and all documents that relate or pertain to any of Defendant Margaritaville's policies, guidelines or procedures regarding the handling of employee complaints of discrimination, hostile work environment or retaliation, which were in effect at any time while Plaintiff was employed by Defendant Margaritaville.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation

claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; and (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, see documents bearing the Bates numbers IMCMV000151-000155.

9. Any and all documents related to any complaints made by Plaintiff of disability discrimination.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; and (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, see documents bearing the Bates numbers IMCMV000203-000205.

10. Any and all documents including notes and interview notes that were taken in the course of the Defendant's investigation (if any) into Plaintiff's complaints of disability discrimination.

**RESPONSE**: See Margaritaville's Response to Request Number 9.

11. Any and all documents that relate or pertain to any investigation of any complaint(s), charge(s), report(s) or allegation(s), formal or informal, of hostile work environment, discrimination and/or retaliation, which were made <u>by any person other than Plaintiff,</u> against Margaritaville or Natalie Cohee.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; (3) is overbroad; (3) is not properly limited in geographic or temporal scope and (4) is unduly

burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, if Plaintiff is willing to narrow the scope of this Request, Margaritaville will reconsider its objections.

12. Any and all documents that relate or pertain to Plaintiff's attendance record while employed by Defendant Margaritaville.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; and (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, see Margaritaville's pre-mediation document production which contains Plaintiff's timesheets bearing the Bates numbers IMCMV000097-000106.

13. Any and all charts, diagrams, or other documents which relate or pertain to the organizational structure of Defendant Margaritaville.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; and (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, see documents bearing the Bates numbers IMCMV000190.

14. Any and all personnel manuals, employee handbooks, benefits manuals and salary schedules which were in effect at any time during Plaintiff's employment with Defendant Margaritaville.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; and (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, see documents bearing the Bates numbers IMCMV000114, IMCMV000118-000133, and IMCMV000151-000189.

15. Any and all supervisors' manuals which were effect at any time during Plaintiff's employment with Defendant Margaritaville.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; and (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, see documents bearing the Bates numbers IMCMV000114, IMCMV000118-000133, and IMCMV000151-000189.

16. Any and all documents that relate or pertain to Defendant's policies regarding health insurance, retirement benefits, sick leave, vacation pay, part-time work, profit-sharing plans and/or other fringe benefits, including, but not limited to, all summary plan descriptions which were applicable to Plaintiff's employment with Defendant.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; and (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless

of their relevance to this case. Subject to and without waiving these objections, see Margaritaville's pre-mediation disclosures.

17. Any and all photographs, negatives, recordings, and/or videotapes of Plaintiff.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; and (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, there are none.

18. Any and all documents that relate or pertain to any conversations or communications, by, among or between any past or present employees, officers, agents or directors of Defendant regarding Plaintiff, including but not limited to, Plaintiff's work performance, work schedule, complaints about discrimination/disparate treatment, requests for vacation, time off, disability leave.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; (3) seeks documents protected by the attorney-client privilege and work-product doctrine; and (4) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, see Margaritaville's pre-mediation disclosures bearing the Bates numbers IMCMV000039-000043.

19. Any and all emails between Plaintiff and Defendant Margaritaville related to the allegations in this lawsuit.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; (3) seeks information in Plaintiff's possession and control; and (4) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case.

20. Any and all documents sent or received by Human Resources, regarding Plaintiff's work performance, work schedule, complaints about discrimination/disparate treatment, requests for vacation, time off.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; and (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, see Margaritaville's pre-mediation disclosures bearing the Bates numbers IMCMV000039-000043.

21. Any and all documents related to Plaintiff's termination.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; and (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, see Margaritaville's pre-mediation disclosures bearing the Bates numbers IMCMV000026-000108.

22. Any and all documents related to training sessions on how to prevent discrimination held by Defendant Margaritaville which Natalie Cohee attended.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; (3) is overbroad; and (4) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, see documents bearing the Bates numbers IMCMV000191-000202.

23. Any and all documents that relate or pertain to any of Defendant's policies, guidelines or procedures regarding the handling of employee complaints of discrimination based on disability, hostile work environment and/or retaliation which were in effect at any time while Plaintiff was employed by Defendant Margaritaville.

**RESPONSE**: See Margaritaville's Response to Request Number 14.

24. Any and all documents that relate or pertain to any written statements or declarations (signed or unsigned), made by any person, which mention, discuss or refer to the Plaintiff.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; (3) seeks documents protected by the attorney-client privilege and work-product doctrine; and (4) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case.

25. Any and all documents which in any way relate or pertain to any claims made by Plaintiff to HR that he was being discriminated against, retaliated against and/or subjected to

discriminatory practices at any time during his employment with Defendant Margaritaville.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; and (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, Margaritaville states that Plaintiff did not make any complaints of discrimination to Human Resources during his employment. Upon receipt of the Complaint, Plaintiff's claims were investigated by outside counsel in preparation for litigation.

26. Any and all documents that relate or pertain to any reprimand, demotion or other disciplinary action taken against Natalie Cohee as a result of any complaint(s), charge(s), report(s) or allegation(s), formal or informal, by Plaintiff that she had discriminated or retaliated against Plaintiff and/or subjected Plaintiff to a hostile work environment.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; and (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, Margaritaville states that there are none.

27. Any and all documents that relate or pertain to any complaint(s), charge(s), report(s) or allegation(s), formal or informal, of disability discrimination, hostile work environment and/or retaliation, which were made by any person other than Plaintiff, against Natalie Cohee.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; and (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, Margaritaville states that there are none.

28. Any and all documents including witness statements that were obtained in the course of the Defendant's investigation regarding Plaintiff's complaints of discrimination.

    **RESPONSE**: See Margaritaville's Response to Request Number 9.

29. Any and all documents supplied by Defendants to any state or federal agency regarding Plaintiff.

    **RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; (3) seeks documents protected by the attorney-client privilege and work-product doctrine; and (4) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, see documents bearing the Bates numbers IMCMV000134-000147.

30. Any personnel or employment or other file on Plaintiff in which notations or comments regarding Plaintiff's job performance, honesty, ability, diligence and other similar factors were recorded from the date Plaintiff began his employment at Margaritaville until his termination.

    **RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation

claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; and (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, see Margaritaville's pre-mediation document production which contains Plaintiff's personnel file bearing the Bates numbers IMCMV000026-000108.

31. Any and all documents showing communications between Defendants and any City, State or Federal Official concerning Plaintiff.

    **RESPONSE**: See Margaritaville's Response to Request Number 29.

32. Documents describing, constituting, summarizing, supporting or referring to Defendants' Affirmative Defenses to Plaintiff's Complaint, set forth in Your Answer.

    **RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; (3) is premature because discovery is still ongoing; (4) seeks documents protected by the attorney-client privilege and work-product doctrine; and (5) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case.

33. Any and all documents with respect to any action, claim, complaint or charge concerning disability-based discrimination, hostile work environment and/or retaliation sent or received by a court, an arbitrator, the Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission of Human Rights, local civil rights regarding Margaritaville.

    **RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation

claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; (3) is overbroad; and (4) is not properly limited in geographic or temporal scope; and (5) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, if Plaintiff is willing to narrow the scope of this Request, Margaritaville will reconsider its objections.

34.  Any and all documents with respect to any action, claim, complaint or charge concerning disability-based discrimination, hostile work environment and/or retaliation sent or received by a court, an arbitrator, the Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission of Human Rights, local civil rights regarding Natalie Cohee.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; (3) is overbroad; and (4) is not properly limited in geographic or temporal scope; and (5) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case. Subject to and without waiving these objections, if Plaintiff is willing to narrow the scope of this Request, Margaritaville will reconsider its objections.

35.  All emails exchanged between Plaintiff and the Defendant Margaritaville, through its agents and employees.

**RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; (2) is vague and ambiguous; (3) is overbroad; and (3) is unduly burdensome as it requires Margaritaville to search for any documents regardless of their relevance to this case.

36. Any and all documents concerning any experts you retained/intent on retaining for this action.

    **RESPONSE**: Margaritaville will provide its expert witness disclosures under FRCP 26 by the deadlines set forth in the Civil Case Management Plan and Scheduling Order.

37. Any and all documents referred to in responding to the First Set of Interrogatories simultaneously served upon Defendants, together with the discovery requests herein.

    **RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; and (2) is vague and ambiguous; Subject to and without waiving these objections, if Plaintiff is willing to narrow the scope of this Request, see documents bearing the Bates numbers IMCMV000001-000222.

38. Any and all documents not responsive to the above which you intend to introduce into evidence at the time of trial.

    **RESPONSE**: Margaritaville objects to this Request to the extent it (1) seeks documents that are not relevant to and disproportional to Plaintiff's discrimination and retaliation claims and Margaritaville's defenses to those claims; and (2) is vague and ambiguous; Subject to and without waiving these objections, see documents bearing the Bates numbers IMCMV000001-000222.


Dated: December 2, 2022

*/s/ Anjanette Cabrera*
Anjanette Cabrera
Timothy Barbetta
Constancy, Brooks, Smith & Prophete LLP
175 Pearl Street, Suite C-402
Brooklyn. New York 11201
Phone: 646.341.6544
acabrera@constangy.com

tbarbetta@constangy.com
**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on December 2, 2022, I served **DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** on Plaintiff's counsel by email:

> Olena Tatura
> Akin Law Group, PLLC
> 45 Broadway, Suite 1420
> New York, New York 10006
> 212.825.1400
> olena@akinlaws.com

*/s/ Anjanette Cabrera*
Anjanette Cabrera

# Weekly Roster Report

Generated On : Friday, November 19, 2021 at 11:01:00 AM EST

Line, Receiving, Dish, Prep, Culinary Managers Schedules

Monday, August 30, 2021  -  Sunday, September 5, 2021

| Employee | Mon, 8/30/21 | Tue, 8/31/21 | Wed, 9/1/21 | Thu, 9/2/21 | Fri, 9/3/21 | Sat, 9/4/21 | Sun, 9/5/21 |
|---|---|---|---|---|---|---|---|
| (917) 442-3029 | 9:00 AM - 5:00 PM Line \| Line \| 1.5 Line | 9:00 AM - 5:00 PM Line \| Line \| 1.5 Line | 9:00 AM - 5:00 PM Line \| Line \| 1.5 Line | | 8:00 AM - 2:00 PM Line \| Line | 8:00 AM - 2:00 PM Line \| Line | 8:00 AM - 2:00 PM Line \| Line |
| (310) 545-1664 | 9:00 AM - 5:00 PM Prep \| Cook, Prep | 9:00 AM - 5:00 PM Dish \| Dish | 9:00 AM - 5:00 PM Dish \| Dish | 9:00 AM - 5:00 PM Dish \| Dish | 9:00 AM - 5:00 PM Dish \| Dish | 9:00 AM - 5:00 PM Dish \| Dish | 8:00 AM - 5:00 PM Prep \| Cook, Prep |
| (646) 456-0770 | 9:00 AM - 4:00 PM Prep \| Cook, Prep | 9:00 AM - 5:00 PM Prep \| Cook, Prep | 9:00 AM - 5:00 PM Prep \| Cook, Prep | 9:00 AM - 5:00 PM Prep \| Cook, Prep | 9:00 AM - 5:00 PM Prep \| Cook, Prep | 9:00 AM - 5:00 PM Prep \| Cook, Prep | 9:00 AM - 4:00 PM Prep \| Cook, Prep |
| (718) 561-11966 | | 9:00 AM - 4:00 PM Prep \| Cook, Prep | 11:00 AM - 7:00 PM Line \| Line \| MV Line | 11:00 AM - 7:00 PM Line \| Line \| MV Line | 11:00 AM - 7:30 PM Line \| Line \| MV Line | 11:00 AM - 7:00 PM Line \| Line \| MV Line | 8:00 AM - 3:00 PM Prep \| Cook, Prep |
| (908) 405-4456 | 7:30 AM - 4:30 PM Culinary Managers \| Manager | | | | | | |
| (347) 530-4619 | 9:00 AM - 4:00 PM Prep \| Cook, Prep | 9:00 AM - 4:00 PM Prep \| Cook, Prep | 9:00 AM - 4:00 PM Prep \| Cook, Prep | 9:00 AM - 4:00 PM Prep \| Cook, Prep | 9:00 AM - 3:00 PM Line \| Line | 9:00 AM - 5:00 PM Line \| Line | 9:00 AM - 5:00 PM Line \| Line |
| | 10:00 AM - 6:00 PM Dish \| Cook, Prep | 10:00 AM - 6:00 PM Dish \| Cook, Prep | 10:00 AM - 6:00 PM Dish \| Cook, Prep | | | 8:00 AM - 5:00 PM Dish \| Cook, Prep | 8:00 AM - 5:00 PM Prep \| Cook, Prep |
| (646) 271-1187 | 8:30 AM - 7:00 PM Dish \| Dish | | | 9:00 AM - 7:00 PM Dish \| Dish | 9:00 AM - 7:00 PM Dish \| Dish | 8:00 AM - 7:00 PM Dish \| Dish | |
| (718) 501-0546 | 9:00 AM - 5:00 PM Dish \| Dish | | | 9:00 AM - 5:00 PM Dish \| Dish | 9:00 AM - 5:00 PM Dish \| Dish | 10:00 AM - 6:00 PM Dish \| Dish | 9:00 AM - 5:00 PM Dish \| Dish |
| (516) 322-4660 | 9:00 AM - 7:00 PM Dish \| Dish | 9:00 AM - 2:00 PM Dish \| Dish | 9:00 AM - 2:00 PM Dish \| Dish | 9:00 AM - 5:00 PM Dish \| Dish | 6:00 AM - 2:00 PM Dish \| Dish | 6:00 AM - 2:00 PM Dish \| Dish | 9:00 AM - 5:00 PM Prep \| Cook, Prep |
| (646) 944-1566 | | 9:00 AM - 6:00 PM Dish \| Dish | 9:00 AM - 5:00 PM Dish \| Dish | 9:00 AM - 5:00 PM Dish \| Dish | 9:00 AM - 4:00 PM Dish \| Dish | 8:00 AM - 5:00 PM Dish \| Dish | 9:00 AM - 5:00 PM Prep \| Cook, Prep |
| (347) 385-4627 | 9:00 AM - 5:00 PM Prep \| Cook, Prep | 9:00 AM - 5:00 PM Prep \| Cook, Prep | 9:00 AM - 5:00 PM Prep \| Cook, Prep | 9:00 AM - 5:00 PM Prep \| Cook, Prep | 9:00 AM - 5:00 PM Prep \| Cook, Prep | 8:00 AM - 4:00 PM Prep \| Cook, Prep | 8:00 AM - 4:00 PM Prep \| Cook, Prep |
| (347) 385-4633 | 10:00 AM - 5:00 PM Line \| Line \| MV Line | 9:00 AM - 5:00 PM Line \| Line \| MV Line | 11:00 AM - 6:00 PM Line \| Line \| MV Line | 10:00 AM - 5:00 PM Line \| Line \| MV Line | 10:00 AM - 5:00 PM Line \| Line \| MV Line | 10:00 AM - 6:00 PM Prep \| Cook, Prep | 10:00 AM - 6:00 PM Line \| Line \| MV Line |
| | | | | | 9:00 AM - 5:00 PM Line \| Line \| MV Line | 9:00 AM - 5:00 PM Line \| Line \| MV Line | 8:00 AM - 4:00 PM Line \| Line \| MV Line |
| (929) 291-4476 | 8:00 AM - 4:00 PM Line \| Line \| MV Line | 8:00 AM - 4:00 PM Line \| Line \| MV Line | 8:00 AM - 2:30 PM Line \| Line \| MV Line | 8:00 AM - 2:30 PM Line \| Line \| MV Line | 8:00 AM - 4:00 PM Line \| Line \| MV Line | 8:00 AM - 4:00 PM Line \| Line \| MV Line | 8:00 AM - 4:00 PM Line \| Line \| MV Line |
| (646) 543-2289 | | 9:00 AM - 5:00 PM Line \| Line \| MV Line | 9:00 AM - 5:00 PM Prep \| Cook, Prep | 9:00 AM - 5:00 PM Prep \| Cook, Prep | 9:00 AM - 5:00 PM Line \| Line \| MV Line | 9:00 AM - 5:00 PM Prep \| Cook, Prep | 9:00 AM - 4:00 PM Line \| Line \| MV Line |

CONFIDENTIAL          NOFAL/IMCMV 000079

# Weekly Roster Report

| | | | | | | |
|---|---|---|---|---|---|---|
| (347) 861-4994 | | | 8:00 AM - 5:00 PM<br>Prep ( Cook, Prep | 8:00 AM - 5:00 PM<br>Prep ( Cook, Prep | | 8:00 AM - 5:00 PM<br>Prep ( Cook, Prep |
| (941) 806-4412 | | | 8:00 AM - 2:30 AM<br>Culinary ( Managers )<br>Manager | 8:00 AM - 2:30 AM<br>Culinary ( Managers )<br>Manager | | 8:00 AM - 2:30 AM<br>Culinary ( Managers )<br>Manager |
| (347) 946-4122 | 8:00 AM - 4:00 PM<br>Line ( Line ) LS Line | 8:00 AM - 4:00 PM<br>Line ( Line ) LS Line | 8:00 AM - 4:00 PM<br>Line ( Line ) LS Line | 8:00 AM - 4:00 PM<br>Line ( Line ) LS Line | | 8:00 AM - 4:00 PM<br>Line ( Line ) LS Line |
| (347) 988-7772 | | 9:00 AM - 4:00 PM<br>Line ( Line ) BM Line | 9:00 AM - 4:00 PM<br>Line ( Line ) BM Line | 9:00 AM - 4:00 PM<br>Line ( Line ) BM Line | | 9:00 AM - 4:00 PM<br>Line ( Line ) BM Line |
| (347) 383-4827 | 8:30 AM - 4:00 PM<br>Line ( Line ) BM Line | 8:30 AM - 4:00 PM<br>Line ( Line ) BM Line | 8:30 AM - 4:00 PM<br>Line ( Line ) BM Line | | | |
| (347) 213-0386 | 8:00 AM - 6:00 PM<br>Line ) Line | | 8:00 AM - 5:00 PM<br>Line ) Line | 8:00 AM - 5:00 PM<br>Line ) Line | | 8:00 AM - 5:00 PM<br>Line ) Line |
| (718) 715-4530 | | 10:00 AM - 4:00 PM<br>Line ( Line ) LS Line | 10:00 AM - 4:00 PM<br>Line ( Line ) LS Line | 8:00 AM - 4:00 PM<br>Line ( Line ) LS Line | | 8:00 AM - 4:00 PM<br>Line ( Line ) LS Line |
| (347) 996-8500 | 10:00 AM - 6:00 PM<br>Dish ) Dish | 10:00 AM - 6:00 PM<br>Dish ) Dish | | 10:00 AM - 6:00 PM<br>Dish ) Dish | | 10:00 AM - 3:00 PM<br>Dish ) Dish |
| (516) 231-4884 | 10:00 AM - 4:00 PM<br>Line ( Line ) LS Line | 10:00 AM - 4:00 PM<br>Line ( Line ) LS Line | | | | 6:00 AM - 4:00 PM<br>Line ( Line ) LS Line |

CONFIDENTIAL

NOFAL/IMCMV 000080

# NYC Margaritaville

## Weekly Roster Report

Generated On : Friday, November 19, 2021 at 11:01:00 AM EST

Line, Receiving, Dish, Prep, Culinary Managers Schedules

**Monday, August 23, 2021  -  Sunday, August 29, 2021**

| Employee | Mon, 8/23/21 | Tue, 8/24/21 | Wed, 8/25/21 | Thu, 8/26/21 | Fri, 8/27/21 | Sat, 8/28/21 | Sun, 8/29/21 |
|---|---|---|---|---|---|---|---|

CONFIDENTIAL          NOFAL/IMCMV 000081

| | | | | | | |
|---|---|---|---|---|---|---|
| (name/phone) | | 8:00 AM - 5:00 PM Prep | Cook, Prep | 8:00 AM - 5:00 PM Prep | Cook, Prep | 8:00 AM - 5:00 PM Prep | Cook, Prep | 8:00 AM - 5:00 PM Prep | Cook, Prep | 8:00 AM - 5:00 PM Prep | Cook, Prep | 8:20 AM - 5:00 PM Prep | Cook, Prep |
| (name/phone) | | 8:00 AM - 7:00 AM Culinary Managers | Manager | 8:00 AM - 7:00 AM Culinary Managers | Manager | 8:00 AM - 7:30 AM Culinary Managers | Manager | 8:00 AM - 5:30 PM Prep | Cook, Prep | 8:00 AM - 2:30 AM Culinary Managers | Manager | 8:00 AM - 2:30 AM Culinary Managers | Manager |
| (name/phone) | | 8:00 AM - 4:00 PM Line | Line | L.S Line | 8:00 AM - 4:00 PM Line | Line | L.S Line | 8:00 AM - 4:00 PM Line | Line | L.S Line | 8:00 AM - 7:30 AM Culinary Managers | Manager | 8:00 AM - 4:00 PM Line | Line | L.S Line | 8:00 AM - 4:00 PM Line | Line | L.S Line |
| (name/phone) | | 8:00 AM - 4:00 PM Line | Line | MV Line | 8:00 AM - 4:00 PM Line | Line | MV Line | 8:00 AM - 4:00 PM Line | Line | MV Line | 8:00 AM - 4:00 PM Line | Line | MV Line | 8:00 AM - 4:00 PM Line | Line | MV Line | 8:00 AM - 4:00 PM Line | Line | MV Line |
| (name/phone) | | 8:00 AM - 5:00 PM Line | Line | | 8:00 AM - 4:00 PM Line | Line | MV Line | 8:00 AM - 4:00 PM Line | Line | MV Line | 8:00 AM - 5:00 PM Line | Line | | 8:00 AM - 5:00 PM Line | Line | | 8:00 AM - 5:00 PM Line | Line | L.S Line |
| (name/phone) | | | | | 8:00 AM - 5:00 PM Line | Line | | 8:00 AM - 4:00 PM Line | Line | L.S Line | | |
| (name/phone) | | 8:00 AM - 6:00 PM Line | Line | L.S Line | 8:00 AM - 6:00 PM Line | Line | L.S Line | 10:00 AM - 4:00 PM Line | Line | L.S Line | 8:00 AM - 5:00 PM Line | Line | L.S Line | 8:00 AM - 5:00 PM Line | Line | L.S Line | 8:00 AM - 5:00 PM Line | Line | L.S Line |
| (name/phone) | | 10:00 AM - 6:00 PM Dish | Dish | 10:00 AM - 6:00 PM Dish | Dish | | 10:00 AM - 6:00 PM Dish | Dish | 10:00 AM - 6:00 PM Dish | Dish | 10:00 AM - 6:00 PM Dish | Dish |
| (name/phone) | | | 12:00 AM - 6:00 PM Dish | Dish | | | | 12:00 AM - 6:00 PM Dish | Dish | 4:00 PM - 4:00 PM Line | Line | L.S Line |
| (name/phone) | | | | | | | 4:00 PM - 4:00 PM Line | Line | L.S Line |

CONFIDENTIAL

NOFAL/IMCMV 000082

# NYC Margaritaville

# Weekly Roster Report

Generated On : Friday, November 19, 2021 at 11:00:00 AM EST

Line, Receiving, Dish, Prep, Culinary Managers Schedules

**Monday, July 26, 2021 – Sunday, August 1, 2021**

| Employee | Mon, 7/26/21 | Tue, 7/27/21 | Wed, 7/28/21 | Thu, 7/29/21 | Fri, 7/30/21 | Sat, 7/31/21 | Sun, 8/1/21 |
|---|---|---|---|---|---|---|---|

CONFIDENTIAL     NOFAL/IMCMV 000083

# Weekly Roster Report

| | | | | | | |
|---|---|---|---|---|---|---|
| **Andie Corleal []**<br>(661) 355-5412 | 6:00 AM - 2:00 AM<br>Culinary Manager | 6:00 AM - 2:00 AM<br>Culinary Manager | 6:00 AM - 2:00 AM<br>Culinary Manager | 6:00 AM - 2:00 AM<br>Culinary Manager | | 6:00 AM - 2:00 AM<br>Culinary Manager |
| **Nathaniel Colon []**<br>(347) 940-4182 | 8:00 AM - 4:00 PM<br>Line | Line | Lunch/Bank | 8:00 AM - 4:00 PM<br>Line | Line | Lunch/Bank | 8:00 AM - 4:00 PM<br>Line | Line | Lunch/Bank | 8:00 AM - 4:00 PM<br>Line | Line | Lunch/Bank | | 8:00 AM - 4:00 PM<br>Line | Line | Lunch/Bank |
| **Paul Brumbleo []**<br>(347) 389-4772 | 8:00 AM - 4:00 PM<br>Line | Line | MV Line | 8:00 AM - 4:00 PM<br>Line | Line | MV Line | 8:00 AM - 4:00 PM<br>Line | Line | MV Line | 8:00 AM - 4:00 PM<br>Line | Line | MV Line | | 8:00 AM - 4:00 PM<br>Line | Line | MV Line |
| **Ralph Ylan []** | 11:00 AM - 7:00 PM<br>Dish | Dish | 11:00 AM - 7:00 PM<br>Dish | Dish | | 11:00 AM - 7:00 PM<br>Dish | Dish | | 10:00 AM - 7:00 PM<br>Dish | Dish |
| **Raymond Vereno []**<br>(917) 553-4897 | 8:00 AM - 4:00 PM<br>Line | Line | MV Line | 8:00 AM - 4:00 PM<br>Line | Line | MV Line | 8:00 AM - 4:00 PM<br>Line | Line | MV Line | 8:00 AM - 4:00 PM<br>Line | Line | MV Line | | 8:00 AM - 4:00 PM<br>Line | Line | MV Line |
| **Tome Fernandez []**<br>(718) 715-4528 | | 8:00 AM - 4:00 PM<br>Line | Line | LS Line | 8:00 AM - 4:00 PM<br>Line | Line | LS Line | 8:00 AM - 4:00 PM<br>Line | Line | LS Line | | 8:00 AM - 4:00 PM<br>Line | Line | LS Line |
| **Yori Osorio []**<br>(347) 356-4500 | 8:00 AM - 5:00 PM<br>Dish | Dish | 8:00 AM - 5:00 PM<br>Dish | Dish | 8:00 AM - 5:00 PM<br>Dish | Dish | 8:00 AM - 5:00 PM<br>Dish | Dish | | 9:00 AM - 5:00 PM<br>Dish | Dish |

CONFIDENTIAL

NOFAL/IMCMV 000084

# NYC Margaritaville

## Weekly Roster Report

Generated On : Friday, November 19, 2021 at 10:59:00 AM EST

Line, Receiving, Dish, Prep, Culinary Managers Schedules

**Monday, July 19, 2021 - Sunday, July 25, 2021**

| Employee | Mon, 7/19/21 | Tue, 7/20/21 | Wed, 7/21/21 | Thu, 7/22/21 | Fri, 7/23/21 | Sat, 7/24/21 | Sun, 7/25/21 |
|---|---|---|---|---|---|---|---|

CONFIDENTIAL

NOFAL/IMCMV 000085

| | | | | | |
|---|---|---|---|---|---|
| **...Cortez** (646) 346-2289 | 8:00 AM - 5:00 PM Prep | Cook, Prep | 8:00 AM - 5:00 PM Prep | Cook, Prep | 8:00 AM - 5:00 PM Prep | Cook, Prep | 8:00 AM - 5:00 PM Prep | Cook, Prep | 8:00 AM - 5:00 PM Prep | Cook, Prep |
| **...Cortez** (561) 909-8412 | 8:00 AM - 7:00 AM Culinary Managers | 8:00 AM - 7:00 AM Culinary Managers | 8:00 AM - 7:30 AM Culinary Managers / Manager | 8:00 AM - 7:30 AM Culinary Managers / Manager | 8:00 AM - 7:30 AM Culinary Managers / Manager |
| **...rtolo Cano** (347) 840-4122 | 8:00 AM - 4:00 PM Line \| Line \| LunchShark | 8:00 AM - 4:00 PM Line \| Line \| LunchShark | 8:00 AM - 4:00 PM Line \| Line \| LunchShark | 8:00 AM - 4:00 PM Line \| Line \| LunchShark | 8:00 AM - 4:00 PM Line \| Line \| LunchShark |
| **Paul Prendon** (347) 865-7772 | 8:00 AM - 4:00 PM Line \| Line \| IMV Line | 8:00 AM - 4:00 PM Line \| Line \| IMV Line | 8:00 AM - 4:00 PM Line \| Line \| IMV Line | 8:00 AM - 4:00 PM Line \| Line \| IMV Line | 8:00 AM - 4:00 PM Line \| Line \| IMV Line |
| **...gie Tyler** | 11:00 AM - 7:30 PM Dish \| Dish | 11:00 AM - 7:30 PM Dish \| Dish | 11:00 AM - 7:30 PM Dish \| Dish | 11:00 AM - 7:30 PM Dish \| Dish | 11:00 AM - 7:30 PM Dish \| Dish |
| **...mond Colvard** (917) 853-8971 | 8:00 AM - 4:00 PM Line \| Line \| IMV Line | 8:00 AM - 4:00 PM Line \| Line \| IMV Line | 8:00 AM - 4:00 PM Line \| Line \| IMV Line | | |
| **...ell Gonzalez** (718) 715-9600 | 8:00 AM - 4:00 PM Line \| Line \| LG Line | 8:00 AM - 4:00 PM Line \| Line \| LG Line | 8:00 AM - 4:00 PM Line \| Line \| LG Line | 8:00 AM - 4:00 PM Line \| Line \| LG Line | 8:00 AM - 4:00 PM Line \| Line \| LG Line |
| **...ral Ocasio** (347) 766-4500 | 9:00 AM - 5:00 PM Dish \| Dish | 9:00 AM - 5:00 PM Dish \| Dish | 9:00 AM - 5:00 PM Dish \| Dish | 9:00 AM - 5:00 PM Dish \| Dish | 9:00 AM - 5:00 PM Dish \| Dish |

CONFIDENTIAL

NOFAL/IMCMV 000086

# NYC Margaritaville

## Weekly Roster Report

Generated On : Friday, November 19, 2021 at 10:42:00 AM EST

Line, Receiving, Dish, Prep, Culinary Managers Schedules

**Monday, July 5, 2021 - Sunday, July 11, 2021**

| Employee | Mon, 7/5/21 | Tue, 7/6/21 | Wed, 7/7/21 | Thu, 7/8/21 | Fri, 7/9/21 | Sat, 7/10/21 | Sun, 7/11/21 |
|---|---|---|---|---|---|---|---|

CONFIDENTIAL

NOFAL/IMCMV 000087

# Weekly Roster Report

| | | | | | | |
|---|---|---|---|---|---|---|
| Marcel Zumba ()<br>(305) 298-4701 | 8:00 AM - 3:00 PM<br>Line \| Line | 8:00 AM - 3:00 PM<br>Line \| Line | | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 3:00 PM<br>Line \| Line |
| Marine Dorange ()<br>(646) 346-2289 | 8:30 AM - 4:00 PM<br>Prep \| Cook, Prep | | | | 8:00 AM - 4:00 PM<br>Prep \| Cook, Prep | 8:00 AM - 4:00 PM<br>Line \| Line |
| Michael Chancellor ()<br>(856) 431-2436 | 12:00 PM - 8:00 PM<br>Prep \| Cook, Prep | 12:00 PM - 8:00 PM<br>Prep \| Cook, Prep | | 8:00 AM - 4:00 PM<br>Prep \| Cook, Prep | 12:00 PM - 8:00 PM<br>Prep \| Cook, Prep | 12:00 PM - 8:00 PM<br>Prep \| Cook, Prep |
| Donald Corn ()<br>(347) 860-4122 | 8:00 AM - 3:00 PM<br>Line \| Line \| LS Line | 8:00 AM - 3:00 PM<br>Line \| Line \| LS Line | | 8:00 AM - 3:00 PM<br>Line \| Line \| LS Line | 8:00 AM - 3:00 PM<br>Line \| Line \| LS Line | 8:00 AM - 3:00 PM<br>Line \| Line \| LS Line |
| Paul Brembee ()<br>(347) 668-7772 | | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line |
| Gregoire Bradbury ()<br>(609) 709-9792 | | | 9:00 AM - 5:00 PM<br>Line \| Line | 5:00 AM - 5:00 PM<br>Line \| Line | 9:00 AM - 5:00 PM<br>Line \| Line | 9:00 AM - 5:00 PM<br>Line \| Line |
| germin Soba ()<br>(917) 803-0877 | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line |
| Stanislas Washington ()<br>(917) 709-2722 | | | | | 8:00 AM - 3:00 PM<br>Line \| Line | 8:00 AM - 3:00 PM<br>Line \| Line |
| Kotos Roland ()<br>(347) 213-0568 | 10:00 AM - 6:00 PM<br>Line \| Line | | | 8:00 AM - 4:00 PM<br>Line \| Line | 8:30 AM - 4:00 PM<br>Line \| Line | 8:30 AM - 4:00 PM<br>Line \| Line |
| Pam Spessard ()<br>(718) 718-8520 | 9:00 AM - 5:00 PM<br>Line \| Line \| LS Line | 9:00 AM - 5:00 PM<br>Line \| Line \| LS Line | | 9:00 AM - 5:00 PM<br>Line \| Line \| LS Line | 9:00 AM - 5:00 PM<br>Line \| Line \| LS Line | 9:00 AM - 5:00 PM<br>Line \| Line \| LS Line |

CONFIDENTIAL

NOFAL/IMCMV 000088

# NYC Margaritaville

## Weekly Roster Report

Generated On : Friday, November 19, 2021 at 10:43:00 AM EST

Line, Receiving, Dish, Prep, Culinary Managers Schedules

Monday, July 12, 2021 - Sunday, July 18, 2021

| Employee | Mon, 7/12/21 | Tue, 7/13/21 | Wed, 7/14/21 | Thu, 7/15/21 | Fri, 7/16/21 | Sat, 7/17/21 | Sun, 7/18/21 |
|---|---|---|---|---|---|---|---|
| | | | 8:00 AM - 4:00 PM Line | Line | 8:00 AM - 4:00 PM Line | Line | IMV Line | 9:00 AM - 5:00 PM Dish | Dish | 8:00 AM - 4:00 PM Line | Line | IMV Line |
| | | | 9:00 AM - 5:00 PM Dish | Dish | 9:00 AM - 5:00 PM Dish | Dish | 8:00 AM - 4:00 PM Dish | Dish | 8:00 AM - 4:00 PM Dish | Dish |
| | 8:00 AM - 4:00 PM Prep | Cook, Prep | 8:00 AM - 4:00 PM Prep | Cook, Prep | 8:00 AM - 4:00 PM Prep | Cook, Prep | 8:00 AM - 4:00 PM Prep | Cook, Prep | 8:00 AM - 4:00 PM Prep | Cook, Prep | 8:00 AM - 4:00 PM Prep | Cook, Prep | 8:00 AM - 4:00 PM Prep | Cook, Prep |
| | 8:00 AM - 4:00 PM Dish | Dish | | 8:00 AM - 4:00 PM Prep | Cook, Prep | 9:00 AM - 5:00 PM Dish | Dish | 9:00 AM - 5:00 PM Dish | Dish | 9:00 AM - 4:00 PM Prep | Cook, Prep |
| | | | | | 8:00 AM - 4:00 PM Prep | Cook, Prep | 8:00 AM - 5:00 PM Prep | Cook, Prep | 9:00 AM - 5:00 PM Prep | Cook, Prep |
| | | | 8:00 AM - 4:00 PM Line | Line | IMV Line | 8:00 AM - 4:00 PM Prep | Cook, Prep | 8:00 AM - 4:00 PM Line | Line | IMV Line | 8:00 AM - 5:00 PM Line | Line | IMV Line | 8:00 AM - 4:00 PM Prep | Cook, Prep |
| | 8:00 AM - 4:00 PM Prep | Cook, Prep | 8:00 AM - 4:00 PM Prep | Cook, Prep | 8:00 AM - 4:00 PM Line | Line | IMV Line | 12:00 PM - 8:00 PM Line | Line | IMV Line | 12:00 PM - 8:00 PM Line | Line | IMV Line | 12:00 PM - 8:00 PM Line | Line | IMV Line |
| | 6:00 AM - 2:00 PM Line | Line | IMV Line | | 12:00 PM - 8:00 PM Line | Line | IMV Line | | 11:00 AM - 7:00 PM Line | Line | IMV Line | | |
| | Line | Line | | | | | | |
| | 10:00 AM - 4:00 PM Dish | Dish | 9:00 AM - 5:00 PM Dish | Dish | | 9:00 AM - 4:00 PM Dish | Dish | 9:00 AM - 5:00 PM Dish | Dish | 9:00 AM - 5:00 PM Dish | Dish | 9:00 AM - 5:00 PM Dish | Dish |
| | | | 8:00 AM - 4:00 PM Dish | Dish | | | | | |
| | 12:00 PM - 8:00 PM Line | Line | IMV Line | | 12:00 PM - 8:00 PM Line | Line | IMV Line | 12:00 PM - 8:00 PM Line | Line | IMV Line | 9:00 AM - 5:00 PM Dish | Dish | 12:00 PM - 8:00 PM Line | Line | IMV Line | 9:00 AM - 5:00 PM Dish | Dish |
| | | | | | 8:00 AM - 4:00 PM Line | Line | IMV Line | 11:00 AM - 7:00 PM Line | Line | IMV Line | 8:00 AM - 4:00 PM Line | Line | IMV Line |
| | 8:00 AM - 4:00 PM Line | Line | IMV Line | 8:00 AM - 4:00 PM Line | Line | IMV Line | 8:00 AM - 4:00 PM Line | Line | IMV Line | 8:00 AM - 4:00 PM Line | Line | 13 Line | 8:00 AM - 4:00 PM Line | Line | IMV Line | 8:00 AM - 4:00 PM Line | Line | 13 Line | 8:00 AM - 4:00 PM Line | Line | 13 Line |
| | 8:00 AM - 4:00 PM Prep | Cook, Prep | 6:00 AM - 4:00 PM Prep | Cook, Prep | 8:00 AM - 4:00 PM Prep | Cook, Prep | 8:00 AM - 4:00 PM Prep | Cook, Prep | 8:00 AM - 4:00 PM Prep | Cook, Prep | 8:00 AM - 4:00 PM Prep | Cook, Prep | 8:00 AM - 4:00 PM Prep | Cook, Prep |
| | 8:00 AM - 4:00 PM Prep | Cook, Prep | | 8:00 AM - 4:00 PM Line | Line | IMV Line | | 9:30 AM - 4:00 PM Prep | Cook, Prep | 9:00 AM - 8:00 PM Prep | Cook, Prep | 12:00 PM - 8:00 PM Line | Line | IMV Line |
| | 2:00 PM - 10:00 PM Line | Line | IMV Line | 8:00 AM - 4:00 PM Line | Line | IMV Line | 12:00 PM - 8:00 PM Line | Line | IMV Line | 12:00 PM - 8:00 PM Line | Line | IMV Line | 11:00 AM - 7:00 PM Line | Line | IMV Line | 9:00 AM - 5:00 PM Line | Line | IMV Line | 12:00 PM - 8:00 PM Line | Line | IMV Line |
| | 2:00 PM - 10:00 PM Line | Line | IMV Line | | | | | 12:00 PM - 8:00 PM Line | Line | 13 Line | |

Weekly Roster Report

CONFIDENTIAL

NOFAL/IMCMV 000090

| Employee | Mon, 6/7/21 | Tue, 6/8/21 | Wed, 6/9/21 | Thu, 6/10/21 | Fri, 6/11/21 | Sat, 6/12/21 | Sun, 6/13/21 |
|---|---|---|---|---|---|---|---|

CONFIDENTIAL

NOFAL/IMCMV 000091

# NYC Margaritaville

## Weekly Roster Report

Generated On : Friday, November 19, 2021 at 10:40:00 AM EST

Line, Receiving, Dish, Prep, Culinary Managers Schedules

**Monday, June 14, 2021 - Sunday, June 20, 2021**

| Employee | Mon, 6/14/21 | Tue, 6/15/21 | Wed, 6/16/21 | Thu, 6/17/21 | Fri, 6/18/21 | Sat, 6/19/21 | Sun, 6/20/21 |
|----------|--------------|--------------|--------------|--------------|--------------|--------------|--------------|

CONFIDENTIAL

NOFAL/IMCMV 000092

# NYC Margaritaville

## Weekly Roster Report

Generated On : Friday, November 19, 2021 at 10:39:00 AM EST

Line, Receiving, Dish, Prep, Culinary Managers Schedules

Monday, June 21, 2021 - Sunday, June 27, 2021

| Employee | Mon, 6/21/21 | Tue, 6/22/21 | Wed, 6/23/21 | Thu, 6/24/21 | Fri, 6/25/21 | Sat, 6/26/21 | Sun, 6/27/21 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

CONFIDENTIAL      NOFAL/IMCMV 000093

| | | | | | |
|---|---|---|---|---|---|
| ...Highsmith [] (917) 478-3441 | | | | | |
| Benjamin (Benjamin) [] (305) 600-4752 | | 9:00 AM - 5:00 PM Line \| Line | 2:00 PM - 1:00 PM Line \| Meet/Class | | |
| ... [] (917) 353-4971 | 10:00 AM - 6:00 PM Line \| Line | 8:00 AM - 4:00 PM Line \| Line | 8:00 AM - 6:00 PM Line \| Line | 8:00 AM - 4:00 PM Line \| Line | 8:00 AM - 4:20 PM Line \| Line |
| ...Simpson [] (414) 617-3357 | | 3:00 AM - 11:00 AM Line \| Line | | | |
| ...(Mark) [] | | | 2:00 PM - 6:00 PM Dish \| Meet/Class | | |
| ...Washington [] (917) 518-4122 | 10:00 AM - 6:00 PM Line \| Line | | | 8:00 AM - 3:00 PM Line \| Line | 8:00 AM - 3:00 PM Line \| Line |
| ...Sabori [] (917) 212-0298 | | | 8:00 AM - 4:00 PM Line \| Line | 8:00 AM - 4:00 PM Line \| Line | 8:00 AM - 4:00 PM Line \| Line |
| ... [] (718) 715-5030 | 9:30 AM - 7:00 PM Culinary Managers I Line | 9:00 AM - 7:00 PM Culinary Managers I Line | | | 8:00 AM - 4:00 PM Line \| Line |
| ...Washington [] (347) 206-4625 | 8:00 AM - 8:00 PM Culinary Managers I BOH Super | 12:00 PM - 8:00 PM Culinary Managers I BOH Super | | 12:30 PM - 8:00 PM Culinary Managers I BOH Super | |
| ...(Kyshaye) [] (646) 327-4912 | 8:00 AM - 4:00 PM Prep \| Cook, Prep | 8:00 AM - 4:00 PM Prep \| Cook, Prep | | | |

CONFIDENTIAL

NOFAL/IMCMV 000094

# NYC Margaritaville

## Weekly Roster Report

Generated On : Friday, November 19, 2021 at 10:39:00 AM EST

Line, Receiving, Dish, Prep, Culinary Managers Schedules

Monday, June 28, 2021 - Sunday, July 4, 2021

| Employee | Mon, 6/28/21 | Tue, 6/29/21 | Wed, 6/30/21 | Thu, 7/1/21 | Fri, 7/2/21 | Sat, 7/3/21 | Sun, 7/4/21 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | 10:00 AM - 6:00 PM<br>Prep \| Cook, Prep | 8:00 AM - 4:00 PM<br>Prep \| Cook, Prep | 8:00 AM - 4:00 PM<br>Prep \| Cook, Prep | 8:00 AM - 4:00 PM<br>Prep \| Cook, Prep | 8:00 AM - 4:00 PM<br>Prep \| Cook, Prep | 8:00 AM - 4:00 PM<br>Prep \| Cook, Prep | |
| | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | | 8:00 AM - 4:00 PM<br>Line \| Line \| LS Line | 8:00 AM - 4:00 PM<br>Line \| Line \| LS Line | 8:00 AM - 4:00 PM<br>Line \| Line \| LS Line | 8:00 AM - 4:00 PM<br>Line \| Line \| LS Line |
| | 10:00 AM - 6:00 PM<br>Culinary Managers I<br>Manager | 10:00 AM - 6:00 PM<br>Culinary Managers I<br>Managers | 12:00 PM - 8:00 PM<br>Culinary Managers I<br>Manager | | | | |
| | 10:00 AM - 6:00 PM<br>Dish \| Dish | 9:00 AM - 5:00 PM<br>Dish \| Dish | 9:00 AM - 4:00 PM<br>Dish \| Dish | 9:00 AM - 5:00 PM<br>Dish \| Dish | 9:00 AM - 5:00 PM<br>Dish \| Dish | 9:00 AM - 5:00 PM<br>Dish \| Dish | 9:00 AM - 5:00 PM<br>Dish \| Dish |
| | 8:00 AM - 5:00 PM<br>Prep \| Cook, Prep | 8:00 AM - 4:00 PM<br>Prep \| Cook, Prep | | 8:00 AM - 4:00 PM<br>Prep \| Cook, Prep | 8:00 AM - 4:00 PM<br>Prep \| Cook, Prep | 8:00 AM - 4:00 PM<br>Prep \| Cook, Prep | 8:00 AM - 4:00 PM<br>Dish \| Dish |
| | 10:00 AM - 6:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line |
| | | | | | | | |
| | 8:00 AM - 4:00 PM<br>Prep \| Cook, Prep | 8:00 AM - 4:00 PM<br>Prep \| Cook, Prep | 8:00 AM - 4:00 PM<br>Prep \| Cook, Prep | 8:00 AM - 4:00 PM<br>Prep \| Cook, Prep | 8:00 AM - 4:00 PM<br>Prep \| Cook, Prep | 8:00 AM - 4:00 PM<br>Prep \| Cook, Prep | 8:00 AM - 4:00 PM<br>Prep \| Cook, Prep |
| | 10:00 AM - 6:00 PM<br>Line \| Line | 9:00 AM - 5:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line |
| | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line |
| | 10:00 AM - 6:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line |
| | | | | | | | |
| | 2:00 AM - 9:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 3:00 PM<br>Line \| Line |

CONFIDENTIAL

NOFAL/IMCMV 000095

# Weekly Roster Report

| | | | | | | |
|---|---|---|---|---|---|---|
| 10:00 AM - 6:00 PM<br>Line \| Line | | | | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line | 8:00 AM - 4:00 PM<br>Line \| Line |
| | | | | 9:00 AM - 5:00 PM<br>Line \| Line | 9:00 AM - 5:00 PM<br>Line \| Line | 9:00 AM - 5:00 PM<br>Line \| Line |

Generated by HotSchedules

CONFIDENTIAL

NOFAL/IMCMV 000096

Abdel Wahed  ___7:55 am___    Sep 3, 2021

NYC - "Line Cook"    | Notebook C. |

- Feels discriminated because hours have
  gone down since he came back.

- He has more seniority than others
  that have more hours.

- Feels the "discrimination" comes after
  he came back from the "accident".

      D → yes
      H → NO
      R → NO

- Describe table (7) and the
  categories. If gone then it was
  because he left & came back

- Inferred man it acted like
  Retaliation & not necessarily
  Discrimination.

- Ask about his shift
- Only mornings.

- Ask if he was willing to work other shifts.
  - No. He was hired before other cooks & his shift is only mornings. He has worked seventeady.

- Explained that we were not a time shop & that we couldn't differ what we didn't have "Hours in the Breakfast"

- Company determination of not being open for breakfast because of the business didn't justify it.

- Explain that we could see if we could offer other hours in the afternoon or Dinner time.

- He said he was hired for breakfast & that he had seniority as a "Breakfast Chef"

CONFIDENTIAL MCMV 000204

- Explain again that this was
not a Omm. shop / He was
a line Cook, not a Chef /
& there were live = no
more hours at Brockford.

- He was not pleased.