```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDELHAFIZ M. NOFAL,

               Plaintiff,

-against-

IMCMV TIMES SQUARE LLC, *doing business as* Margaritaville Resort Times Square,

               Defendant.

22-cv-3104 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    Defendant filed a memorandum of law in support of a motion for summary judgment on July 10, 2023. [*See* ECF No. 38.] However, Defendant neglected to file an accompanying formal notice of motion. The motion is therefore DENIED without prejudice for failure to comply with Local Rules 6.1(a) and 7.1(a). Counsel is admonished to inform itself of the Local Rules of the Southern District of New York and the Individual Rules of this Court.

    Any renewed motion for summary judgment, <u>accompanied by a notice of motion</u>, must be filed on or before October 19, 2023. Further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b). Any request for an extension must be made by letter and filed on ECF at least 48 hours before the deadline.

**SO ORDERED.**

Date:  October 5, 2023
         New York, NY

*Mary Kay Vyskocil*
_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1