**Important**

9/6/21 on monday 30 FEET BREAK fast line

I Set up Station by my self last 2 Days was some one with me However I try to finish my SIDE She come with attitud Go they Do the BACON I say soon I finsh She Say let move I see Dat talk like that.

I want to End the line to do Bacon and Hash Brown and sasses

I Just say it will be batter if we do Bacon in the oven buffet then all thies Gress (BACON FAT)

she say I know you mustum you dont like thate I say yes I dont Eat any PORK? she say you shandnt work I SAY I just say I dont Eat it but I cook it

She lagh and say I know where you come in from Even some time you have to test thies Job I I say why thies comm she say you dont LIKE Go home

I was scedule to Friday 9/10 8:00 Am

sta 9:00 Sat, 9/11, Sunday 9/12 8:00 Am

on thursday 9/9 about 8:30 Pm
mike call me (manager)
ask not coming he say come at 12:30 Pm
you, will have meeting w/ Fond, her )

I was not lie say you fire

Sign Here I say on what

say you not be have

I say No

Before I ask F.B Can

I speak she say No

dot say nothing

I get off say No

 **Northwell**
Health™


SCHOOL of MEDICINE

Comprehensive Wound Healing Center & Hyperbaric Oxygen
Department of Surgery

Alisha Oropallo, MD, FACS
Christina Delpin, MD, FACS
Michael Persico, MD, FACS
Russell Caprioli, DPM, FACFAS
John Haight, DPM, FACFAS
Scott Gawlik, DPM, FACFAS
Michael Pliskin, DPM, FACFAS

Date: 7/26/2021

RE: Abdelhafiz Nofal

To Who It May Concern,

The above named is a patient under my care. Upon evaluation, Please excuse the patient from work, commencing today through August 26th, 2021 .

The patient is scheduled for a follow up evaluation, at which point will be provide an update to the patient's status.

Thank you for cooperation.

Sincerely,

- ○ Alisha Oropallo, MD, FACS
- ○ Christina Delpin, MD, FACS
- ○ Michael Persico, MD, FACS
- ○ Russell Caprioli, DPM, FACFAS
- ✗ John Haight, DPM, FACFAS
- ○ Scott Gawlik, DPM, FACFAS
- ○ Michael Pliskin, DPM, FACFAS

1999 Marcus Avenue Suite M6, New Hyde Park, NY, 11042

Phone: (516)233-3780 Fax: (516)233-3644

NOFAL 0031







NOFAL 0038