UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABDELHAFIZ M. NOFAL,<br><br>                Plaintiff(s),<br><br>      v.<br><br>IMCMV TIMES SQUARE LLC,<br><br>                Defendant(s). | 22-CV-3104 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

    On October 5, 2023, the Court denied Defendant's motion for summary judgment without prejudice to renewal. On October 6, 2023, Defendant renewed the motion. On October 9, 2023, Plaintiff filed opposition papers and on October 16, 2023, Defendant filed its reply. The Court construes Defendant's motion as fully-briefed and the parties shall not make further submissions in connection with the motion.

Dated: October 17, 2023
       New York, New York

                                                            DALE E. HO
                                                    United States District Judge